NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

JONATHAN W. BIRDT
10315 Woodley Ave, Suite 208
Granada Hills, CA 91344
Telephone: (818) 400-4485
Facsimile: (818) 428-1384
jon@jonbirdt.com



ATTORNEYS FOR: Pro Se

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JONATHAN BIRDT | CASE NUMBER: |
|---|---|
| Plaintiff(s), v. | EDCV13-673-VAP (DTBx) |
| SAN BERNARDINO SHERIFFS DEPARTMENT | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for __Plaintiff__
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**            **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

Jonathan Birdt            Self

4/9/13
Date

Sign

Jon Birdt
Attorney of record for or party appearing in pro per

CV-30 (04/10)      NOTICE OF INTERESTED PARTIES