# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Jonathan Birdt | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | ED CV 13-673 VAP (JEM) |
| v. | |
| San Bernardino Sheriffs Department | NOTICE OF REFERENCE TO A UNITED STATES MAGISTRATE JUDGE |
| DEFENDANT(S). | |

Pursuant to General Order 08-05, the within action has been assigned to the calendar of the Honorable ___Virginia A. Phillips___, U.S. District Judge. Pursuant to the provisions of General Order 05-7, the within action is referred to U.S. Magistrate Judge ___John E. McDermott___, who is authorized to consider preliminary matters and conduct all further hearings as may be appropriate or necessary. Thereafter, unless the Magistrate Judge determines that a trial by District Judge is required, the Magistrate Judge shall prepare a report and recommendation and file it with the Clerks of the Court together with proposed findings of fact and conclusions of law where necessary or appropriate, and a proposed written order or judgment, which shall be mailed to the parties. In the event the Magistrate Judge concludes that a trial by a District Judge is required, the Magistrate Judge shall so report to the District Judge.

Subsequent documents, correspondence and all other matters to be called to the Magistrate Judge's attention must be submitted and/or filed at the following location:

[x] **Western Division**
312 N. Spring Street, G-8
Los Angeles, CA  90012

[ ] Southern Division
411 West Fourth St., Ste 1053
Santa Ana, CA 92701-4516

[ ] Eastern Division
3470 Twelfth Street, Room 134
Riverside, CA 92501

**Failure to submit and/or file at the proper location will result in your documents being returned to you.**

Clerk, U.S. District Court

4-18-2013
Date

By L. Adams for M. Davis
Deputy Clerk

## NOTICE TO COUNSEL / PRO SE LITIGANT
A copy of this notice must be served with the summons and complaint.

Electronic recording equipment is used to report discovery proceedings before magistrate judge. However, if the parties deem that a court report is necessary, they may make their own arrangements in this regard.

The Court must be notified within fifteen (15) days of any address change. If mail directed to your address of record is returned undelivered by the Post Office, and if the Court and opposing counsel are not notified in writing within fifteen (15) days thereafter of your current address, the Court may dismiss the case with or without prejudice for want of prosecution.

CV-25 (01/13)    NOTICE OF REFERENCE TO A UNITED STATES MAGISTRATE JUDGE