JEAN-RENE BASLE, CA Bar No. 134107
County Counsel
PAYMON Z. BIDARI, CA Bar No. 194399
Deputy County Counsel
385 North Arrowhead Avenue, 4th Floor
San Bernardino, CA 92415-0140
Telephone: (909) 387-5457
Fax: (909) 387-4069

Attorneys for Defendant SAN BERNARDNIO SHERIFFS DEPARTMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BIRDT,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAN BERNARDINO SHERIFFS DEPARTMENT,<br><br>    Defendant. | CASE NO. EDCV 13-00673-VAP (DTBx)<br><br>**NOTICE OF RELATED CASE**<br>(CV-10-08377)<br><br>Assigned to the Honorable<br>Virginia A. Phillips<br><br>Referred to the Honorable<br>David T. Bristow |

To the Honorable Court:

In accordance with Local Rule 83-1.3, Defendant San Bernardino Sheriffs Department files the instant Notice of Related Case.

The following case called for a determination of the same identical question of law and fact, and will entail the duplication of labor for the honorable judges assigned to each respective case.

In fact, the Honorable John A. Kronstadt recently ruled on the constitutionality of the exact complaint and policy at issue in the case

1

*Jonathan Birdt* v*. Charlie Beck* (CV-10-08377).

Please see First Amended Complaint and Order re Motion for Summary Judgment respectively attached as Exhibits 1 and 2 on Case No. CV-10-08377.)

DATED: April 26, 2013

JEAN-RENE BASLE
County Counsel

/s/
PAYMON Z. BIDARI
Deputy County Counsel
Attorneys for Defendant SAN BERNARDINO SHERIFFS DEPARTMENT

# PROOF OF SERVICE

I am employed in the County of San Bernardino, State of California. I am a citizen of the United States, employed in the County of San Bernardino, State of California, over the age of 18 years and not a party to nor interested in the within action. My business address is 385 North Arrowhead Avenue, Fourth Floor, San Bernardino, CA 92415-0140.

On April 29, 2013, I served the following documents (*specify*): **NOTICE OF RELATED CASE** (CV-10-08377)

I served the documents on the persons below, as follows:

| | |
|---|---|
| JONATHAN W BIRDT ESQ | In Pro Per |
| LAW OFFICE OF JONATHAN W BIRDT | |
| 10315 WOODLEY AVE STE 208 | Telephone: 818-400-4485 |
| GRANADA HILLS CA 91344 | Fax: 818-428-1384 |

The documents were served by the following means:

**By United States Mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing on April 29, 2013, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in San Bernardino, California, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Bernardino, California.

I declare under penalty of perjury under the laws of the United States of America, that the above is true and correct.

/s/ _____
SONJA BATES, Declarant

0288.01202
2AH7515

3

NOTICE OF RELATED CASE