JEAN-RENE BASLE, CA Bar No. 134107
County Counsel
PAYMON Z. BIDARI, CA Bar No. 194399
Deputy County Counsel
385 North Arrowhead Avenue, 4th Floor
San Bernardino, CA 92415-0140
Telephone: (909) 387-5457
Fax: (909) 387-4069

Attorneys for Defendant SAN BERNARDINO SHERIFFS DEPARTMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BIRDT,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SAN BERNARDINO SHERIFFS DEPARTMENT,<br><br>　　　　Defendant. | CASE NO. EDCV 13-00673-VAP (DTBx)<br><br>**CERTIFICATE OF INTERESTED PARTIES**<br><br>Assigned to the Honorable<br>Virginia A. Phillips<br><br>Referred to the Honorable<br>David T. Bristow |

　　　　Defendant San Bernardino Sheriff's Department certifies the following listed party has a direct pecuniary interest in the outcome of this case.

　　　　1. Insurance Company of the State of Pennsylvania.

///
///
///
///

1

      This representation is made to enable the Court to evaluate any possible disqualification/recusal issues.

DATED: April 26, 2013        JEAN-RENE BASLE
                                            County Counsel

                                          /s/ _____
                                          PAYMON Z. BIDARI
                                          Deputy County Counsel
                                          Attorneys for Defendant

0288.01202
2AH1891

CERTIFICATE OF INTERESTED PARTIES

# PROOF OF SERVICE

I am employed in the County of San Bernardino, State of California. I am a citizen of the United States, employed in the County of San Bernardino, State of California, over the age of 18 years and not a party to nor interested in the within action. My business address is 385 North Arrowhead Avenue, Fourth Floor, San Bernardino, CA 92415-0140.

On April 26, 2013, I served the following documents (*specify*): **CERTIFICATE OF INTERESTED PARTIES**

I served the documents on the persons below, as follows:

JONATHAN W BIRDT ESQ             In Pro Per
LAW OFFICE OF JONATHAN W BIRDT
10315 WOODLEY AVE STE 208        Telephone: 818-400-4485
GRANADA HILLS CA 91344           Fax: 818-428-1384

The documents were served by the following means:

**By United States Mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing on April 26, 2013, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in San Bernardino, California, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Bernardino, California.

I declare under penalty of perjury under the laws of the United States of America, that the above is true and correct.


/s/ _____
SONJA BATES, Declarant

0288.01202
2AH1891

CERTIFICATE OF INTERESTED PARTIES