JEAN-RENE BASLE, CA Bar No. 134107
County Counsel
PAYMON Z. BIDARI, CA Bar No. 194399
Deputy County Counsel
385 North Arrowhead Avenue, 4th Floor
San Bernardino, CA 92415-0140
Telephone: (909) 387-5457
Fax: (909) 387-4069

Attorneys for Defendant SAN BERNARDINO SHERIFFS DEPARTMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JONATHAN BIRDT, | ) CASE NO. EDCV 13-00673-VAP (DTBx) |
|---|---|
| Plaintiff, | ) |
| vs. | ) **REQUEST TO TAKE JUDICIAL NOTICE (IN SUPPORT OF F.R.C.P. RULE 12(b)(6))** |
| SAN BERNARDINO SHERIFFS DEPARTMENT, | ) Assigned to the Honorable Virginia A. Phillips |
| Defendant. | ) Referred to the Honorable David T. Bristow |

Please **notice** pursuant to Federal Rules of Evidence, Rule 201, Defendant San Bernardino Sheriffs Department respectfully requests the Court to judicially notice the following document in support of its Motion to Dismiss:

///
///
///
///

1

0288.01202
2AH8283

1. Civil Minutes dated January 13, 2011 on related case *Jonathan Birdt* v. *Charlie Beck* (CV-10-08377) attached as Exhibit 1.

DATED: April 26, 2013              JEAN-RENE BASLE
                                   County Counsel


                                   /s/ _____
                                   PAYMON Z. BIDARI
                                   Deputy County Counsel
                                   Attorneys for Defendant

## PROOF OF SERVICE

I am employed in the County of San Bernardino, State of California. I am a citizen of the United States, employed in the County of San Bernardino, State of California, over the age of 18 years and not a party to nor interested in the within action. My business address is 385 North Arrowhead Avenue, Fourth Floor, San Bernardino, CA 92415-0140.

On April 26, 2013, I served the following documents (*specify*): **REQUEST TO TAKE JUDICIAL NOTICE (IN SUPPORT OF F.R.C.P. RULE 12(b)(6))**

I served the documents on the persons below, as follows:

| | |
|---|---|
| JONATHAN W BIRDT ESQ | In Pro Per |
| LAW OFFICE OF JONATHAN W BIRDT | |
| 10315 WOODLEY AVE STE 208 | Telephone: 818-400-4485 |
| GRANADA HILLS CA 91344 | Fax: 818-428-1384 |

The documents were served by the following means:

**By United States Mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing on April 26, 2013, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in San Bernardino, California, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Bernardino, California.

I declare under penalty of perjury under the laws of the United States of America, that the above is true and correct.

/s/
_____
SONJA BATES, Declarant