1  JEAN-RENE BASLE, CA Bar No. 134107
   County Counsel
2  PAYMON Z. BIDARI, CA Bar No. 194399
3  Deputy County Counsel
4  385 North Arrowhead Avenue, 4th Floor
   San Bernardino, CA 92415-0140
5  Telephone: (909) 387-5457
6  Fax:       (909) 387-4069
7
   Attorneys for Defendant SAN BERNARDINO SHERIFFS DEPARTMENT
8
9              UNITED STATES DISTRICT COURT
10             CENTRAL DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| JONATHAN BIRDT, | CASE NO. ED CV 13-673 VAP (JEM) |
| Plaintiff, | |
| vs. | **AMENDED NOTICE OF MOTION TO DISMISS** |
| SAN BERNARDINO SHERIFFS DEPARTMENT, | Court Room: C – 8th Floor<br>Date: June 11, 2013<br>Location: 312 N. Spring St.<br>Los Angeles, CA |
| Defendant. | Assigned to the Honorable Virginia A. Phillips |
| | Referred to U. S. Magistrate Judge John E. McDermott |

Please **NOTICE** Defendant's Motion to Dismiss Pursuant to F.R.C.P. Rule 12(b)(6) will be heard on June 11, 2013, at 10:00 a.m., before

///
///

1

1 | U. S. Magistrate Judge John E. McDermott, Court Room C – 8th Floor, 312
2 | N. Spring Street, Los Angeles, CA 90012.
3 |
4 | DATED: April 30, 2013     JEAN-RENE BASLE
5 |     County Counsel
6 |
7 |     /s/
8 |     PAYMON Z. BIDARI
    Deputy County Counsel
9 |     Attorneys for Defendant

0288.01202
2AI4906

# PROOF OF SERVICE

I am employed in the County of San Bernardino, State of California. I am a citizen of the United States, employed in the County of San Bernardino, State of California, over the age of 18 years and not a party to nor interested in the within action. My business address is 385 North Arrowhead Avenue, Fourth Floor, San Bernardino, CA 92415-0140.

On April 30, 2013, I served the following documents (*specify*): **AMENDED NOTICE OF MOTION TO DISMISS**

I served the documents on the persons below, as follows:

| | |
|---|---|
| JONATHAN W BIRDT ESQ | In Pro Per |
| LAW OFFICE OF JONATHAN W BIRDT | |
| 10315 WOODLEY AVE STE 208 | Telephone: 818-400-4485 |
| GRANADA HILLS CA 91344 | Fax: 818-428-1384 |

The documents were served by the following means:

**By United States Mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing on April 30, 2013, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in San Bernardino, California, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Bernardino, California.

I declare under penalty of perjury under the laws of the United States of America, that the above is true and correct.

/s/
_____
SONJA BATES, Declarant