JEAN-RENE BASLE, CA Bar No. 134107
County Counsel
PAYMON Z. BIDARI, CA Bar No. 194399
Deputy County Counsel
385 North Arrowhead Avenue, 4th Floor
San Bernardino, CA 92415-0140
Telephone: (909) 387-5457
Fax: (909) 387-4069

Attorneys for Defendant SAN BERNARDINO SHERIFFS DEPARTMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BIRDT,<br><br>    Plaintiff,<br><br>vs.<br><br>SAN BERNARDINO SHERIFFS DEPARTMENT,<br><br>    Defendant. | CASE NO. ED CV 13-673 VAP (JEM)<br><br>**NOTICE OF ERRATA**<br><br>**Court Room:  C – 8th Floor**<br>**Date:           June 11, 2013**<br>**Location: 312 N. Spring St.**<br>**               Los Angeles, CA**<br><br>Assigned to the Honorable<br>Virginia A. Phillips<br><br>Referred to U. S. Magistrate<br>Judge John E. McDermott |

      Defendant previously noticed Plaintiff that Defendant's Motion to Dismiss Pursuant to F.R.C.P. Rule 12(b)(6) would be heard on June 10, 2013, before the Honorable Virginia A. Phillips in Department 2 of the United States District Court, 3470 Twelfth Street, Riverside, CA.

      This was incorrect in that the matter has been referred to U. S. Magistrate Judge John E. McDermott. The motion will be heard before

1

NOTICE OF ERRATA

Magistrate Judge McDermott on June 11, 2013, at 10:00 a.m., Court Room C – 8th Floor, 312 N. Spring Street, Los Angeles, CA 90012.

DATED: April 30, 2013
                                  JEAN-RENE BASLE
                                  County Counsel

                                  /s/
                                  PAYMON Z. BIDARI
                                  Deputy County Counsel
                                  Attorneys for Defendant

# PROOF OF SERVICE

I am employed in the County of San Bernardino, State of California. I am a citizen of the United States, employed in the County of San Bernardino, State of California, over the age of 18 years and not a party to nor interested in the within action. My business address is 385 North Arrowhead Avenue, Fourth Floor, San Bernardino, CA 92415-0140.

On April 30, 2013, I served the following documents (*specify)*: **NOTICE OF ERRATA**

I served the documents on the persons below, as follows:

| | |
|---|---|
| JONATHAN W BIRDT ESQ | In Pro Per |
| LAW OFFICE OF JONATHAN W BIRDT | |
| 10315 WOODLEY AVE STE 208 | Telephone: 818-400-4485 |
| GRANADA HILLS CA 91344 | Fax: 818-428-1384 |

The documents were served by the following means:

**By United States Mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing on April 30, 2013, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in San Bernardino, California, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Bernardino, California.

I declare under penalty of perjury under the laws of the United States of America, that the above is true and correct.

/s/ _____
SONJA BATES, Declarant

0288.01202
2AI4914

3