JONATHAN W. BIRDT
10315 Woodley Ave, Suite 208
Granada Hills, CA 91344
Telephone:  (818) 400-4485
Facsimile:   (818) 428-1384
jon@jonbirdt.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BIRDT, | CASE NO.  EDCV 13-00673-VAP |
| Plaintiff, | RESPONSE TO NOTICE OF RELATED CASES |
| vs. | |
| SAN BERNARDINO SHERIFFS DEPARTMENT, | |
| Defendants. | |

    Plaintiff submits that the Notice of Related Cases was filed in violation of Rule 11, and intends to file a motion for sanctions.  Defendant has represented to this Court that the issues of fact and law are the same, but when Plaintiff offered to stipulate to that, Defendant refused.  Defendants did not provide a basis for the denial of the permit and now claims there were multiple grounds for the denial.  Defendant also refuses to stipulate that the Sheriff follows the same policy addressed in the prior litigation currently on Appeal and decided before Plaintiff moved to San Bernardino.  As such, there is absolutely no good faith basis for the representation to this court that the facts and law to be decided are identical.  The email effort to meet and confer is attached hereto.

May 6, 2013                                                                             /s/

                                                                                    _____

                                                                                     Jonathan W. Birdt