| | |
|---|---|
| From: | Bidari, Paymon Z. |
| To: | Jonathan Birdt |
| Subject: | RE: Birdt v. SBSO |
| Date: | Wednesday, May 1, 2013 10:28:12 AM |
| Attachments: | image002.png |

You filed a case where you alleged the Los Angeles Police Department as well as the Los Angeles Sheriff's Department violated your Second Amendment right to bear arms when they denied you a permit.

The Court held your rights were <u>not</u> violated.

Then you applied for the same permit in San Bernardino- claiming your residency has changed from Los Angeles to San Bernardino.

SBSD denied your permit.

You once again filed another 1983/1988 action alleging your Second Amendment rights were violated when (this time) *San Bernardino County SD* refused to issue you the same permit you sought in Los Angeles.

Mr. Birdt, the issues are the same.

**From:** Jonathan Birdt [mailto:jon@jonbirdt.com]
**Sent:** Wednesday, May 01, 2013 10:20 AM
**To:** Bidari, Paymon Z.
**Subject:** RE: Birdt v. SBSO

So to be clear, so that I can attach this as our meet and confer: you are refusing to withdraw/correct your notice of related cases which contains your representation that facts are the same and the policy are the same in this case as it was in the prior case?
Are you stipulating that you have the same policy as the LAPD/LASD?
You have already said the facts are different as the denial was apparently based upon multiple grounds, so you admit the facts are different and at the very least that should be corrected.  Further, if your policy is not the same, that should also be corrected.
And I didn't forum shop, I moved.
Also, on the legal side, just to be clear, are you saying there is no legal right to bear arms for self-defense in California beyond the threshold of ones' front door, so I have no standing to sue?
I really don't understand your position vis a vis a motion to dismiss, but either way, I look forward to the Courts' ruling.
Please provide your final answer by the close of business Friday.

**From:** Bidari, Paymon Z. [mailto:pbidari@cc.sbcounty.gov]
**Sent:** Wednesday, May 1, 2013 10:07 AM
**To:** Jonathan Birdt
**Subject:** RE: Birdt v. SBSO

Your Complaint on the related case alleges: Violations of the Second Amendment (filed under 1983 and 1988). (Pages 3 and 4.)

Specifically, and in that case, you allege that "Defendants (LASD) interpretation of Section 12050's requirements…violates the Second and Fourteenth Amendments." (Page 4, lines 24-26.)

The Court in that case dismissed your case (via LASD's MSJ) and ruled: "California's concealed weapons law, the LAPD and LACSD policies promulgated under that law, and those policies and applied to Plaintiff do not infringe on Plaintiff's constitutional rights." (Page 10 of Minute Order).

Given the many other cases you have filed in federal court asserting the same claim it seems you are forum shopping- hoping to get a different answer from a different judge.

However, the issues are identical:

Was your Second Amendment rights violated when SBSD denied you a concealed weapons permit?

The answer is no because there is no such *constitutional* right.

---

**From:** Jonathan Birdt [mailto:jon@jonbirdt.com]
**Sent:** Wednesday, May 01, 2013 9:43 AM
**To:** Bidari, Paymon Z.
**Subject:** RE: Birdt v. SBSO

Putting aside how false and silly that is: What about your false statement that the facts are identical to the prior case in your notice of related cases? Will you withdraw that or do I need to file a Rule 11 motion and opposition since you now affirmatively state they are not identical?

---

**From:** Bidari, Paymon Z. [mailto:pbidari@cc.sbcounty.gov]
**Sent:** Wednesday, May 1, 2013 9:40 AM
**To:** Jonathan Birdt
**Subject:** Birdt v. SBSO

Good morning Mr. Birdt.

In speaking with my clients, I am advised there were several reasons your permit for a concealed weapon was denied.

That factual issue aside however, the law is clear the Second Amendment does not afford the right to a concealed weapon.

As such, the court lacks subject matter jurisdiction as there is no federal question posed before it.

As a result, my clients have elected to proceed with the 12b6.

Thank you.

**From:** Jonathan Birdt [mailto:jon@jonbirdt.com]
**Sent:** Tuesday, April 30, 2013 8:01 AM
**To:** Bidari, Paymon Z.
**Subject:** Birdt v. SBSO

Counsel,

I am writing to address 2 issues with you before I prepare my response to your notice of related cases which I would request you withdraw, and that we enter into a factual stipulation.  First, please note that your motion to dismiss is truly baseless, and is contrary to the exact discussion we had as noted in my opposing papers, but more importantly, should you lose, please consider the local and national repercussions this ruling would bring- "Court rules residents can sue Sheriff for violating Second Amendment Rights by Denying Permit" and the case moves forward.  I don't want to be a poster child for gun rights, I just want my permit.  I have 5 District Court cases and 3 in the 9th Circuit related to CCW's and no entity has ever filed a 12b6 motion on these issues.  Second, you have represented to the Court the issues of law and fact are exactly the same as in my LAPD case.  If that is a true representation to the Court, then I agree to stipulate to that and we can file a motion for summary on those facts and then head to the 9th as well.  The only stipulation we would need is that "Defendant denied Plaintiffs application for a concealed weapons permit because he failed to show a clear and present danger of immediate harm as required by the Sheriffs policy".  If you are not willing to stipulate, then I am sure you can see why your notice of related cases needs to be withdrawn.  Please provide your response to this request by the end of the week and note that I intend to attach this email as the evidence of my attempt to meet and confer before opposing your notice, and if necessary bringing a Rule 11 Motion to recover my fees and costs for having to do so.

*Jonathan Birdt, Esq.*
**Law Office of Jonathan W. Birdt**
10315 Woodley Ave., Suite 208
Granada Hills, CA 91344
Phone: 818-400-4485
Fax:  818-428-1384
www.jonbirdt.com



Peer Review & Client Ratings