**JONATHAN W. BIRDT**
10315 Woodley Ave, Suite 208
Granada Hills, CA 91344
Telephone: (818) 400-4485
Facsimile: (818) 428-1384
jon@jonbirdt.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BIRDT, <br><br> Plaintiff, <br><br> vs. <br><br> SAN BERNARDINO SHERIFFS DEPARTMENT, <br><br> Defendants. | CASE NO. EDCV 13-00673-VAP <br><br> REQUEST FOR RULING PURSUANT TO L.R. 83-9.2 AND NOTICE OF REFUSAL OF DEFENDANT TO COMPLY WITH DUTY TO JOINTLY FILE PURSUANT TO LOCAL RULES |

    On May 6, 2013, the Court took under submission Defendants motion to dismiss. To date, no ruling has issued. Plaintiff sought to comply with the local rules and requested Defendants permission to jointly file this request. Defendant declined to consent and instructed Plaintiff to file a unilateral request.

    As such, Plaintiff hereby complies with Local Rule L.R. 83-9.2 by advising the Court and requesting a ruling on the submitted matter.

September 4, 2013                                /s/

                                                                                Jonathan W. Birdt