**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHAN BIRDT,<br><br>PLAINTIFF,<br>v.<br>SAN BERNARDINO SHERIFFS DEPARTMENT,,<br><br>DEFENDANT(s), | CASE NUMBER:<br><br>EDCV 13-00673- VAP (JEM)<br><br>**NOTICE OF FILING OF**<br>**MAGISTRATE JUDGE'S REPORT**<br>**AND RECOMMENDATION** |

TO:   All Parties of Record

You are hereby notified that the Magistrate Judge's Report and Recommendation has been filed on <u>September 30, 2013</u>.

Any party having Objections to the Report and Recommendation and/or order shall, not later than <u>October 20, 2013</u>, file and serve a written statement of Objections with points and authorities in support thereof before the Honorable <u>John E. McDermott</u>, U.S. Magistrate Judge.  A party may respond to another party's Objections within 14 days after being served with a copy of the Objections.

Failure to object within the time limit specified shall be deemed a consent to any proposed findings of fact. Upon receipt of Objections and any Response thereto, or upon expiration of the time for filing Objections or a Response, the case will be submitted to the District Judge for disposition.  Following entry of Judgment and/or Order, all motions or other matters in the case will be considered and determined by the District Judge.

The Report and Recommendation of a Magistrate Judge is not a Final Appealable Order.  A Notice of Appeal pursuant to Federal Rules of Appellate Procedure 4(a)(1) should not be filed until entry of a Judgment and/or Order by the District Judge.

                                        CLERK, UNITED STATES DISTRICT COURT

Dated: <u>September 30, 2013</u>        By:   <u>J. Yerke</u>
                                                Deputy Clerk