JONATHAN W. BIRDT
10315 Woodley Ave, Suite 208
Granada Hills, CA 91344
Telephone: (818) 400-4485
Facsimile: (818) 428-1384
jon@jonbirdt.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BIRDT, | CASE NO. 5:13-cv-00673-VAP-JEM |
| Plaintiff, | NOTICE OF MANUAL FILING |
| vs. | |
| SAN BERNARDINO SHERIFFS DEPARTMENT, | |
| Defendants. | |

On this date Plaintiff sent the First Amended Complaint attached hereto, to the Court for manual filing.

October 22, 2013

\_\_\_/s/_____
Jonathan W. Birdt

NOTICE OF FIRST AMENDED COMPLAINT - 1