UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BIRDT,<br><br>    Plaintiff,<br><br>v.<br><br>SAN BERNARDINO SHERIFF'S DEPARTMENT,<br><br>    Defendant. | Case No. EDCV 13-0673-VAP (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS HEREBY ORDERED that: (1) Defendants' Motion to Dismiss is denied; (3) Plaintiff's Complaint is dismissed, with leave to amend; and (3) Plaintiff may file a First Amended Complaint **within thirty (30) days** of this Order.

**IT IS SO ORDERED.**

DATED: Oct 31 2013

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE