# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 13-0673-VAP (JEM) | Date | November 5, 2013 |
|---|---|---|---|
| Title | Jonathan Birdt v. San Bernardino Sheriffs Department | | |

Present: The Honorable  John E. McDermott, United States Magistrate Judge

S. Anthony
Deputy Clerk

Court Reporter / Recorder

Attorneys Present for Plaintiffs:

Attorneys Present for Defendants:

**Proceedings:** **(IN CHAMBERS) ORDER DIRECTING CLERK TO FILE IN FIRST AMENDED COMPLAINT (Docket No. 20)**

    Pursuant to the Court's order of October 31, 2013, the amended complaint lodged on October 22, 2013, is ordered filed as of the date of this Order.

cc: Parties

Initials of Preparer : sa