**JONATHAN W. BIRDT**
10315 Woodley Ave, Suite 208
Granada Hills, CA 91344
Telephone:  (818) 400-4485
Facsimile:   (818) 428-1384
jon@jonbirdt.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BIRDT, | CASE NO.  EDCV 13-00673-VAP |
| Plaintiff, | OPPOSITION TO MOTION TO DISMISS |
| vs. | Date:    January 7, 2014 |
| SAN BERNARDINO SHERIFFS DEPARTMENT, | Time:    10:00 a.m. |
| Defendants. | Courtroom:  C |
| | Before the Honorable: Magistrate John E. McDermott |

    This Court previously found that defendants legal challenge to Plaintiffs complaint were without merit and that no grounds for a motion to dismiss existed, but ignoring that order, they have brought the same legal challenge again.  Defendants' new motion argues the same thing, that no legal right exists under the Second Amendment to carry a weapon outside the home.  It is unclear why Defendants would bring such a motion given the Courts' prior ruling, unless solely for the purpose of delay.

     Defendants do not suggest Plaintiff failed to properly amend, nor do they address the facts added to the complaint at the Courts' instruction:

8. Plaintiff meets all State mandated requirements and has complied with all Department procedures as instructed by the CCW coordinator for the SBSO.
9. Plaintiff submitted a complete application packet as provided to him by the SBSO CCW Coordinator and was not advised of any deficiency in his application.
10. Plaintiff was told an interview was to be scheduled, but Defendant did not comply with their own internal policy and simply sent the denial letter without even interviewing the Plaintiff.
11. Despite having fully complied with all statutory requirements and procedural requirements established by SBSO, Defendant continues to refuse to issue Plaintiff a permit necessary to exercise his Second Amendment Rights outside of the home.
12. Upon receiving notice of this Courts' ruling on Defendants motion to dismiss, Plaintiff again invited the Sheriff to issue his permit and end the litigation without any additional expense.
13. Therefore, Defendants policies and practices have infringed Plaintiffs Second Amendment Right to Bear Arms for the purpose of Self-Defense as he has complied with all legal obligations, but defendant refuses to issue the permit necessary to exercise that fundamental right without any legal basis.

     As such, as previously held, there is simply no legal basis for the instant motion.

November 8, 2013                                              /s/

                                                             _____
                                                             Jonathan W. Birdt