1  JEAN-RENE BASLE, CA Bar No. 134107
2  County Counsel
3  PAYMON Z. BIDARI, CA Bar No. 194399
   Deputy County Counsel
4  385 North Arrowhead Avenue, 4th Floor
5  San Bernardino, CA 92415-0140
   Telephone: (909) 387-5457
6  Fax: (909) 387-4069

7  Attorneys for Defendant SAN BERNARDINO SHERIFFS DEPARTMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JONATHAN BIRDT, | ) CASE NO. EDCV 13-00673-VAP (JEM) |
|---|---|
| Plaintiff, | ) **REPLY TO OPPOSITION TO** |
| | ) **MOTION TO DISMISS FIRST** |
| vs. | ) **AMENDED COMPLAINT** |
| | ) **PURSUANT TO F.R.C.P. Rule** |
| SAN BERNARDINO SHERIFFS DEPARTMENT, | ) **12(b)(6)** |
| | ) Date: January 7, 2014 |
| Defendant. | ) Time: 10:00 a.m. |
| | ) Court Room: C, 8th Floor |
| | ) Assigned to the Honorable Virginia A. Phillips |
| | ) Referred to the Honorable John E. McDermott |

Defendant replies to Plaintiff's Opposition to Dismiss First Amended Complaint in the following grounds:

1. Contrary to Plaintiff's assertions, Defendant's Motion to Dismiss the First Amended Complaint does not

1

propose there is no legal right to carry a weapon outside the house;

2. Instead, it challenges Plaintiff's First Amended Complaint in that it does not state a cause of action for a Second Amendment violation;

3. The instant opposition does not address the points raised in the Motion to Dismiss the First Amended Complaint-- it simply restates the allegations.

DATED: December 5, 2013

JEAN-RENE BASLE
County Counsel

_____
PAYMON Z. BIDARI
Deputy County Counsel
Attorneys for Defendant

2

## I. REPLY

This honorable Court already found that Plaintiff's (original) complaint failed to state a cause of action.

In an effort to remedy that deficiency, Plaintiff's First Amended Complaint now claims Plaintiff met all state mandated requirements for obtaining a concealed weapon permit, but that Defendant "continues to refuse to issue Plaintiff [sic] a permit necessary to exercise his Second Amendment Rights outside of the home." (First Amended Complaint, page 2, lines 14-15; Opposition to Motion to Dismiss, page 2, lines 8-13.)

Plaintiff lastly argues "Defendants [sic] policies and practices have infringed Plaintiff's Second Amendment Right to Bear Arms for the purpose of Self-Defense as he has complied with all legal obligations, but defendant refuses to issue the permit necessary to exercise that fundamental right without any legal basis." (Opposition, page 2, lines 13-16.)

Otherwise, the instant First Amended Complaint still fails to state violations of the Second Amendment.

Although Plaintiff is required to plead that Defendant deprived him of rights secured by the Constitution or a federal statute, he has not established that he has a constitutional right to a concealed weapon permit.

Plaintiff's other arguments also do not rise to a level of a Second Amendment violation so long as the denial is not inconsistent with sheriff or state policies.[1]

As such, the First Amended Complaint fails.

---

[1] Please note on September 30, 2013, this honorable Court judicially noticed Case No. CV-10-8377 (*Jonathan Birdt v. Charlie Beck, et al.*) wherein Plaintiff/Attorney Birdt filed a similar case against Los Angeles County Sheriff's Department in which the Honorable John A. Kronstadt already held "California's concealed weapons law, the LAPD and LACSD policies promulgated under that law, and those policies as applied to Plaintiff do not infringe upon Plaintiff's constitutional rights."

As this honorable Court well knows "Section 1983 is not itself a source of substantive rights, but merely provides a method of vindicating federal rights elsewhere conferred. (*Albright* v. *Oliver* 510 U.S. 266, 271 (1994). The first step is to identify the specific constitutional or federal right allegedly infringed. (*Id.*)

In this instance, no such source has been identified.

Even taking Plaintiff's allegations as true, his cause of action for violation of the Second Amendment fails to state a claim against the San Bernardino County Sheriff's Department.

## II. CONCLUSION

Defendant respectfully submits.

DATED: December 5, 2013

JEAN-RENE BASLE
County Counsel

_____
PAYMON Z. BIDARI
Deputy County Counsel
Attorneys for Defendant

## PROOF OF SERVICE

I am employed in the County of San Bernardino, State of California. I am a citizen of the United States, employed in the County of San Bernardino, State of California, over the age of 18 years and not a party to nor interested in the within action. My business address is 385 North Arrowhead Avenue, Fourth Floor, San Bernardino, CA 92415-0140.

On December 5, 2013, I served the following documents (*specify*): **REPLY TO OPPOSITION TO MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO F.R.C.P. Rule 12(b)(6)**

I served the documents on the persons below, as follows:

| | |
|---|---|
| JONATHAN W BIRDT ESQ | In Pro Per |
| LAW OFFICE OF JONATHAN W BIRDT | |
| 10315 WOODLEY AVE STE 208 | Telephone: 818-400-4485 |
| GRANADA HILLS CA 91344 | Fax: 818-428-1384 |

The documents were served by the following means:

**By United States Mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing on December 5, 2013, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in San Bernardino, California, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Bernardino, California.

I declare under penalty of perjury under the laws of the United States of America, that the above is true and correct.

*/s/ Sonja Bates*

SONJA BATES, Declarant