Name and address:
ALGERIA R. FORD CA Bar No. 289016
Deputy County Counsel
JEAN-RENE BASLE, CA Bar No. 134107
County Counsel
385 North Arrowhead Avenue, Fourth Floor
San Bernardino, CA 92415-0140
Algeria.Ford@cc.sbcounty.gov

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JONATHAN BIRDT

PLAINTIFF(S)

v.

SAN BERNARDINO SHERIFF'S DEPARTMENT

DEFENDANT(S)

CASE NUMBER:
EDCV 13-00673-VAP (JEM)

**NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL**

## INSTRUCTIONS

*Appearance of Counsel*:

Attorneys may use this form to enter an appearance in a case, or to update the docket of a case to reflect a prior appearance. To do so, complete Sections I, II, and IV of this form, then file and serve the form in the case. (Using an attorney's CM/ECF login and password to file this form will expedite the addition of that attorney to the docket as counsel of record.)

*Withdrawal of Counsel*:

This form may be used to terminate an attorney's status as counsel of record for a party in three situations: (1) the attorney being terminated has already been relieved by the Court, but the docket does not yet reflect that fact; (2) at least one member of the attorney's firm or agency will continue to represent that party and the withdrawing attorney is not the only member of the Bar of this Court representing that party; or (3) the represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. For any of these situations, complete Sections I, III, and IV of this form, then file and serve the form in the case.

**Note:** *In situations not covered above, attorneys seeking to withdraw from a case must first obtain permission from the Court. In such circumstances, attorneys should complete and file a "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01) rather than this "Notice of Appearance of Withdrawal of Counsel" (Form G-123). See Form G-01 for further information.*

## SECTION I - IDENTIFYING INFORMATION

*Please complete the following information for the attorney you wish to add or remove (if removing an attorney, provide the information as it currently appears on the docket; if appearing pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Paymon Z. Bidari, Deputy County Counsel          CA Bar Number: 194399

Firm or agency: Office of the County Counsel

Address: 385 North Arrowhead Avenue, Fourth Floor

Telephone Number: (909) 387-5455          Fax Number: (909) 387-4069

Email: PBidari@cc.sbcounty.gov

Counsel of record for the following party or parties: Defendant, San Bernardino Sheriff's Department

### SECTION II - TO ADD AN ATTORNEY TO THE DOCKET

*Please select one of the following options:*

☐ The attorney listed above has already appeared as counsel of record in this case and should have been added to the docket. The date of the attorney's first appearance in this case: _____

☐ The filing of this form constitutes the first appearance in this case of the attorney listed above. Other members of this attorney's firm or agency have previously appeared in the case.

☐ The filing of this form constitutes the first appearance in this case of the attorney listed above. No other members of this attorney's firm or agency have previously appeared in the case.

### SECTION III - TO REMOVE AN ATTORNEY FROM THE DOCKET

*Please select one of the following options:*

☐ The attorney named above has already been relieved by the Court as counsel of record in this case and should have been removed from the docket. Date of the order relieving this attorney: _____

☒ Please remove the attorney named above from the docket of this case; at least one member of the firm or agency named above, and at least one member of the Bar of this Court, will continue to serve as counsel of record for the party or parties indicated.
*(Note: if you are removing yourself from the docket of this case as a result of separating from a firm or agency, you should consult Local Rules 5-4.8.1 and 83-2.4 and Form G-06 ("Notice of Change of Attorney Business or Contact Information"), concerning your obligations to notify the Clerk and parties of changes in your business or contact information.)*

☐ The represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. Date party was dismissed: _____

### SECTION IV - SIGNATURE

I request that the Clerk update the docket as indicated above.

Date: December 23, 2013    Signature: /s/ Algeria R. Ford

Name: Algeria R. Ford

# PROOF OF SERVICE

I am employed in the County of San Bernardino, State of California. I am a citizen of the United States, employed in the County of San Bernardino, State of California, over the age of 18 years and not a party to nor interested in the within action. My business address is 385 North Arrowhead Avenue, Fourth Floor, San Bernardino, CA 92415-0140.

On Monday, December 23, 2013, I served the following documents (*specify*):

**NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL (REMOVING PAYMON Z. BIDARI)**

I served the document(s) on the persons below, as follows:

JONATHAN W BIRDT ESQ　　　　　　　　In Pro Per
LAW OFFICE OF JONATHAN W BIRDT
10315 WOODLEY AVE STE 208　　　　　Telephone: 818-400-4485
GRANADA HILLS CA 91344　　　　　　　Facsimile:　818-428-1384

The document(s) was (were) served by the following means:

☒ **By United States Mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and (*specify one*):

(1) ☐ deposited the sealed envelope on _____, 2013, with the United States Postal Service, in San Bernardino, California with postage fully prepaid.

(2) ☒ placed the envelope for collection and mailing, on December 23, 2013, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in San Bernardino, California, in a sealed envelope with postage fully prepaid.

/ / / /

1  I am a resident or employed in the county where the mailing
2  occurred. The envelope or package was placed in the mail at San
3  Bernardino, California. I declare under penalty of perjury under the laws
   of the United States of America, that the above is true and correct.
4
   DATE: December 23, 2013
5
   Jacqueline Love                    _____
6  (TYPE OR PRINT NAME OF DECLARANT)   (SIGNATURE OF DECLARANT)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28