**JONATHAN W. BIRDT**
10315 Woodley Ave, Suite 208
Granada Hills, CA 91344
Telephone: (818) 400-4485
Facsimile: (818) 428-1384
jon@jonbirdt.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BIRDT,<br><br>                    Plaintiff,<br><br>  vs.<br><br>SAN BERNARDINO SHERIFFS DEPARTMENT,<br>                    Defendants.<br>_____ | CASE NO. EDCV 13-00673-VAP<br><br>NOTICE OF SUPPLEMENTAL AUTHORITIES<br><br>Date:   January 7, 2014<br>Time:   10:00 a.m.<br>Courtroom: C<br><br>Before the Honorable:<br>Magistrate John E. McDermott |

Since originally submitting this matter the 9th Circuit has issued its ruling in *Chovan* along with the Eastern District in *Silvester* further addressing the Civil Rights violations claimed and need for Judicial Relief in the Central District. Both opinions are attached hereto.

January 2, 2014                                                                    /s/

                                                                                 _____

                                                                                 Jonathan W. Birdt

NOTICE OF SUPPLEMENTAL AUTHORITIES- 1