## Jonathan Birdt

| | |
|---|---|
| **From:** | Jonathan Birdt |
| **Sent:** | Monday, February 24, 2014 12:29 PM |
| **To:** | 'Algeria.Ford@cc.sbcounty.gov'; 'jlove@cc.sbcounty.gov'; 'jbasle@cc.sbcounty.gov' |
| **Subject:** | RE: Birdt v. SBSO |
| **Attachments:** | Peruta-Opinion 4 plex.pdf; TRO.pdf; email notice sbso.pdf |

**From:** Jonathan Birdt
**Sent:** Monday, February 24, 2014 8:35 AM
**To:** 'Algeria.Ford@cc.sbcounty.gov'; 'jlove@cc.sbcounty.gov'; 'jbasle@cc.sbcounty.gov'
**Subject:** RE: Birdt v. SBSO

Here is a rough draft of what I am working on to file this afternoon.  I have not yet included Peruta.  Please note that an opposition is due within 24 hours of filing and this email will be attached as an exhibit along with any response from you.  My offer to dismiss and waive all costs and fees stands for the issuance of a permit stands.

**From:** Jonathan Birdt
**Sent:** Monday, February 24, 2014 7:58 AM
**To:** 'Algeria.Ford@cc.sbcounty.gov'; 'jlove@cc.sbcounty.gov'; pbidari@cc.sbcounty.gov; 'jbasle@cc.sbcounty.gov'
**Subject:** RE: Birdt v. SBSO

My efforts to reach you have been unsuccessful and there is no answer or recorded message on the number provided.  I am required to attempt oral notice pursuant to L.R. 7-19.1 but have been unable to communicate with anyone in your office.  If I do not hear from you by Noon today I will be filing an ex parte application this afternoon for a TRO and Preliminary injunction hearing requiring the issuance of a permit, or appearance at a hearing by the sheriff to explain why he continues to refuse to do so.
Please note on Friday afternoon San Diego announced it would not seek en banc review and instead would immediately commence voluntary compliance with the Peruta decision following similar announcements by orange county and Ventura county.

**From:** Jonathan Birdt
**Sent:** Tuesday, February 18, 2014 7:24 AM
**To:** 'Algeria.Ford@cc.sbcounty.gov'; 'jlove@cc.sbcounty.gov'
**Subject:** RE: Birdt v. SBSO

Please call me to meet and confer if you desire as I intend to file for an emergency injunction on Monday.


Jon Birdt
818-400-4485


-------- Original message --------
From: Jonathan Birdt
Date:02/13/2014 2:40 PM (GMT-08:00)
To: "'Algeria.Ford@cc.sbcounty.gov'" ,"'jlove@cc.sbcounty.gov'"
Subject: Birdt v. SBSO

1

I will agree to confidentiality and to waive all fees and costs if my permit is issued by the end of the month:

http://cdn.ca9.uscourts.gov/datastore/opinions/2014/02/12/1056971.pdf


Jon Birdt
818-400-4485

2