**JONATHAN W. BIRDT**
10315 Woodley Ave, Suite 208
Granada Hills, CA 91344
Telephone:  (818) 400-4485
Facsimile:   (818) 428-1384
jon@jonbirdt.com

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BIRDT,<br><br>               Plaintiff,<br><br>vs.<br><br>SAN BERNARDINO SHERIFFS DEPARTMENT,<br>               Defendants.<br>_____ | CASE NO.  EDCV 13-00673-VAP<br><br>PLAINTIFF'S REPLY RE EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND TO SET HEARING ON A PRELIMIANRY INJUNCTION |

      Defendants' opposition actually emphasizes why emergency relief is so important here for the continuing denial of Plaintiffs' Fundamental Rights.  Plaintiffs' application was denied without interview, investigation or explanation.  Defendant then moved to dismiss Plaintiffs' complaint saying no right existed, and after being instructed to the contrary, they filed the same motion again.  Now defendants contend that Defendant denied the application based upon moral character presumably because Plaintiff was once disciplined by the bar, an unlawful and punitive exercise of discretion given that:

      -On October 29th, 2012 Plaintiff, after review of his history, was admitted to practice before the United States Supreme court.

-This Court review Plaintiffs' history of discipline an found no further action was warranted and that Plaintiff possessed good moral character sufficient to remain a member of the bar of this Court.  MC09-367ABC

-Plaintiff, after review of his history, was admitted to the practice of law in Texas.

-Plaintiff is a member in good standing of the State Bars of California, Nevada, Texas, the 9th Circuit, the Supreme Court and all Federal Districts in California.

-Plaintiff, since his issue with the State Bar as worked as a volunteer judge for the Los Angeles Superior Court, has been appointed Pro Bono counsel by Public Counsel, and frequently volunteers and is appointed a guardian ad litem for dependent minors.

-Plaintiff has no criminal history, frequently passes DOJ background checks for weapons purchases and is not in any way prohibited from exercising his constitutional rights.

-Plaintiff is licensed to carry a concealed weapon by the States of Nevada and Utah.

This is contrasted with Defendants ever changing story and continued denial of Plaintiffs' ability to exercise his Rights.

February 26, 2014                                                         /s/

                                                                                                                                       _____

                                                                                                                                       Jonathan W. Birdt