# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Jonathan Birdt | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | EDCV13-00673-VAP(JEMx) |
| v. | |
| San Bernardino Sheriffs Department | **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
| DEFENDANT(S). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 3/11/2014 | 36 | NOTICE OF MOTION AND MOTION |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____.
☑ The hearing date has been rescheduled to 4/14/2014 at 2:00 PM
☐ Other

Clerk, U.S. District Court

Dated: 3/12/2014    By: A. Duke
                        Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge