1  ALGERIA R. FORD, CA Bar No. 289016
2  Deputy County Counsel
   JEAN-RENE BASLE, CA Bar No. 134107
3  County Counsel
4  385 North Arrowhead Avenue, Fourth Floor
   San Bernardino, CA  92415-0140
5  Telephone:  (909) 387-5455
6  Facsimile:    (909) 387-4069
7  Electronic Mail Address: Algeria.Ford@cc.sbcounty.gov

8  Attorneys for Defendant, SAN BERNARDINO SHERIFF'S DEPARTMENT

9                    UNITED STATES DISTRICT COURT

10

11                   CENTRAL DISTRICT OF CALIFORNIA

12  JONATHAN BIRDT,                  ) CASE NO.  EDCV 13-00673-VAP
13                                   ) (JEM)
                                     )
            Plaintiff,               )
14                                   ) DECLARATION OF
15      vs.                          ) ALGERIA R. FORD
                                     )
16                                   )
    SAN BERNARDINO SHERIFFS          )
17  DEPARTMENT,                      )
                                     ) Assigned to the Honorable
18                                   ) Virginia A. Phillips
            Defendant.               ) United States District Judge
19                                   )

20

21

22

23

24

25

26

27

28

# DECLARATION OF ALGERIA R. FORD

I, Algeria R. Ford, declare:

1.    I am an attorney at law licensed to practice before the courts of the State of California, and am a Deputy Counsel with the County of San Bernardino County Counsel's Office, counsel of record for Defendant. I make the following statements based on my own personal knowledge.

2.    Prior to plaintiff filing his Motion, I explained to plaintiff that given the Court's recent Order denying his Ex Parte Application and Request for a Preliminary Injunction, the newest Motion was not well taken.

3.    That Plaintiff Birdt responded that he had "already paid [his] lawyer to write it" and that he would file it Monday.

4.    That I spent 1.7 hours reviewing plaintiff's Motion and preparing an Opposition.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 19th day of March 2014, at San Bernardino, California.

_____
ALGERIA R. FORD, Declarant

1

#2BQ8904

**PROOF OF SERVICE**

I am employed in the County of San Bernardino, State of California.  I am a citizen of the United States, employed in the County of San Bernardino, State of California, over the age of 18 years and not a party to nor interested in the within action.   My business address is 385 North Arrowhead Avenue, Fourth Floor, San Bernardino, CA 92415-0140.

On Wednesday, March 19, 2014, I served the following document(s) (*specify*):

DECLARATION OF ALGERIA R. FORD

I served the document(s) on the person(s) below, as follows:

Jonathan W. Birdt, Esq.                          Plaintiff In Propria
LAW OFFICE OF JONATHAN W BIRDT      Persona
10315 Woodley Avenue, Suite 208
Granada Hills, CA  91344-6950
Telephone: (818) 400-4485
Facsimile:  (818) 428-1384
Electronic Mail Address: jon@jonbirdt.com

The document(s) was (were) served by the following means:

☒ **By Overnight Delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses above. I placed the envelope or package for collection and overnight delivery at an office or regularly utilized drop box of the overnight delivery carrier.

I declare under penalty of perjury under the laws of the United States of America, that the above is true and correct.

Jacqueline Love
(TYPE OR PRINT NAME OF DECLARANT)      (SIGNATURE OF DECLARANT)