**JONATHAN W. BIRDT**
10315 Woodley Ave, Suite 208
Granada Hills, CA 91344
Telephone:   (818) 400-4485
Facsimile:   (818) 428-1384
jon@jonbirdt.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BIRDT,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SAN BERNARDINO SHERIFFS DEPARTMENT,<br>　　　　　Defendants. | CASE NO.  EDCV 13-00673-VAP<br><br>PLAINTIFF'S OPPOSITION RE MOTION FOR PRELIMIANRY INJUNCTION<br><br>April 14, 2014 at 2 p.m.<br>Courtroom 2, Riverside |

　　　Defendant does not dispute a single fact proffered in the moving papers, nor does defendant proffer a single fact to the contrary leaving to factual dispute. Defendants legal argument relate only to a ruling made by this court regarding the ex parte application and prior to the 9th Circuit ruling in Richards, though technically, the Preliminary Injunction does not rely upon Peruta or Richards.  Of note, and concurrent with this filing, the 9th Circuit has made it clear that denial of this motion would be arguably an abuse of discretion as set forth in its' memorandum in Baker, attached hereto.  There being no dispute in the facts or law, Plaintiff waives oral argument and requests that the Court take this matter under submission and issue a ruling at its' earliest convenience to prevent further violation of Plaintiffs' Fundamental Rights.

March 20, 2014                                                              /s/

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Jonathan W. Birdt

REPLY BRIEF RE TRO  1