# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BIRDT, | CASE NO. EDCV 13-00673-VAP |
| Plaintiff, | REQUEST FOR RULING PURSUANT TO L.R. 83-9.2 |
| vs. | |
| SAN BERNARDINO SHERIFFS DEPARTMENT, | |
| Defendants. | |

On January 2, 2014, the Court took under submission Defendants motion to dismiss. To date, no ruling has issued. Plaintiff hereby comply with Local Rule L.R. 83-9.2 by advising the Court of same. Defendant declined to participate in this notice.

May 7, 2014

/s/

_____

Jonathan W. Birdt

REQUEST FOR RULING - 1