**JONATHAN W. BIRDT**
18252 Bermuda St.
Porter Ranch, CA 91326
Telephone:   (818) 400-4485
Facsimile:   (818) 428-1384
jon@jonbirdt.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BIRDT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SAN BERNARDINO SHERIFFS DEPARTMENT,<br>　　　　Defendants. | CASE NO. EDCV 13-00673-VAP<br><br>STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW<br><br>June 9th, 2014 at 2 p.m.<br>Courtroom 2, Riverside |

UNCOTNROVERRTED FACTS:

1. Defendant denied Plaintiffs' application for a license to carry a concealed weapon on the grounds that Plaintiff was not of good moral character.
2. Plaintiff has no criminal record, is not barred from owning or possessing firearms, and has been found to currently be of good moral character by:
   a. This District Court.
   b. All District Courts in California and Nevada.
   c. The Supreme Courts of the United States, California, Nevada and Texas.

CONCLUSIONS OF LAW

1. The Second Amendment protects the right of a law abiding citizen to carry a weapon for the purpose of self-defense.

May 7, 2014                                                              /s/

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jonathan W. Birdt

STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW   1