UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 13-0673-VAP (JEM) | Date | May 12, 2014 |
|---|---|---|---|
| Title | Jonathan Birdt v. San Bernardino Sheriff's Department | | |

| Present: The Honorable | John E. McDermott, United States Magistrate Judge |
|---|---|

| S. Anthony | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:** **(IN CHAMBERS) ORDER RE PLAINTIFF'S APPLICATION FILE FOR A CONCEALED WEAPON PERMIT AND ORDER TO SHOW CAUSE WITH REGARD TO DEFENDANT'S MOTION TO DISMISS (Docket No. 25)**

The Court ORDERS the San Bernardino Sheriff's Department ("SBSD") to file under seal and serve a certified copy of Plaintiff's application file for a concealed weapon permit, including all records concerning that file and Plaintiff Jonathan Birdt, the reasons for the denial of Plaintiff's permit application, and the identity of any SBSD personnel involved in reviewing and/or denying the permit, **by June 2, 2014**. SBSD also shall produce any records or policies of what hearing or appeal procedure exists, if any, for Plaintiff to challenge the denial of his application. Additionally, SBSD shall produce any readily available statistics for the last two years on the number of concealed weapon permit applications submitted, the number granted and the number rejected, and the reasons given for granting or rejecting the applications.

The Court also issues an ORDER TO SHOW CAUSE why Plaintiff is not entitled by due process to a hearing or appeal procedure to challenge the denial of his application, assuming none exist. SBSD shall file its brief by **June 16, 2014**. Plaintiff shall file a response on or before **July 15, 2014.**

cc: Parties

| | : | |
|---|---|---|
| | Initials of Preparer | sa |