**JONATHAN W. BIRDT**
10315 Woodley Ave, Suite 208
Granada Hills, CA 91344
Telephone: (818) 400-4485
Facsimile: (818) 428-1384
jon@jonbirdt.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BIRDT, | CASE NO. 5:13-cv-00673-VAP-JEM |
| Plaintiff, | ACCEPTANCE OF MAGISTRATES REPORT AND RECOMENDATIONS |
| vs. | |
| SAN BERNARDINO SHERIFFS DEPARTMENT, | |
| Defendants. | |

Plaintiff hereby advises this Court that he accepts the Magistrates report and recommendations (Documents 45 & 46). Plaintiff advises the Court that he has offered to resolve all claims against the County in exchange for the issuance of a 2 year permit, or to provide any additional information necessary to reconsider his application. Plaintiff will also consider the Courts' suggestions regarding an Amended Complaint or continuing the Summary Judgment upon receipt of the documents ordered for production. Until then, Plaintiff believes the motion for Summary Judgment addresses all issues presented by this action, allowing for a prompt resolution. Defendant has already declined more than 10 offers to reconsider its position or to voluntarily exchange information so Plaintiff can understand their position but Defendant has refused all, threatening only sanctions each time.

May 12, 2014                                         _____/s/_____
                                                              Jonathan W. Birdt