ALGERIA R. FORD, CA Bar No. 289016
Deputy County Counsel
JEAN-RENE BASLE, CA Bar No. 134107
County Counsel
385 North Arrowhead Avenue, Fourth Floor
San Bernardino, CA  92415-0140
Telephone:  (909) 387-5455
Facsimile:    (909) 387-4069
Electronic Mail Address: Algeria.Ford@cc.sbcounty.gov

Attorneys for Defendant, SAN BERNARDINO SHERIFF'S DEPARTMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BIRDT,<br><br>      Plaintiff,<br><br>  vs.<br><br>SAN BERNARDINO SHERIFFS DEPARTMENT,<br><br>      Defendant. | CASE NO.  EDCV 13-00673-VAP (JEM)<br><br>NOTICE OF LODGING SEPARATE STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW<br><br>DATE:    June 9, 2014<br>TIME:    2:00 p.m.<br>CRTRM: 2<br><br>Assigned to District Judge<br>Virginia A. Phillips<br><br>Referred to Magistrate Judge<br>John E. McDermott |

TO PLAINTIFF JONATHAN BIRDT IN PRO SE:

PLEASE TAKE NOTICE that Defendant COUNTY OF SAN BERNARDINO SHERIFF'S DEPARTMENT hereby respectfully lodges

/ / / /

/ / / /

1

#2BZ0177   NOTICE OF LODGING SEPARATE STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW

its Separate Statement of Uncontroverted Facts and Conclusions of Law.

DATED: May 19, 2014         JEAN-RENE BASLE
                            County Counsel


                            /s/ Algeria R. Ford
                            ALGERIA R. FORD
                            Deputy County Counsel
                            Attorney for Defendant