# **DECLARATION OF SARAH HENDRIX**

I, Sarah Hendrix, declare as follows:

1. I am employed by the San Bernardino County Sheriff's Department and have been so for the last 23 years. I currently hold the position of Deputy Sheriff. Part of my duties in this capacity include being familiar with the files of applicant who seek permits to carry concealed weapons. The following is based on my personal knowledge.

2. I reviewed Mr. Birdt's file and it states that Mr. Birdt's application for a Concealed Carry Permit was denied for Moral Character reasons.

3. A background investigation showed that Mr. Birdt was disciplined by the California Bar for admittedly and knowingly lying to a Superior Court under penalty of perjury and for Communicating with a represented party. According to a stipulation that he entered into, Birdt admittedly committed acts involving moral turpitude, dishonesty and/or corruption. The stipulation was signed in 2009. Birdt was suspended from the practice of law for a year, placed on probation for two years, and ordered to retake the MPRE.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of May, 2014 in San Bernardino, California, United States of America.

Sarah Hendrix, Declarant