ALGERIA R. FORD, CA Bar No. 289016
Deputy County Counsel
JEAN-RENE BASLE, CA Bar No. 134107
County Counsel
385 North Arrowhead Avenue, Fourth Floor
San Bernardino, CA  92415-0140
Telephone:  (909) 387-5455
Facsimile:    (909) 387-4069
Electronic Mail Address: Algeria.Ford@cc.sbcounty.gov

Attorneys for Defendant, SAN BERNARDINO SHERIFF'S DEPARTMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BIRDT, | CASE NO.  EDCV 13-00673-VAP (JEM) |
| Plaintiff, | NOTICE OF LODGING [PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| SAN BERNARDINO SHERIFFS DEPARTMENT, | DATE:   June 9, 2014 |
| | TIME:    2:00 p.m. |
| Defendant. | CRTRM: 2 |
| | Assigned to District Judge Virginia A. Phillips |
| | Referred to Magistrate Judge John E. McDermott |

TO PLAINTIFF JONATHAN BIRDT IN PRO SE:

PLEASE TAKE NOTICE that Defendant COUNTY OF SAN BERNARDINO SHERIFF'S DEPARTMENT hereby respectfully lodges

/ / / /

/ / / /

#2BZ0143

1
NOTICE OF LODGING [PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

the [Proposed] Order Denying Plaintiff's Motion for Summary Judgment.

DATED: May 19, 2014  JEAN-RENE BASLE
County Counsel

_____
ALGERIA R. FORD
Deputy County Counsel
Attorneys for Defendant