# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 13-0673-VAP (JEM) | Date | May 20, 2014 |
|---|---|---|---|
| Title | Jonathan Birdt v. San Bernardino Sheriffs Department | | |

| Present: The Honorable | John E. McDermott, United States Magistrate Judge |
|---|---|

| S. Anthony | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:** **(IN CHAMBERS) ORDER RE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (Docket No. 44)**

Plaintiff's Motion for Summary Judgment was improperly noticed to be heard before the District Judge.  See General Order 05-07.  Accordingly, IT IS ORDERED THAT Plaintiff shall re-notice the Motion for Summary Judgment to be heard before the Magistrate Judge.

cc: Parties

: 

Initials of Preparer            sa