**JONATHAN W. BIRDT**
18252 Bermuda St.
Porter Ranch, CA 91326
Telephone: (818) 400-4485
Facsimile: (818) 428-1384
jon@jonbirdt.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BIRDT, | CASE NO. EDCV 13-00673-VAP |
| Plaintiff, | NOTICE CHANGING HEARING DATE FOR MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| SAN BERNARDINO SHERIFFS DEPARTMENT, | June 24th, 2014 at 10 a.m. Department C, 8th Floor |
| Defendants. | |

   Please take notice that Plaintiffs Motion for Summary Judgment previously filed and submitted is now hereby noticed for hearing before the Honorable John McDermott at the date and time set forth above.

May 20, 2014                                                            /s/
                                                            _____
                                                            Jonathan W. Bird

NOTICE CHANGING HEARING DATE FOR MOTION FOR SUMMARY JUDGMENT- 1