**JONATHAN W. BIRDT**
18252 Bermuda St.
Porter Ranch, CA 91326
Telephone: (818) 400-4485
Facsimile: (818) 428-1384
jon@jonbirdt.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BIRDT, | CASE NO. EDCV 13-00673-VAP |
| Plaintiff, | SECOND AMENDED NOTICE RE MOTION FOR SUMMARY JUDGMENT HEARING TIME AND LOCATION |
| vs. | |
| SAN BERNARDINO SHERIFFS DEPARTMENT, | June 9th, 2014 at 2 p.m. |
| Defendants. | Department C, 8th Floor |
| | Hon. John E. McDermott |

Pursuant to direction from the Court, the motion for summary judgment remains on calendar for June 9th at 2p.m. but the location will now be as set forth above.

May 20, 2014                                                                 /s/
                                                                     _____
                                                                     Jonathan W. Birdt

REPLY RE MOTION FOR SUMMARY JUDGMENT- 1