UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 13-0673-VAP (JEM) | Date | May 23, 2014 |
|---|---|---|---|
| Title | Jonathan Birdt v. San Bernardino Sheriffs Department | | |

| Present: The Honorable | John E. McDermott, United States Magistrate Judge |
|---|---|

| S. Anthony | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:** **(IN CHAMBERS) ORDER RE PLAINTIFF'S APPLICATION FOR A CONCEALED WEAPON PERMIT AND ORDER TO SHOW CAUSE WITH REGARD TO DEFENDANT'S MOTION TO DISMISS  (Docket Nos. 25 and 49)**

On May 13, 2014, the Court issued an Order requiring the San Bernardino Sheriff's Department ("SBSD") to produce to Plaintiff and to the Court by June 2, 2014 Plaintiff's application file for a concealed weapon permit, including all records concerning the reasons for its denial and identifying all SBSD personnel involved in reviewing and/or denying the permit.  The Court also ordered SBSD to indicate what hearing and/or appeal procedures exist to challenge the denial and submit any readily available statistics regarding concealed weapon applications.  The Court further issued an Order to Show Cause why Plaintiff is not entitled to a hearing and/or appeal procedure to challenge the denial of his permit.  SBSD was ordered to file its brief by June 16, 2014 and Plaintiff was permitted to file any response by July 15, 2014.

In its Opposition to Plaintiff's pending Motion for Summary Judgment, SBSD requested the Court to withdraw its May 13, 2014 Order.  The Court sees no reason to do so and declines SBSD's request.  The Court expects SBSD to comply with its May 13, 2014 Order.  Indeed, the Court does not intend to rule on Plaintiff's Motion for Summary Judgment or SBSD's attempt to move for same in its Opposition until after the information required by the Court's May 13, 2014 Order is produced and the OSC is resolved.  In fact, the Court previously indicated that Plaintiff may wish to consider withdrawing his MSJ and amending his complaint until after the process required by the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 13-0673-VAP (JEM) | Date | May 23, 2014 |
|---|---|---|---|
| Title | Jonathan Birdt v. San Bernardino Sheriffs Department | | |

May 13, 2014 Order is completed.  That process may generate significant new facts and legal determinations that will render the existing First Amended Complaint and pending MSJs inappropriate as a basis for resolving Plaintiff's Second Amendment claim.  The Court wants the best record available before doing so.


cc: Parties




|  | : |  |
|---|---|---|
| | Initials of Preparer | sa |