**JONATHAN W. BIRDT**
18252 Bermuda St.
Porter Ranch, CA 91326
Telephone: (818) 400-4485
Facsimile: (818) 428-1384
jon@jonbirdt.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BIRDT,<br><br>    Plaintiff,<br><br>vs.<br><br>SAN BERNARDINO SHERIFFS DEPARTMENT,<br>    Defendants. | CASE NO. EDCV 13-00673-VAP<br><br>**DECLARATION OF PLAINTIFF REGARDING OSC**<br><br>Plaintiff waives all further argument and response regarding these matters pending further order of the Court |

1. Attached hereto is a true and correct copy of the letter I received denying my application for a permit received less than 30 days after I submitted my application to the department.

2. County Counsel has repeatedly threatened me with sanctions in this matter but has never responded to my requests for information regarding the basis for my denial, nor has she responded tono less than 20 offers to immediately dismiss my lawsuit and waive all fees and costs in exchange for the issuance of my permit.

3. It is my belief that the SBSO maintains an illegal definition of residency and that my application was summarily denied because of that illegal policy and only later did they form their current theory after becoming aware of a Ventura action wherein that Sheriff is having trouble defending his illegal definition of residency.

4. Assuming Defendant does in fact produce the complete file, including all email correspondence related to me, I believe these issues will become apparent and Plaintiff may then request that the Summary Judgment be taken off calendar.

5. Unfortunately, all of Plaintiffs requests to the County have been met with silence or a threat of sanctions, and so without knowing more, Plaintiff wishes to keep the Summary Judgment under submission pending the Courts' review of these matters.

6. I remain ready willing and able to provide any additional information to the Department should they wish to reconsider their position, but my application was summarily denied without an interview or phone call, and I believe that the basis for that denial, that took less than 30 days had nothing to do with a prior settlement with State Bar because, just this month, I cleared a department of justice background check to purchase a new fire arm, and since my settlement with the State I have been admitted to multiple bars, renewed my CCW license in other states, and just yesterday learned that I had been nominated by the selection committee for the San Fernando Valley Bar to serve as a Trustee for the bar based upon my record of public service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

May 23, 2014

Jonathan W. Birdt

DECLARATION OF JONATHAN BIDT RE OSC- 2