

February 26, 2013

Jonathan W. Birdt
18252 Bermuda Street
Porter Ranch, Ca 91326

Dear Mr. Birdt:

Due to the findings of our background investigation this office has chosen not to issue you a permit to
carry a Concealed Weapon. I understand this is a serious matter; however the Sheriff's Department
concludes that the denial of the CCW Permit in your case is appropriate and this decision is final.
Pursuant to the provision of Government code 6254 (f), the Sheriff will not provide you with the
detailed information concerning individuals participating in the investigation.

Sincerely,

John McMahon, Sheriff



By:  Todd Paterson, Captain



