# DECLARATION OF SARAH HENDRIX

I, Sarah Hendrix, declare as follows:

1. I am employed by the San Bernardino County Sheriff's Department and have been so for the last 23 years. I currently hold the position of Deputy Sheriff. Part of my duties in this capacity include being familiar with the files of applicant who seek permits to carry concealed weapons. The following is based on my personal knowledge.

2. In general, as part of the background check conducted to determine whether applicants should be issued a permit, the Sheriff's Department ("Department") often conducts interviews of witnesses who may know the applicant requesting a Concealed Carry permit. Such interviews are necessary to the background of individuals seeking to possess Statements from these individuals may bear on whether the department decides to reject or deny applicant's request for a permit.

3. Defendant does not normally disclose the application documents to the public.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of May, 2014 in San Bernardino, California, United States of America.

Sarah Hendrix, Declarant