**From:** Ford, Algeria
**Sent:** Saturday, May 24, 2014 3:24 PM
**To:** Love, Jacqueline
**Subject:** FW: Birdt: Ex Parte Application for a Protective Order

Hi Ms. Love,

Please note the below message I sent to Mr. Birdt.

**Jonathan W. Birdt, Esq.**
**LAW OFFICE OF JONATHAN W BIRDT**
**10315 Woodley Avenue, Suite 208**
**Granada Hills, CA 91344-6950**
**Telephone: (818) 400-4485**
**Facsimile: (818) 428-1384**
**Electronic Mail Address:** jon@jonbirdt.com

Please efile my Ex Parte application, my proposed order and the declaration. Thanks so much.

Algeria

Algeria R. Ford, M.S., J.D.
Deputy County Counsel
Office of County Counsel
(909) 387-4212 - Telephone
(909) 387-4069 - Facsimile
Algeria.Ford@cc.sbcounty.gov

**CONFIDENTIALITY NOTICE:** This communication contains legally privileged and confidential information sent solely for the use of the intended recipient. If you are not the intended recipient of this communication you are not authorized to use it in any manner, except to immediately destroy it and notify the sender.

**From:** Ford, Algeria
**Sent:** Saturday, May 24, 2014 3:21 PM
**To:** 'Jonathan Birdt'
**Subject:** Birdt: Ex Parte Application for a Protective Order

Dear Mr. Birdt,

I will file an ex parte application for a protective order for the information requested by Judge McDermott on Tuesday May 27, 2014. I intend to seek an Order that the documents should be received under seal and only reviewed by the Court and if the Court decides to disclose any documents or information that it do so subject to a protective Order, limiting the information's use.

Algeria

Algeria R. Ford, M.S., J.D.
Deputy County Counsel
Office of County Counsel
(909) 387-4212 - Telephone
(909) 387-4069 - Facsimile
Algeria.Ford@cc.sbcounty.gov

**CONFIDENTIALITY NOTICE:** This communication contains legally privileged and confidential information sent solely for the use of the intended recipient. If you are not the intended recipient of this communication you are not authorized to use it in any manner, except to immediately destroy it and notify the sender.