1  ALGERIA R. FORD, CA Bar No. 289016
2  Deputy County Counsel
   JEAN-RENE BASLE, CA Bar No. 134107
3  County Counsel
4  385 North Arrowhead Avenue, Fourth Floor
   San Bernardino, CA  92415-0140
5  Telephone:  (909) 387-5455
6  Facsimile:   (909) 387-4069
7  Electronic Mail Address: Algeria.Ford@cc.sbcounty.gov

8  Attorneys for Defendant, SAN BERNARDINO SHERIFF'S DEPARTMENT

9              UNITED STATES DISTRICT COURT
10
11            CENTRAL DISTRICT OF CALIFORNIA

12 JONATHAN BIRDT,              ) CASE NO.  EDCV 13-00673-VAP (JEM)
13                             )
14          Plaintiff,          ) NOTICE OF LODGING [PROPOSED]
                               ) ORDER RE EX PARTE
15     vs.                     ) APPLICATION
16                             )
   SAN BERNARDINO SHERIFFS    )  Assigned to District Judge
17 DEPARTMENT,                 )  Virginia A. Phillips
18                             )
          Defendant.           ) Referred to Magistrate Judge
19                             ) John E. McDermott
20                             )
                               )
21                             )
                               )
22                             )
                               )
23 _____     )

24     TO PLAINTIFF JONATHAN BIRDT IN PRO SE:

25     PLEASE  TAKE  NOTICE  that  Defendant  COUNTY  OF  SAN

26 BERNARDINO  SHERIFF'S  DEPARTMENT  hereby  respectfully  lodges

27 / / / /

28 / / / /

                              1
#2C00965      NOTICE OF LODGING [PROPOSED] ORDER RE EX PARTE APPLICATION

1    the [Proposed] Order Re Ex Parte Application.

2

3    DATED: May 27, 2014          JEAN-RENE BASLE
                                   County Counsel
4

5

6                                 /s/ Algeria R. Ford
                                  ALGERIA R. FORD
7                                 Deputy County Counsel
8                                 Attorneys for Defendant

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

#2C00965          NOTICE OF LODGING [PROPOSED] ORDER RE EX PARTE APPLICATION