UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 13-0673-VAP (JEM) | Date | May 29, 2014 |
|---|---|---|---|
| Title | Jonathan Birdt v. San Bernardino Sheriffs Department | | |

| Present: The Honorable | John E. McDermott, United States Magistrate Judge | |
|---|---|---|
| S. Anthony | | |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |

**Proceedings:**   **(IN CHAMBERS) ORDER RE DEFENDANT SAN BERNARDINO SHERIFF'S DEPARTMENT'S *EX PARTE* APPLICATION FOR PROTECTIVE ORDER FOR CONFIDENTIAL DOCUMENTS (Docket No. 60)**

Defendant San Bernardino Sheriff's Department ("SBSD") presents an *Ex Parte* Application for a Protective Order.  SBSD seeks an Order requiring (a) that the documents and information that this Court ordered filed and served in its May 13, 2014 and May 23, 2014 Orders be filed under seal and only reviewable by the Court, and (2) that, if the Court orders that the documents and information be produced to Plaintiff, they be labeled "Confidential," not disclosed publicly or to third parties and used solely for purposes of this litigation.  Plaintiff filed an Opposition to the Application except he consented that names of third-party witnesses could be redacted.  The Court GRANTS the Application to the limited extent described below and DENIES without prejudice the remainder of the relief requested as premature.

The Court's May 13, 2014 Order specifically provided that SBSD may request that the documents ordered produced be filed under seal "where sufficient justification to seal court records exists," citing Local Rule 79-5.  SBSD now seeks such relief, but did not follow the requirement in L.R. 79-5.1 that the application to file documents under seal be presented <u>with the documents</u>.  The Court cannot rule on the pending application in the abstract without reviewing the documents first.  Accordingly, SBSD shall submit the documents to the Court <u>only</u> on **June 2, 2014** along with an application to seal pursuant to the procedures set forth in Local Rule 79-5.1 so that the Court can make an <u>in camera</u>

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 13-0673-VAP (JEM) | Date | May 29, 2014 |
|---|---|---|---|
| Title | Jonathan Birdt v. San Bernardino Sheriffs Department | | |

review of the documents.  See generally Miller v. Panucci, 141 F.R.D. 292 (C.D. Cal. 1992); Kelly v. City of San Jose, 114 F.R.D. 653 (N.D. Cal. 1987).  The application to seal shall indicate what documents or information in the documents should not be produced or produced only with redactions.  The application should present the justifications for whatever documents it claims should not be produced or should be redacted.  The application should address why a protective order would not be sufficient to protect any countervailing interests from disclosure.  Once it determines whether the information should be produced to Plaintiff, the Court then will determine what its status is and whether and what kind of protective order is appropriate.

　　　Except as noted herein, the Court's May 13, 2014 and 23, 2014 Orders remain in effect.

cc: Parties

|  | : |  |
|---|---|---|
| Initials of Preparer | | sa |