ALGERIA R. FORD, CA Bar No. 289016
Deputy County Counsel
JEAN-RENE BASLE, CA Bar No. 134107
County Counsel
385 North Arrowhead Avenue, Fourth Floor
San Bernardino, CA  92415-0140
Telephone:  (909) 387-5455
Facsimile:    (909) 387-4069
Electronic Mail Address: Algeria.Ford@cc.sbcounty.gov

Attorneys for Defendant, SAN BERNARDINO SHERIFF'S DEPARTMENT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BIRDT, | CASE NO.  EDCV 13-00673-VAP (JEM) |
| Plaintiff, | NOTICE OF MANUAL FILING |
| vs. | |
| SAN BERNARDINO SHERIFFS DEPARTMENT, | Assigned to District Judge Virginia A. Phillips |
| Defendant. | Referred to Magistrate Judge John E. McDermott |

Attached for filing are the following:

1. A true and correct copy of Jonathan Birdt's file for CCW license.

2. A statement naming the Background investigator.

DATED: June 2, 2014		JEAN-RENE BASLE
				County Counsel

				__s/Algeria R. Ford_____
				ALGERIA R. FORD
				Deputy County Counsel