ALGERIA R. FORD, CA Bar No. 289016
Deputy County Counsel
JEAN-RENE BASLE, CA Bar No. 134107
County Counsel
385 North Arrowhead Avenue, Fourth Floor
San Bernardino, CA  92415-0140
Telephone:  (909) 387-5455
Facsimile:    (909) 387-4069
Electronic Mail Address: Algeria.Ford@cc.sbcounty.gov

Attorneys for Defendant, SAN BERNARDINO SHERIFF'S DEPARTMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BIRDT, | ) CASE NO.  EDCV 13-00673-VAP (JEM) |
| | ) |
| Plaintiff, | ) DEFENDANT'S RESPONSE TO |
| | ) COURT'S ORDER |
| vs. | ) |
| | ) [Proposed Order Filed Concurrently] |
| SAN BERNARDINO | ) |
| SHERIFFS DEPARTMENT, | ) Assigned to District Judge |
| | ) Virginia A. Phillips |
| Defendant. | ) |
| | ) Referred to Magistrate Judge |
| | ) John E. McDermott |
| _____ | ) |

The Defendant Responds to the Court's Order as follows:

1. Statistics: Please See Exhibit A.

2. Appeal Process: Applicants can either call or write to the Sheriff's Department to request an appeal of the decision. The Department reviews the applicant's file as well as the recommendations of the

1

background investigator. A reversal is possible at this point.

3. Individuals Involved in Decision-Making: Captain Todd Patterson, Background Investigator.

4. The Order to Show Cause regarding why a hearing or process is not available is inapplicable because the defendant makes no such contention.


DATED: June 2, 2014                    JEAN-RENE BASLE
                                       County Counsel

                                       /s/ Algeria R. Ford
                                       ALGERIA R. FORD
                                       Deputy County Counsel
                                       Attorneys for Defendant

#2C08545