EXHIBIT A



The following are final CCW totals for 2013:

## NEW INTERVIEWS:

Total    733

## NEW PERMITS ISSUED:

Standard 2 Year    718
Judicial 3 Year    1
Reserve 4 Year    1

Total    720

## MODIFICATIONS:

Total    243

## RENEWALS:

Standard 2 Year    1,247
Judicial 3 Year    1
Reserve 4 Year    1

Total    1,249

## DENIED / REVOKED / CANCELED FILES:

Total    111





The following are CCW totals as of November 1, 2013:

| | 2013 | | 2012 |
|---|---|---|---|
| **New Interviews:** | | **New Interviews:** | |
| Total | 621 | Total | 409 |
| **New Permits Issued:** | | **New Permits Issued:** | |
| Total | 688 | Total | 200 |
| **Modified Permits:** | | **Modified Permits:** | |
| Total | 196 | Total | 209 |
| **Renewals:** | | **Renewals:** | |
| Total | 1,104 | Total | 608 |
| **Disqualified Applicants:** | | **Disqualified Applicants:** | |
| Total | 90 | Total | 94 |
| **Applications In Process:** | | | |
| Total | 96 | | |



The following are totals as of October 1, 2013:

| | **2012 TOTALS** |
|---|---|
| **NEW INTERVIEWS:** | **NEW INTERVIEWS:** |
| Total 565 | Total 409 |
| **NEW PERMITS ISSUED:** | **NEW PERMITS ISSUED:** |
| Total 644 | Total 200 |
| **MODIFIED PERMITS:** | **MODIFIED PERMITS:** |
| Total 184 | Total 209 |
| **RENEWALS:** | **RENEWALS:** |
| Total 980 | Total 680 |
| **DISQUALIFIED APPLICANTS:** | **DISQUALIFIED APPLICANTS:** |
| Total 86 | Total 94 |
| **APPLICATIONS IN PROCESS:** | |
| Total 92 | |



The following are the final CCW totals for 2012:

## NEW INTERVIEWS:

Total        **409**

## NEW PERMITS ISSUED:

Standard 2 Year     198
Reserve 4 Year        2

Total        **200**

## MODIFICATIONS:

Total        **209**

## RENEWALS:

Standard 2 Year     647
Reserve 4 Year       27
Judicial 3 Year       3

Total        **680**

## DISQUALIFIED – NEW FILES

Total        **28**

## DISQUALIFIED – EXISTING FILES

Total        **66**



# INTEROFFICE MEMO

DATE ▓▓▓▓▓▓
FROM ▓▓▓▓▓▓

PHONE ▓▓▓▓

TO ▓▓▓▓▓▓



SUBJECT   CCW Totals for 2012

### NEW INTERVIEWS:

Total    **409**

### NEW PERMITS ISSUED:

Standard 2 Year    198
Reserve 4 Year    2

Total    **200**

### MODIFICATIONS:

Total    **209**

### RENEWALS:

Standard 2 Year    647
Reserve 4 Year    27
Judicial 3 Year    3

Total    **680**

### DISQUALIFIED - NEW FILES:

Total    **28**

### DISQUALIFIED – EXISTING FILES:

Total    **66**