JONATHAN W. BIRDT
18252 Bermuda St.
Porter Ranch, CA 91326
Telephone: (818) 400-4485
Facsimile: (818) 428-1384
jon@jonbirdt.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BIRDT, | CASE NO. EDCV 13-00673-VAP |
| Plaintiff, | OBJECTION TO MANUAL FILING AND NOTICE TO COURT |
| vs. | |
| SAN BERNARDINO SHERIFFS DEPARTMENT, | |
| Defendants. | |

Defendant manually filed Document Number 42 but refuses to serve a copy on Plaintiff. Plaintiff has no idea what was filed and these acts appear to be in violation of this Courts' Order dated May 13, 2014. Plaintiff requests this Court issue an order requiring Defendant to serve Plaintiff immediately with the Documents Manually filed with the Court.

June 4, 2014                                         /s/

_____
Jonathan W. Birdt

OBJECTION TO MANUAL FILING AND NOTICE TO COURT- 1

**Jonathan Birdt**

**From:** Ford, Algeria <Algeria.Ford@cc.sbcounty.gov>
**Sent:** Wednesday, June 4, 2014 9:23 AM
**To:** Jonathan Birdt
**Subject:** RE: Birdt: Ex Parte Application for a Protective Order

Mr. Birdt,

You can advise the Court.

Algeria

---

**From:** Jonathan Birdt [jon@jonbirdt.com]
**Sent:** Wednesday, June 04, 2014 8:20 AM
**To:** Ford, Algeria
**Subject:** RE: Birdt: Ex Parte Application for a Protective Order

Counsel, you were ordered to to file under seal and serve a certified copy of Plaintiff's application file for a concealed weapon permit
But you have filed to do so and filed to provide the requested cover page.
Please respond by Noon today to avoid me having to advise the court.

---

**From:** Ford, Algeria [mailto:Algeria.Ford@cc.sbcounty.gov]
**Sent:** Tuesday, June 3, 2014 9:07 AM
**To:** Jonathan Birdt
**Subject:** RE: Birdt: Ex Parte Application for a Protective Order

Mr. Birdt,

The manually filed documents were filed under seal, and so, unless and until the judge orders them produced, they remain under seal. The other document was e-filed and you should have access to that via your email.

Algeria

Algeria R. Ford, M.S., J.D.
Deputy County Counsel
Office of County Counsel
(909) 387-4212 - Telephone
(909) 387-4069 - Facsimile
Algeria.Ford@cc.sbcounty.gov

**CONFIDENTIALITY NOTICE:** This communication contains legally privileged and confidential information sent solely for the use of the intended recipient. If you are not the intended recipient of this communication you are not authorized to use it in any manner, except to immediately destroy it and notify the sender.

---

**From:** Jonathan Birdt [mailto:jon@jonbirdt.com]
**Sent:** Tuesday, June 03, 2014 9:01 AM

1

**To:** Ford, Algeria
**Subject:** Re: Birdt: Ex Parte Application for a Protective Order

Please email the documents you manually filed unless you sent them to Bermuda address. I am no longer at woodley address.

Jon Birdt
818-400-4485

On May 24, 2014, at 3:21 PM, "Ford, Algeria" <Algeria.Ford@cc.sbcounty.gov> wrote:

> Dear Mr. Birdt,
>
> I will file an ex parte application for a protective order for the information requested by Judge McDermott on Tuesday May 27, 2014. I intend to seek an Order that the documents should be received under seal and only reviewed by the Court and if the Court decides to disclose any documents or information that it do so subject to a protective Order, limiting the information's use.
>
> Algeria
>
> Algeria R. Ford, M.S., J.D.
> Deputy County Counsel
> Office of County Counsel
> (909) 387-4212 - Telephone
> (909) 387-4069 - Facsimile
> Algeria.Ford@cc.sbcounty.gov
>
> **CONFIDENTIALITY NOTICE:** This communication contains legally privileged and confidential information sent solely for the use of the intended recipient. If you are not the intended recipient of this communication you are not authorized to use it in any manner, except to immediately destroy it and notify the sender.

