UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 13-0673-VAP (JEM) | Date | June 4, 2014 |
|---|---|---|---|
| Title | Jonathan Birdt v. San Bernardino Sheriffs Department | | |

Present: The Honorable  John E. McDermott, United States Magistrate Judge

S. Anthony
Deputy Clerk

Court Reporter / Recorder

Attorneys Present for Plaintiffs:

Attorneys Present for Defendants:

**Proceedings:** **(IN CHAMBERS) ORDER RE DEFENDANT SAN BERNARDINO SHERIFF'S DEPARTMENT'S *EX PARTE* APPLICATION FOR PROTECTIVE ORDER FOR CONFIDENTIAL DOCUMENTS (Docket Nos. 60 and 63)**

On May 29, 2014, the Court ordered the San Bernardino Sheriff's Department ("SBSD") to submit to the Court only a sealed copy of Plaintiff Jonathan Birdt's application for a concealed weapon carry permit. SBSD lodged the file in compliance with the Court's Order but also lodged its Application to Seal under seal. Although Local Rule 79.5 could be clearer, SBSD was required to file and serve on Plaintiff the Application to Seal as a separate document from the application file. There is nothing in the Application to Seal that would warrant its filing under seal.

Accordingly, SBSD shall file and serve on Plaintiff its Application to Seal forthwith. Plaintiff will have **seven (7) days** to file an opposition and SBSD shall have **five days (5)** after Plaintiff's Opposition is filed to reply.

cc: Parties

:

Initials of Preparer  sa