## DECLARATION OF ALGERIA R. FORD

I, ALGERIA R. FORD, declare as follows:

1. I am an attorney at law licensed to practice before the courts of the State of California, and am a Deputy Counsel with the County of San Bernardino County Counsel's Office, counsel of record for Defendants. I make the following based on personal knowledge.

2. Local Rule 79.5 states "Applications and proposed orders to seal or file in camera, along with the material to be sealed or submitted in camera, shall not be electronically filed…" (attached hereto as Exhibit A.) However, pursuant to Court Order dated June 4, 2014 (docket no. 67) I attempted to e-file the "Defendant's Application to Seal Documents" on June 4, 2014.

3. After selecting "Applications", and "Seal Document" the electronic filing system provided a reminder (attached hereto as Exhibit B) advising that "*Pursuant to General Order Applications and Orders to Seal Documents along with the document to be placed under seal, shall <u>NOT</u> be electronically filed, but shall be filed traditionally in the manner prescribed by the Local Rule*".

4. Accordingly, I have filed the Application under the "Miscellaneous documents" event to comply with the Court's Order.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of June, 2014 in San Bernardino, California, United States of America.

                                             /s/Algeria R. Ford_____
                                             Algeria R. Ford, Declarant