# EXHIBIT A

## LOCAL RULES - CENTRAL DISTRICT OF CALIFORNIA

***L.R. 79-1 Clerk's Office - Removal of Records and Files.*** No records or objects belonging in the files of the Court may be taken from the office or custody of the Clerk except upon written order of the Court.

***L.R. 79-2 Receipt for Removal.*** Any person removing records pursuant to L.R. 79-1 shall give the Clerk a descriptive receipt using the form prescribed by the Clerk.

> ***L.R. 79-2.1 Clerk's Office - Removal of Records and Files - Court Officers.*** The provisions of L.R. 79-1 shall not apply to a judge, master, examiner employed by the United States, United States Magistrate Judge, a judge's law clerk, court reporter, or court clerk requiring records or objects in the exercise of official duty. Any court officer removing records or objects shall provide the Clerk with a receipt as required in L.R. 79-2.

***L.R. 79-3 Clerk's Office - Disposition of Exhibits - Civil Cases.*** All models, diagrams, documents or other exhibits lodged with the Clerk or admitted into evidence or marked at trial shall be retained by counsel of record until expiration of the time for appeal where no appeal is taken, entry of stipulation waiving or abandoning the right to appeal, final disposition of the appeal, or order of the Court, whichever occurs first.

***L.R. 79-4 Clerk's Office - Removal of Contraband.*** Contraband of any kind coming into the possession of the Clerk shall be returned to an appropriate governmental agency. The agency shall give the Clerk the receipt required by L.R. 79-2. The agency shall be responsible for the contraband until expiration of the time for appeal, where no appeal is taken, entry of stipulation waiving or abandoning the right to appeal, final disposition of the appeal, or order of the Court, whichever occurs first.

***L.R. 79-5 Confidential Court Records***

> ***L.R. 79-5.1 Filing Under Seal or In Camera- Procedures.*** Except when authorized by statute or federal rule, or the Judicial Conference of the United States, no case or document shall be filed under seal or in camera without prior approval by the Court. Where approval is required, a written application and a proposed order shall be presented to the judge along with the document submitted for filing under seal or in camera. The proposed order shall address the sealing of the

application and order itself, if appropriate. The original and judge's copy of the document shall be sealed in separate envelopes with a copy of the title page attached to the front of each envelope. Conformed copies need not be placed in sealed envelopes. Where under-seal or in-camera filings are authorized by statute or rule, the authority therefor shall appear on the title page of the proposed filing. Applications and proposed orders to seal or file in camera, along with the material to be sealed or submitted in camera, shall not be electronically filed but shall be presented to the Clerk for filing in paper format, in the manner prescribed by Local Rule 79-5. Unless the filer is exempted from electronic filing pursuant to L.R. 5-4.2(a), a Notice of Manual Filing shall first be electronically filed identifying the materials being manually filed. A copy of the Notice of Manual Filing, together with its NEF (see L.R. 5-3.2.1), shall be presented with the documents presented for filing.

***L.R. 79-5.2 Confidential Court Records - Disclosure.*** No sealed or confidential record of the Court maintained by the Clerk shall be disclosed except upon written order of the Court.

***L.R. 79-5.3 Procedure for Disclosure of Confidential Court Records.*** An application for disclosure of sealed or confidential court records shall be made to the Court in writing and filed by the person seeking disclosure. The application shall set forth with particularity the need for specific information in such records. The procedures of L.R. 7-3 et seq. shall govern the hearing of any such application.

*F.R.Civ.P. 80. STENOGRAPHIC TRANSCRIPT AS EVIDENCE*

## XI. GENERAL PROVISIONS

**F.R.Civ.P. 81. Applicability of the Rules in General; Removed Actions**
**F.R.Civ.P. 82. Jurisdiction and Venue Unaffected**

**F.R.Civ.P. 83. Rules by District Courts; Judge's Directives**

> ***L.R. 83-1 Assignment of Cases - Notice of Related Cases in Central District, Other Actions, or Petitions to Multidistrict Panel***