# EXHIBIT B

# Applications

5:13-cv-00673-VAP-JEM
Jonathan Birdt v. San Bernardino
Sheriffs Department

194,MANADR

REMINDER: Pursuant to the General Order: Applications and Orders to seal documents, along with the document to be placed under seal, shall NOT be electronically filed, but shall be filed traditionally in the manner prescribed by the Local Rule.

Attorneys traditionally filing a document under this provision shall first electronically file a Notice of Manual Filing.