# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BIRDT,<br><br>         Plaintiff,<br><br>     v.<br><br>SAN BERNARDINO SHERIFF'S<br>DEPARTMENT,<br><br>         Defendant. | Case No. EDCV 13-0673-VAP (JEM)<br><br>ORDER ACCEPTING FINDINGS AND<br>RECOMMENDATIONS OF UNITED<br>STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss is denied. Defendant shall file an Answer to the First Amended Complaint within fourteen (14) days of the date of this Order.

DATED:  June 9, 2014

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE