JONATHAN W. BIRDT
18252 Bermuda St.
Porter Ranch, CA 91326
Telephone: (818) 400-4485
Facsimile: (818) 428-1384
jon@jonbirdt.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BIRDT,<br><br>               Plaintiff,<br><br>vs.<br><br>SAN BERNARDINO SHERIFFS DEPARTMENT,<br>               Defendants. | CASE NO. EDCV 13-00673-VAP<br><br>REQUEST FOR ORDER IN RESPONSE TO OSC AND RULING ON MOTION TO SEAL |

    Defendant was ordered to produce the records lodged with this Court forthwith (immediately) but continues to refuse to do so. This Court has also set an order to show cause regarding the filing of an amended complaint. Defendants have already caused significant delay in this matter by repeatedly filing motions to dismiss, protective orders and motions to seal, apparently also repeatedly misrepresenting the facts each time (reading between the lines on the motion to seal without the benefit of having seen the records). The Sheriffs Department is currently run by John McMahon who was appointed, not elected, and has been defended by the Sheriffs department counsel, all working at the direction of the County Supervisors; as such,

OPPOSITION TO EX PARTE APPLICATION FOR PROTECTIVE ORDER- 1

1  while there is a complete unity of interest between the Sheriff, the Department,
2  Counsel and the Supervisors making this case slightly different than the elected
3  official in Scocca, in order to expedite the handling of this matter and given that a
4  motion for summary judgment has already been fully briefed, Plaintiff would request
5  that this Court substitute Defendant John McMahon as the real party in interest on the
6  First Amended Complaint as opposed to the filing of an amended Complaint which
7  gives Defendant the opportunity to file another wasted motion to dismiss and would
8  require the refiling and notice of the Motion for Summary Judgment.

9  Alternatively, Plaintiff would request permission to file a Second Amended
10 Complaint changing only the name of Defendant with Defendant being required to
11 comply with the responsive pleading date set by the Court on the Second Amended
12 Complaint and deeming the Motion for Summary Judgment deemed submitted as to
13 the Second Amended Complaint.  Plaintiff suggests that such relief could be an effort
14 to remedy the harm caused by Defendants intentional delay in this action and denial
15 of Defendants due process by explicitly stating to Plaintiff that the decision on
16 Plaintiffs permit was final with no chance of review and then subsequently advising
17 this court that an appeals process exists, further, there is no prejudice to the
18 Department or Sheriff as they have defended this cause both from a direct approach
19 regarding the abuse of discretion and on the basis of Monell.  Further, Plaintiff would
20 thereby agree to forego any Monell claim to again foster prompt resolution of the
21 continuing violation of his rights by way of ruling on the pending motion for
22 Summary Judgment.

24 June 13, 2014                                          /s/
25                                                        _____
26                                                        Jonathan W. Birdt

# Jonathan Birdt

| | |
|---|---|
| **From:** | Jonathan Birdt |
| **Sent:** | Friday, June 13, 2014 11:34 AM |
| **To:** | Ford, Algeria |
| **Subject:** | Re: Birdt |

If you intend to respond in substance by end of day, please let me know in the next hour. I am on east coast and heading to airport so I will be filing my request in one hour.

Jon Birdt
818-400-4485


On Jun 13, 2014, at 9:06 AM, "Jonathan Birdt" <jon@jonbirdt.com> wrote:

> If I do not have a response to you for each category below by the close of business today I will file a new request for order with the Court attaching this email and asking it to address the 3 items.
>
> *Jonathan Birdt, Esq.*
> **Law Office of Jonathan W. Birdt**
> 18252 Bermuda St.
> Porter Ranch, CA 91326
> Phone: 818-400-4485
> Fax:  818-428-1384
> www.jonbirdt.com
>
>   <image004.jpg>
>
> Peer Review & Client Ratings
>
> ---
>
> **From:** Jonathan Birdt
> **Sent:** Thursday, June 12, 2014 12:00 PM
> **To:** Ford, Algeria
> **Subject:** Birdt
>
> Counsel:
> 1. Will you stip to simply change the Defendants name in the FAC to McMahon thereby keeping us on track and I will avoid a Second Amended Complaint and new allegations and parties.
> 2. Please send the documents the court ordered you to produce forthwith.
> 3. Is the Sheriff willing to reconsider my application?  I remain willing to waive all fees and costs if my permit is issued by the end of next week.
>
> Jon
>
> *Jonathan Birdt, Esq.*
> **Law Office of Jonathan W. Birdt**
> 18252 Bermuda St.
> Porter Ranch, CA 91326
> Phone: 818-400-4485