| | |
|---|---|
| From: | Singley, Steven |
| To: | Jonathan Birdt |
| Cc: | Ford, Algeria |
| Subject: | RE: Birdt v sbso |
| Date: | Tuesday, June 17, 2014 4:10:44 PM |

Mr. Birdt,

County Counsel has assigned Mr. Ford to your case and I am not in a position to address his performance or the case. I will be forwarding your e-mails to Mr. Ford. As Mr. Ford is our counsel in this matter, I trust he will notify us of any changes he thinks we need to make to our CCW policies or application.

Thank you.

_____
From: Jonathan Birdt [jon@jonbirdt.com]
Sent: Tuesday, June 17, 2014 12:47 PM
To: Singley, Steven
Subject: Birdt v sbso

Mr. Singley,
Because Mrs. Ford is a new attorney I thought it important that you know the Court has suggested, and I believe the evidence will show that she has made material misrepresentations to the Court.  I lack the evidence because she is ignoring an order to immediately produce it.  I also note that your CCW FAQ page and application packet violates California Statutes, but my efforts to have a cogent discussion with anyone in your office have been unsuccessful.
Jon