# Jonathan Birdt

| | |
|---|---|
| **From:** | Jonathan Birdt |
| **Sent:** | Monday, June 16, 2014 12:41 PM |
| **To:** | Ford, Algeria |
| **Subject:** | Birdt v. SBSO |

Ms. Ford,
It is about 12:30 on Monday- 6 days after the Court ordered you to immediately comply its' order and you have yet to respond to any of my emails and have not emailed the documents provided to the Court.  I intend to file a new notice with the Court at 2 p.m. today unless you respond before then.
Jon

*Jonathan Birdt, Esq.*
**Law Office of Jonathan W. Birdt**
18252 Bermuda St.
Porter Ranch, CA 91326
Phone: 818-400-4485
Fax:  818-428-1384
www.jonbirdt.com



Peer Review & Client Ratings

1