ALGERIA R. FORD, CA Bar No. 289016
Deputy County Counsel
JEAN-RENE BASLE, CA Bar No. 134107
County Counsel
385 North Arrowhead Avenue, Fourth Floor
San Bernardino, CA  92415-0140
Telephone:  (909) 387-5455
Facsimile:   (909) 387-4069
Electronic Mail Address: Algeria.Ford@cc.sbcounty.gov

Attorneys for Defendant, SAN BERNARDINO SHERIFF'S DEPARTMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BIRDT,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAN BERNARDINO SHERIFFS DEPARTMENT,<br><br>    Defendant. | CASE NO.  EDCV 13-00673-VAP (JEM)<br><br>**ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**<br><br>Assigned to District Judge<br>Virginia A. Phillips<br><br>Referred to Magistrate Judge<br>John E. McDermott |

COMES NOW Defendant, SAN BERNARDINO SHERIFF'S DEPARTMENT in answer to Plaintiff's First Amended Complaint for Damages on file herein and admit, deny, and allege as follows:

I.

INTRODUCTION

1. In responding to the allegations set forth in Paragraphs 1 and 2 of the Complaint, defendant denies.

/ / / /

II.

## JURISDICTIONAL ALLEGATIONS

2. In responding to the allegations set forth in Paragraphs 3 and 4, defendant denies.

III.

## FIRST CAUSE OF ACTION FOR VIOLATION OF 42 USC §1983

3. In responding to the MATERIAL allegations set forth in Paragraphs 5 through 13, defendant denies.

IV.

## PLAINTIFF'S PRAYER FOR RELIEF

4. Defendant denies that plaintiff is entitled to any relief.

**DEFENDANT'S AFFIRMATIVE DEFENSES**

### FIRST AFFIRMATIVE DEFENSE

The Eleventh Amendment immunizes the defendant and acts as a complete bar to any recovery.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff failed to mitigate his damages, if any, and is therefore barred from recovery herein, or in the alternative, should have the damages reduced by that amount attributable to the failure to mitigate.

### THIRD AFFIRMATIVE DEFENSE

The First Amended Complaint, and the cause of action therein, fails to state facts sufficient to constitute a cause of action against the answering Defendant.

### FOURTH AFFIRMATIVE DEFENSE

At all times relevant to this litigation, these Defendants acted in good faith and with probable cause and entertained an honest reasonable belief that these Defendants' actions were reasonable and necessary

thereby precluding the Plaintiff from maintaining any causes of action for violation of his civil rights. [Pierson v. Ray (1967) 386 U.S. 547.]

   WHEREFORE, the answering Defendant prays that:

1.  Plaintiffs takes nothing by reason of his Complaint for Damages;
2.  For costs of suit herein incurred;
3.  For defense costs, including reasonable attorney fees; and,
4.  For Jury Trial;
5.  For such other and further relief as the Court may deem just and proper.

Dated: June 24, 2014     JEAN-RENE BASLE
              County Counsel

              /s/ Algeria R. Ford
              ALGERIA R. FORD
              Deputy County Counsel
              Attorney for Defendant,
              SAN BERNARDINO SHERIFF'S DEPARTMENT