**JONATHAN W. BIRDT**
18252 Bermuda Street
Porter Ranch, CA 91326
Telephone: (818) 400-4485
Facsimile: (818) 428-1384
jon@jonbirdt.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BIRDT,          ) | CASE NO. 5:13-cv-00673-VAP-JEM |
|                          ) | |
|          Plaintiff,      ) | SECOND AMEMDED COMPLAINT |
|                          ) | FOR SECOND AMENDMENT |
| vs.                      ) | VIOLATION- 42 U.S.C. § 1983 |
|                          ) | |
| JOHN MCMAHON,            ) | JURY TRIAL DEMANDED |
|          Defendants.     ) | |
|                          ) | ATTORNEY FEES REQUESTED 42 |
|                          ) | U.S.C. § 1988 |
|                          ) | |
| _____) | |

COMES NOW Plaintiff, Jonathan Birdt, pursuant to 42 U.S.C. § 1983. Plaintiff alleges violations of his Second Amendment Rights by Defendant.

## INTRODUCTION

1. The California Legislature has mandated that the only method by which a resident of the State can bear arms for the purpose of self-defense outside the home is with a permit to carry a concealed weapon.

2. Plaintiff is a resident of San Bernardino County and sought a concealed weapons permit and his application was denied on February 26, 2013 without any statutory reason for the denial.

## JURISDICTION & VENUE

3. This Court has subject matter jurisdiction over this action pursuant to 42 U.S.C. § 1983.
4. Venue lies in this Court pursuant to 28 U.S.C. § 1391.

## FIRST CAUSE OF ACTION

### SECOND AMENDMENT VIOLATION OF 42 U.S.C. § 1983

5. The Supreme Court has held that "the Second Amendment protects the right to keep and bear arms for the purpose of self-defense." *McDonald v. City of Chicago, Ill.* (2010) 130 S.Ct. 3020, 3021.
6. Plaintiff cannot exercise this right without a permit from Defendant.
7. Defendant refuses to issue a permit to Plaintiff.
8. Plaintiff meets all State mandated requirements and has complied with all Department procedures as instructed by the CCW coordinator for the SBSO.
9. Despite having fully complied with all statutory requirements and procedural requirements established by SBSO, Defendant continues to refuse to issue Plaintiff a permit in violation of his Second Amendment Right to possess a weapon for self-defense outside of the home.

## PRAYER FOR RELIEF

10. For an order requiring Defendant to issue a Permit to Plaintiff without delay.
11. Costs and Attorneys' fees pursuant to 42 U.S.C. § 1988.

June 26, 2014

__/s/_____
Jonathan W. Birdt