**JONATHAN W. BIRDT**
18252 Bermuda St.
Porter Ranch, CA 91326
Telephone: (818) 400-4485
Facsimile: (818) 428-1384
jon@jonbirdt.com

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BIRDT,<br><br>           Plaintiff,<br><br>vs.<br><br>JOHN MCMAHON<br><br>           Defendants. | CASE NO. EDCV 13-00673-VAP<br><br>STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW<br><br>August 12th, 2014 at 10 a.m.<br>Hon. John McDermott |

UNCOTNROVERRTED FACTS:

1. Defendant denied Plaintiffs' application for a license to carry a concealed weapon on the grounds that Plaintiff was not of good moral character.
2. Plaintiff has no criminal record, is not barred from owning or possessing firearms, and has been found to currently be of good moral character by:
   a. This District Court.
   b. All District Courts in California and Nevada.
   c. The Supreme Courts of the United States, California, Nevada and Texas.

CONCLUSIONS OF LAW

1. The Second Amendment protects the right of a law abiding citizen to carry a weapon for the purpose of self-defense.

June 30th, 2014                                        /s/

                                                                                                                               Jonathan W. Birdt