**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CASE NUMBER:

PLAINTIFF(S)

v.

DEFENDANT(S) .

**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS**

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed          Doc. No.          Title of Doc.

**ERRORS WITH DOCUMENT**

☐ A Certificate of Good Standing is not attached to the pro hac vice application
☐ Caption of document is incomplete/incorrect
☐ Case is closed
☐ Case number is incorrect or missing
☐ Document linked incorrectly to the wrong document/docket entry
☐ Document submitted in the wrong case
☐ Hearing information is missing, incorrect, or not timely
☐ Incorrect document is attached to the docket entry
☐ Incorrect event selected.  Correct event to be used is _____
☐ Leave of court required for filing
☐ Proposed document was not submitted as separate attachment
☐ Title page is missing
☐ F.R.Civ.P 15 Amended pleading is untimely
☐ Local Rule 7.1-1 No Notice of Interested Parties and/or no copies
☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Local Rule 19-1 Complaint/Petition includes more than 10 Does or fictitiously named parties
☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2 Statement of genuine disputes of material fact lacking
☐ Other:

**Note:** **In response to this notice, the Court may:  1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate.  You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: _____          By: _____
                                        Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G-112A  (10/13)          NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS