ALGERIA R. FORD, CA Bar No. 289016
Deputy County Counsel
JEAN-RENE BASLE, CA Bar No. 134107
County Counsel
385 North Arrowhead Avenue, Fourth Floor
San Bernardino, CA  92415-0140
Telephone:  (909) 387-5455
Facsimile:    (909) 387-4069
Electronic Mail Address: Algeria.Ford@cc.sbcounty.gov

Attorneys for Defendant, SAN BERNARDINO SHERIFF'S DEPARTMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BIRDT, | ) CASE NO.  EDCV 13-00673-VAP (JEM) |
| Plaintiff, | ) **REQUEST TO TAKE JUDICIAL NOTICE** |
| vs. | ) **(IN SUPPORT OF DEFENDANT'S** |
| | ) **F.R.C.P. RULE 12(b)(6) MOTION TO** |
| JOHN MCMAHON, | ) **DISMISS and DEFENDANT'S** |
| | ) **OPPOSITION TO PLAINTIFF'S MOTION** |
| Defendant. | ) **FOR SUMMARY JUDGMENT)** |
| | ) Assigned to District Judge |
| | ) Virginia A. Phillips |
| | ) Referred to Magistrate Judge |
| | ) John E. McDermott |

PLEASE TAKE NOTICE that Defendant SHERIFF JOHN MCMAHON hereby respectfully requests, pursuant to Rule 201 of the Federal Rules of Evidence, that this Court take judicial notice of the following facts and documents in support of his FRCP Rule 12(b)(6) Motion to Dismiss and to his Opposition to Plaintiff's Motion for Summary Judgment:

1. Redacted Copy of Plaintiff's Entire Application File, attached hereto as Exhibit A (Redacted by Defendant).

DATED: August 14, 2014      JEAN-RENE BASLE
County Counsel

_/s/Algeria R. Ford_____
ALGERIA R. FORD
Deputy County Counsel
Attorneys for Defendant