ALGERIA R. FORD, CA Bar No. 289016
Deputy County Counsel
JEAN-RENE BASLE, CA Bar No. 134107
County Counsel
385 North Arrowhead Avenue, Fourth Floor
San Bernardino, CA  92415-0140
Telephone:  (909) 387-5455
Facsimile:    (909) 387-4069
Electronic Mail Address: Algeria.Ford@cc.sbcounty.gov

Attorneys for Defendant, SAN BERNARDINO SHERIFF'S DEPARTMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BIRDT,<br><br>    Plaintiff,<br><br>  vs.<br><br>JOHN MCMAHAN,<br><br>    Defendant. | CASE NO.  EDCV 13-00673-VAP (JEM)<br><br>DECLARATION OF<br>ALGERIA R. FORD IN SUPPORT OF<br>REQUEST FOR JUDICIAL NOTICE<br><br>Assigned to District Judge<br>Virginia A. Phillips<br><br>Referred to Magistrate Judge<br>John E. McDermott |

I, Algeria Ford, declare:

1. I am an attorney at law licensed to practice before the courts of the State of California, and I am a Deputy Counsel with the County of San Bernardino County Counsel's Office, counsel of record for Defendant, JOHN MCMAHAN. The following is based on my personal knowledge.

2. The Court Ordered that Plaintiff Jonathan Birdt redact his

application file and return it to defendant. This was never done.

3. Defendant contacted Mr. Birdt to inquire as to the redacted copy of his application file. Mr. Birdt responded that he does not think that the application should be produced and alleged that the Court ordered the defendant to redact it.

4. Since Mr. Birdt has refused to comply with the Court's Order, defendant has redacted his application file.

DATED: August 14, 2014        JEAN-RENE BASLE
                              County Counsel


                              /s/ Algeria R. Ford
                              ALGERIA R. FORD
                              Deputy County Counsel
                              Attorney for Defendant