# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER:

PLAINTIFF(s) / PETITIONER(s)

v.

DEFENDANT(s) / RESPONDENT(s)

TO:   All Parties of Record

You are hereby notified that the Magistrate Judge's Report and Recommendation has been filed on _____.

Any party having Objections to the Report and Recommendation and/or order shall, not later than _____, file and serve a written statement of Objections with points and authorities in support thereof before the Honorable _____, U.S. Magistrate Judge.  A party may respond to another party's Objections within 14 days after being served with a copy of the Objections.

Failure to object within the time limit specified shall be deemed a consent to any proposed findings of fact. Upon receipt of Objections and any Response thereto, or upon expiration of the time for filing Objections or a Response, the case will be submitted to the District Judge for disposition.  Following entry of Judgment and/or Order, all motions or other matters in the case will be considered and determined by the District Judge.

The Report and Recommendation of a Magistrate Judge is not a Final Appealable Order.  A Notice of Appeal pursuant to Federal Rules of Appellate Procedure 4(a)(1) should not be filed until entry of a Judgment and/or Order by the District Judge.

CLERK,  UNITED STATES DISTRICT COURT

Dated: _____   By: _____

M-51A (12/09)   **NOTICE OF FILING OF MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**