**JONATHAN W. BIRDT**
10315 Woodley Ave, Suite 208
Granada Hills, CA 91344
Telephone:  (818) 400-4485
Facsimile:   (818) 428-1384
jon@jonbirdt.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BIRDT, ) | **CASE NO.  5:13-cv-00673-VAP-JEM** |
| Plaintiff, ) | REQUEST FOR ORDER TO SHOW CAUSE AND NOTICE OF ACCEPTANCE OF MAGISTRATES REPORT AND RECOMENDATIONS |
| vs. ) | |
| SAN BERNARDINO SHERIFFS DEPARTMENT, ) | |
| Defendants. ) | |

Upon receipt of the Magistrates Report and Recommendations Plaintiff contacted Counsel for McMahon offering to provide a new application by the end of the day and to come in any time in the next ten days.  Plaintiff requests that this Court set a deadline for the Sheriff to reach a decision, or advise that he does not intend to make a decision to avoid any further delay.  Plaintiff would request permission to file a new Motion for Summary Judgment if Defendant does not provide a new decision within 15 days, assuming Plaintiff timely complies with all proper requests from Defendant within 1 Business day.

September 3, 2014                                               _____/s/_____
                                                                                Jonathan W. Birdt