**JONATHAN W. BIRDT**
18252 Bermuda Street
Porter Ranch, CA 91326
Telephone:  (818) 400-4485
Facsimile:   (818) 428-1384
jon@jonbirdt.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BIRDT, | CASE NO.  5:13-cv-00673-VAP-JEM |
| Plaintiff, | SUPPLEMENTAL STATEMENT IN SUPPORT OF REQUEST FOR ORDER TO SHOW CAUSE |
| vs. | |
| SAN BERNARDINO SHERIFFS DEPARTMENT, | |
| Defendants. | |

Upon receipt of the Magistrates Report and Recommendations Plaintiff contacted Counsel for McMahon offering to provide a new application by the end of the day and to come in any time in the next ten days.  Counsel did not respond and so Plaintiff submitted an electronic application pursuant to the instructions on the Sheriffs' website.  Plaintiff then tried to follow up with Counsel to set a meeting, but Counsel did not respond and so on September 5, 2014 Plaintiff called as instructed on the attached email and was given an interview date of December 3, 2014 at 9 a.m. This interview date violates Penal Code Section 26205:

> The licensing authority shall give written notice to the applicant indicating if the license under this article is approved or denied. The licensing authority shall give this notice within 90 days of the initial application for a new license or a license renewal, or 30 days after receipt of the applicant's criminal background check from the Department of Justice, whichever is later.

SUPPLEMENT TO REQUEST FOR ORDER - 1

As such, Plaintiff requests permission to file a new Summary Judgment, or an order directing counsel to act upon the application within the next 15 days. As previously stated, Plaintiff will appear on 1 business days notice. In the alternative, Plaintiff requests permission to file a new summary judgment for what is a per se Statutory violation that further infringes Plaintiffs' Fundamental Civil Rights.

September 5, 2014                         _____/s/_____
                                          Jonathan W. Birdt