# Jonathan Birdt

**From:** SBCSDCCW <sbcsdccw@SBCSD.ORG>
**Sent:** Wednesday, September 3, 2014 2:17 PM
**To:** Jonathan Birdt
**Subject:** Automatic reply: CCW Application

Thank you for submitting your application to the San Bernardino County Sheriff's Department. Please be sure to complete the other required forms and bring all of the required paperwork to your appointment. Remember to bring a printed copy of your application to your appointment as well.

Please contact Sheriff's Employee Resources at **(909)387-3750** to schedule an appointment for a CCW interview.

**Do not send messages to this e mail address regarding your application.**

---

CONFIDENTIALITY NOTICE:

This communication contains legally privileged and confidential information sent solely for the use of the intended recipient. If you are not the intended recipient of this communication you are not authorized to use it in any manner, except to immediately destroy it and notify the sender.

**Jonathan Birdt**

**From:** Jonathan Birdt
**Sent:** Wednesday, September 3, 2014 11:56 AM
**To:** 'Ford, Algeria'
**Subject:** FW: Activity in Case 5:13-cv-00673-VAP-JEM Jonathan Birdt v. San Bernardino Sheriffs Department Report and Recommendation (Issued)

Mr. Ford,
Would you like me to submit a new application? Would the Sheriff like to interview me? I can provide a new application by the end of the day and I am available for interview any time in the next ten days. Please advise regarding your position on these matters. Of course, if the Sheriff is willing to approve my permit on the record to date, I can come in any time to complete the process and we can simply dismiss this case.
Jon

**From:** cacd_ecfmail@cacd.uscourts.gov [mailto:cacd_ecfmail@cacd.uscourts.gov]
**Sent:** Wednesday, September 3, 2014 11:40 AM
**To:** ecfnef@cacd.uscourts.gov
**Subject:** Activity in Case 5:13-cv-00673-VAP-JEM Jonathan Birdt v. San Bernardino Sheriffs Department Report and Recommendation (Issued)

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered on 9/3/2014 at 11:39 AM PDT and filed on 9/3/2014
**Case Name:** Jonathan Birdt v. San Bernardino Sheriffs Department
**Case Number:** 5:13-cv-00673-VAP-JEM
**Filer:**
**Document Number:** 113

**Docket Text:**
**REPORT AND RECOMMENDATION issued by Magistrate Judge John E. McDermott. [1], [44], [90], [92]. IT, THEREFORE, IS RECOMMENDED that the District Court issue an Order: (1) accepting this Report and Recommendation; (2) denying Sheriff McMahon's Motion to Dismiss; (3) denying Sheriff McMahon's request for summary judgment without prejudice to its renewal after he has an opportunity to exercise his discretion whether to deny a license to Plaintiff on grounds other than lack of good moral character; and (4) denying Plaintiff's Motion for Summary Judgment and request for an order requiring Sheriff McMahon to issue a license**

1

# Jonathan Birdt

| | |
|---|---|
| **From:** | Jonathan Birdt |
| **Sent:** | Wednesday, September 3, 2014 2:18 PM |
| **To:** | 'Ford, Algeria' |
| **Subject:** | FW: CCW Application |
| **Attachments:** | sbcountyccwapp.pdf |

Should I call to schedule the appointment or are you handling?

-----Original Message-----
From: SBCSDCCW [mailto:sbcsdccw@SBCSD.ORG]
Sent: Wednesday, September 3, 2014 2:17 PM
To: Jonathan Birdt
Subject: Automatic reply: CCW Application

Thank you for submitting your application to the San Bernardino County Sheriff's Department. Please be sure to complete the other required forms and bring all of the required paperwork to your appointment. Remember to bring a printed copy of your application to your appointment as well.

Please contact Sheriff's Employee Resources at (909)387-3750 to schedule an appointment for a CCW interview.

Do not send messages to this e mail address regarding your application.

CONFIDENTIALITY NOTICE:

This communication contains legally privileged and confidential information sent solely for the use of the intended recipient. If you are not the intended recipient of this communication you are not authorized to use it in any manner, except to immediately destroy it and notify the sender.

1

**Jonathan Birdt**

| | |
|---|---|
| **From:** | Jonathan Birdt |
| **Sent:** | Thursday, September 4, 2014 7:55 AM |
| **To:** | Ford, Algeria |
| **Subject:** | Re: CCW Application |

Please let me know today if you plan on responding and if so your time frame. If I don't hear anything today I will call the department tomorrow and submit a new filing updating the court.

Jon Birdt
818-400-4485


> On Sep 3, 2014, at 2:17 PM, "Jonathan Birdt" <jon@jonbirdt.com> wrote:
>
> Should I call to schedule the appointment or are you handling?
>
> -----Original Message-----
> From: SBCSDCCW [mailto:sbcsdccw@SBCSD.ORG]
> Sent: Wednesday, September 3, 2014 2:17 PM
> To: Jonathan Birdt
> Subject: Automatic reply: CCW Application
>
> Thank you for submitting your application to the San Bernardino County Sheriff's Department. Please be sure to complete the other required forms and bring all of the required paperwork to your appointment. Remember to bring a printed copy of your application to your appointment as well.
>
>
>
> Please contact Sheriff's Employee Resources at (909)387-3750 to schedule an appointment for a CCW interview.
>
>
>
> Do not send messages to this e mail address regarding your application.
>
>
>
> _____
>
>
> CONFIDENTIALITY NOTICE:
>
> This communication contains legally privileged and confidential information sent solely for the use of the intended recipient. If you are not the intended recipient of this communication you are not authorized to use it in any manner, except to immediately destroy it and notify the sender.
>
> <sbcountyccwapp.pdf>

1

**Jonathan Birdt**

| | |
|---|---|
| **From:** | Jonathan Birdt |
| **Sent:** | Friday, September 5, 2014 8:01 AM |
| **To:** | Algeria Ford |
| **Subject:** | Birdt |

Counsel,
I have not received any response from you and do I called as instructed and received an interview day that is beyond the statutory 90 days the department has to respond.  Please let me know by 10 a.m. If you plan on ever responding to me or I will advise the court of the additional violation and your refusal to communicate.
Jon

Jon Birdt
818-400-4485