**JONATHAN W. BIRDT**
18252 Bermuda Street
Porter Ranch, CA 91326
Telephone:   (818) 400-4485
Facsimile:   (818) 428-1384
jon@jonbirdt.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BIRDT, Plaintiff, vs. SAN BERNARDINO SHERIFFS DEPARTMENT, Defendants. | CASE NO.  5:13-cv-00673-VAP-JEM RESPONSE TO OBJECTIONS |

   Reading Defendants' objections, it appears that they are suggesting that a rational basis standard applies and that since Plaintiff is almost a felon, he is prohibited form exercising his fundamental Rights.  It would seem defense Counsel is reading from a different record than Plaintiff or the Magistrate as the record reflects that Plaintiff is a law abiding citizen with no criminal history and who has been found to be of Good Moral Character by this Court, the Ninth Circuit, the US Supreme Court and the Supreme Courts of California, Nevada and Texas.  The record also reflects recent gun purchases and satisfactory passage of California Department of Justice Background checks for those purchases in addition to Plaintiff holding several other National Certifications and Concealed Weapon permits.

REQUEST FOR ORDER - 1

Further, Defendant suggests that his discretion is controlled only by a rational basis review with respect to his decision to deny a permit to exercise a fundamental Right in apparent ignorance of the law on this point (this is defendants third motion to dismiss denying a Second Amendment Right exists and the third time the Magistrate has recommended denial on those grounds).

As such, and in response to Defendants' query, that is simple: any resident who passes the stringent California Department of Justice background check and who states a desire for self defense is entitled to a permit necessary for the exercise of such right.  Defendant, an elected official, does not get to determine if a resident is entitled to exercise a Fundamental Right, and here his own blatant disregard for the law speaks volumes regarding the animus behind his action (see Request for OSC demonstrating multiple ongoing statutory violations by Defendant).  Plaintiff would request that this Court end this folly now, advance the request for Order to Show Cause and issue clear instructions to the Defendant regarding his duty to follow the Constitution and State Law.

September 24, 2014                                  _____/s/_____
                                                                    Jonathan W. Birdt