# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 13-0673-VAP (JEM) | Date | October 2, 2014 |
|---|---|---|---|
| Title | Jonathan Birdt v. San Bernardino Sheriffs Department | | |

| Present: The Honorable | John E. McDermott, United States Magistrate Judge |
|---|---|

| S. Anthony | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:** **(IN CHAMBERS) ORDER RE REQUEST FOR ORDER COMPELLING DEFENDANT TO SHOW CAUSE AS TO WHY HE WILL NOT ACCEPT AND PROCESS PLAINTIFF'S APPLICATION IN ACCORDANCE WITH STATUTE (Docket No. 118)**

Plaintiff Jonathan Birdt's Request For Order Compelling Defendant To Show Cause As To Why He Will Not Accept And Process Plaintiff's Application In Accordance With Statute ("Request") is DENIED without prejudice because it is premature. The Court currently is considering Defendant Sheriff McMahon's Objections to the September 3, 2014 Report and Recommendation ("R&R"). Even when the Court completes its review of McMahon's Objections, the District Judge will have to rule on the pending motions for summary judgment and the motion to dismiss addressed in the R&R. The Court will not address Plaintiff's Request until the above matters are resolved.

cc: Parties

| | : | |
|---|---|---|
| | Initials of Preparer | sa |