.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 13-0673-VAP (JEM) | Date | October 2, 2014 |
|---|---|---|---|
| Title | Jonathan Birdt v. San Bernardino Sheriffs Department | | |

| Present: The Honorable | John E. McDermott, United States Magistrate Judge |
|---|---|

| S. Anthony | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|

**Proceedings:**   **(IN CHAMBERS) ORDER RE DEFENDANT'S OBJECTIONS TO MAGISTRATE JUDGE JOHN E. MCDERMOTT'S REPORT AND RECOMMENDATIONS (Docket No. 119)**

In Defendant's Objections to Magistrate Judge John E. McDermott's Report and Recommendations ("R&R"), Sheriff McMahon correctly observes that the Court did not identify or apply a level of scrutiny to the Sheriff's denial of Plaintiff Birdt's application for a concealed weapon permit. The Court deliberately did not identify a level of scrutiny because, as the R&R proposed, Sheriff McMahon has not had an opportunity to exercise his discretion to deny a license to Plaintiff. The Court did not want to address the proper level of scrutiny until the Sheriff's decision was final.

Sheriff McMahon, however, now contends that he already has exercised his discretion to deny Plaintiff's permit for lack of good moral character. Sheriff McMahon's pleadings previously indicated he had not exercised his discretion.

Thus, there is now no reason not to address the appropriate level of scrutiny applicable to the Sheriff's denial of Plaintiff's application for a concealed weapon permit. Before doing so, the Court wants to provide both parties with the opportunity to brief the issue. Neither party addressed or briefed the issue in their papers to date, at least not meaningfully. Accordingly, the parties are ordered to submit supplemental briefs on the issue of the appropriate level of scrutiny by **November 1, 2014.**

cc: Parties

: 
Initials of Preparer   sa