1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

10   JONATHAN BIRDT,                                   )   **CASE NO.  EDCV 13-00673-VAP**
                                                       )
11                               Plaintiff,            )   RESPONSE TO COURT
                                                       )   REGARDING LEVEL OF
12                                                     )   SCRUTINY
      vs.                                              )
13                                                     )
                                                       )
14   SAN BERNARDINO SHERIFFS                           )
     DEPARTMENT,                                       )
15                               Defendants.           )
                                                       )
16                                                     )
                                                       )
17   _____)

18

19         Plaintiff contends that the Sheriff lacks discretion with respect to the issuance

20   of a State Permit and acts only as the local administrator of a State Licensing System.

21   Where Plaintiff has established good cause and has passed a State Criminal

22   Background search, Defendant is duty bound under State Law and the Second

23   Amendment to issue said permit to a County resident.  Here it has already been

24   established that Plaintiff is of good moral character as evidence by the findings of the

25   State Supreme Court per his admission to practice law, he desires a permit for self-

26   defense and is a resident of San Bernardino.  As such, the only remaining act for the

27   Sheriff is to submit his fingerprints for State Approval.

28

1          Any action by an elected official that has the effect of denying a Citizen the

2    ability to exercise a fundamental Constitutional Right subject to his particular whim

3    or mood on a given day must be subject to Strict Scrutiny.

4

5    October 4, 2014                                                    /s/

6                                                            _____

7                                                            Jonathan W. Birdt

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28