**JONATHAN W. BIRDT**
18252 Bermuda Street
Porter Ranch, CA 91326
Telephone: (818) 400-4485
Facsimile: (818) 428-1384
jon@jonbirdt.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BIRDT, <br><br> Plaintiff, <br><br> vs. <br><br> SAN BERNARDINO SHERIFFS DEPARTMENT, <br><br> Defendants. | CASE NO. 5:13-cv-00673-VAP-JEM <br><br> SUPPLEMENTAL DECLARATION OF PLAINTIFF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO MOTION TO DISMISS |

1.  At the suggestion of the Magistrate Plaintiff submitted a Second Application for a Concealed Weapons Permit on September 3rd, 2014 and asked County Counsel if they would assist, but Counsel Declined.

2.  SBSO set an appointment for an interview and fingerprinting on December 3rd, 2014. Plaintiff presented and a very cordial interview was conducted with a Detective. Plaintiff was also fingerprinted using the LiveScan System. The Detective identified three additional documents she needed which were overnighted to her and received the next day.

SUPPLEMENTAL DECLARATION OF PLAINTIFF - 1

3. The State of California maintains an automated call system to track Live Scan results and using this system I confirmed that SBSO received the result of the background search conducted using my identifying information and fingerprints from the California Department of Justice and the FBI the same day.

4. Defendants have had a complete application for more than 90 days and complete criminal background check from all agencies for more that 30 days, but have not advised Plaintiff of any decision on his permit.

5. For a Second time Defendant has now violated Plaintiffs' Rights by failing to comply with the basic statutory requirement under Penal Code Section 26205 which requires the licensing authority to give written notice to the applicant indicating if the license under this article is approved or denied within 30 days after receipt of the applicant's criminal background check from the Department of Justice, whichever is later.

6. Plaintiff has no reason to believe that the Department of Justice did not provide a clear criminal background check as he has no criminal background and has had two firearms purchases approved by the Department of Justice in the last 60 days.

7. Plaintiff has complied with every obligation for the issuance of a license and paid all fees to Defendant, but Defendant continues to refuse to comply with even his most basic statutory duties as he is in violation of the Penal Code set forth above.

I declare under Penalty of Perjury that the Foregoing is true and Correct under the Laws of the State of California.

January 5, 2015                                   _____/s/_____
                                                  Jonathan W. Birdt

SUPPLEMENTAL DECLARATION OF PLAINTIFF - 2