# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 13-0673-VAP (JEM) | Date | January 8, 2015 |
|---|---|---|---|
| Title | Jonathan Birdt v. San Bernardino Sheriffs Department | | |

| Present: The Honorable | John E. McDermott, United States Magistrate Judge |
|---|---|

| S. Anthony | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|

**Proceedings:** **(IN CHAMBERS) ORDER DIRECTING THE PARTIES TO INFORM THE COURT CONCERNING THE OUTCOME OF PLAINTIFF'S SECOND APPLICATION FOR A CONCEALED WEAPONS PERMIT AS SOON AS A DECISION HAS BEEN RENDERED ON THE SECOND APPLICATION**

On January 5, 2015, Plaintiff filed a "Supplemental Declaration of Plaintiff in Support of Motion for Summary Judgment and in Opposition to Motion to Dismiss" (Docket No. 126), indicating that he submitted a second application for a concealed weapons permit ("Second Application") to Defendant on September 3, 2014. The parties shall inform the Court concerning the outcome of Plaintiff's Second Application as soon as a decision has been rendered on the Second Application.

IT IS SO ORDERED.

cc: Parties

|  | : |  |
|---|---|---|
|  | Initials of Preparer | sa |