**Jonathan Birdt**

**From:** Jonathan Birdt
**Sent:** Tuesday, June 3, 2014 9:17 AM
**To:** Ford, Algeria
**Subject:** Re: Birdt: Ex Parte Application for a Protective Order

I didn't get a notice of filing documents under seal?
Was it made clear to the court that I was not provided anything? Including your moving papers?
Please send me the face sheet so I can avoid another filing.

Jon Birdt
818-400-4485


On Jun 3, 2014, at 9:07 AM, "Ford, Algeria" <Algeria.Ford@cc.sbcounty.gov> wrote:

> Mr. Birdt,
>
> The manually filed documents were filed under seal, and so, unless and until the judge orders them produced, they remain under seal. The other document was e-filed and you should have access to that via your email.
>
> Algeria
>
>
> Algeria R. Ford, M.S., J.D.
> Deputy County Counsel
> Office of County Counsel
> (909) 387-4212 - Telephone
> (909) 387-4069 - Facsimile
> Algeria.Ford@cc.sbcounty.gov
>
> **CONFIDENTIALITY NOTICE:** This communication contains legally privileged and confidential information sent solely for the use of the intended recipient. If you are not the intended recipient of this communication you are not authorized to use it in any manner, except to immediately destroy it and notify the sender.
>
>
> **From:** Jonathan Birdt [mailto:jon@jonbirdt.com]
> **Sent:** Tuesday, June 03, 2014 9:01 AM
> **To:** Ford, Algeria
> **Subject:** Re: Birdt: Ex Parte Application for a Protective Order
>
> Please email the documents you manually filed unless you sent them to Bermuda address. I am no longer at woodley address.
>
> Jon Birdt
> 818-400-4485

On May 24, 2014, at 3:21 PM, "Ford, Algeria" <Algeria.Ford@cc.sbcounty.gov> wrote:

> Dear Mr. Birdt,
>
> I will file an ex parte application for a protective order for the information requested by Judge McDermott on Tuesday May 27, 2014. I intend to seek an Order that the documents should be received under seal and only reviewed by the Court and if the Court decides to disclose any documents or information that it do so subject to a protective Order, limiting the information's use.
>
> Algeria
>
> Algeria R. Ford, M.S., J.D.
> Deputy County Counsel
> Office of County Counsel
> (909) 387-4212 - Telephone
> (909) 387-4069 - Facsimile
> Algeria.Ford@cc.sbcounty.gov
>
> **CONFIDENTIALITY NOTICE:** This communication contains legally privileged and confidential information sent solely for the use of the intended recipient. If you are not the intended recipient of this communication you are not authorized to use it in any manner, except to immediately destroy it and notify the sender.

**Jonathan Birdt**

**From:** Jonathan Birdt
**Sent:** Tuesday, June 3, 2014 9:27 AM
**To:** Ford, Algeria
**Subject:** Re: Birdt: Ex Parte Application for a Protective Order

Also please ask captain Rogers if he would like to reconsider now that he faces personal liability. My offer to dismiss tomorrow stands.

Jon Birdt
818-400-4485

On Jun 3, 2014, at 9:07 AM, "Ford, Algeria" <Algeria.Ford@cc.sbcounty.gov> wrote:

> Mr. Birdt,
>
> The manually filed documents were filed under seal, and so, unless and until the judge orders them produced, they remain under seal. The other document was e-filed and you should have access to that via your email.
>
> Algeria
>
>
> Algeria R. Ford, M.S., J.D.
> Deputy County Counsel
> Office of County Counsel
> (909) 387-4212 - Telephone
> (909) 387-4069 - Facsimile
> Algeria.Ford@cc.sbcounty.gov
>
> **CONFIDENTIALITY NOTICE:** This communication contains legally privileged and confidential information sent solely for the use of the intended recipient. If you are not the intended recipient of this communication you are not authorized to use it in any manner, except to immediately destroy it and notify the sender.
>
>
> **From:** Jonathan Birdt [mailto:jon@jonbirdt.com]
> **Sent:** Tuesday, June 03, 2014 9:01 AM
> **To:** Ford, Algeria
> **Subject:** Re: Birdt: Ex Parte Application for a Protective Order
>
> Please email the documents you manually filed unless you sent them to Bermuda address. I am no longer at woodley address.
>
> Jon Birdt
> 818-400-4485

1

On May 24, 2014, at 3:21 PM, "Ford, Algeria" <Algeria.Ford@cc.sbcounty.gov> wrote:

Dear Mr. Birdt,

I will file an ex parte application for a protective order for the information requested by Judge McDermott on Tuesday May 27, 2014. I intend to seek an Order that the documents should be received under seal and only reviewed by the Court and if the Court decides to disclose any documents or information that it do so subject to a protective Order, limiting the information's use.

Algeria

Algeria R. Ford, M.S., J.D.
Deputy County Counsel
Office of County Counsel
(909) 387-4212 - Telephone
(909) 387-4069 - Facsimile
Algeria.Ford@cc.sbcounty.gov

**CONFIDENTIALITY NOTICE:** This communication contains legally privileged and confidential information sent solely for the use of the intended recipient. If you are not the intended recipient of this communication you are not authorized to use it in any manner, except to immediately destroy it and notify the sender.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 13-0673-VAP (JEM) | Date | May 13, 2014 |
| Title | Jonathan Birdt v. San Bernardino Sheriff's Department | | |

Present: The Honorable   John E. McDermott, United States Magistrate Judge

S. Anthony
Deputy Clerk

Court Reporter / Recorder

Attorneys Present for Plaintiffs:

Attorneys Present for Defendants:

Proceedings:   (IN CHAMBERS) AMENDED[1] ORDER RE PLAINTIFF'S APPLICATION FILE FOR A CONCEALED WEAPON PERMIT AND ORDER TO SHOW CAUSE WITH REGARD TO DEFENDANT'S MOTION TO DISMISS (Docket No. 25)

The Court ORDERS the San Bernardino Sheriff's Department ("SBSD") to file[2] and serve a certified copy of Plaintiff's application file for a concealed weapon permit, including all records concerning that file and Plaintiff Jonathan Birdt, the reasons for the denial of Plaintiff's permit application, and the identity of any SBSD personnel involved in reviewing and/or denying the permit, **by June 2, 2014.** SBSD also shall produce any records or policies of what hearing or appeal procedure exists, if any, for Plaintiff to challenge the denial of his application. Additionally, SBSD shall produce any readily available statistics for the last two years on the number of concealed weapon permit applications submitted, the number granted and the number rejected, and the reasons given for granting or rejecting the applications.

---

[1] Due to clerical error, the Court hereby WITHDRAWS the Court's Order of May 12, 2014, Re Plaintiff's Application File For A Concealed Weapon Permit And Order To Show Cause With Regard To Defendant's Motion To Dismiss (Docket No. 47), and issues this amended Order in its place.

[2] In filing the requested documents, SBSD shall comply with the requirements of Fed. R. Civ. P. 5.2. Moreover, SBSD may request that said documents be filed under seal where sufficient justification to seal court records exists. See Local Rule 79-5; Kamakana v. City and County of Honolulu, 447 F.3d 1172, 1180 (9th Cir. 2006).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | EDCV 13-0673-VAP (JEM) | Date | May 13, 2014 |
| Title | Jonathan Birdt v. San Bernardino Sheriff's Department | | |

     The Court also issues an ORDER TO SHOW CAUSE why Plaintiff is not entitled by due process to a hearing or appeal procedure to challenge the denial of his application, assuming none exist.  SBSD shall file its brief by **June 16, 2014**.  Plaintiff shall file a response on or before **July 15, 2014.**

cc: Parties

                                  Initials of Preparer      sa