**JONATHAN W. BIRDT**
18252 Bermuda Street
Porter Ranch, CA 91326
Telephone:   (818) 400-4485
Facsimile:   (818) 428-1384
jon@jonbirdt.com

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JONATHAN BIRDT,  )   **CASE NO.  5:13-cv-00673-VAP-JEM**
)
           Plaintiff,  )   DECLARATION OF PLAINTIFF
)   REGARDING MAGISTRATES
  vs.  )   ORDER OF JANUARY 8th, 2015
)
SAN BERNARDINO SHERIFFS  )
DEPARTMENT,  )
           Defendants.  )
)
)
)
)
_____ )

1.    Pursuant to Penal Code Section 26205 Defendant was required to provide a
decision on Plaintiffs' application on or before January 2, 2015.  Plaintiff has made
several email and telephonic inquiries to both Counsel and the Department.

2.    Defendant has provided no response to any inquiry except to reject multiple
to immedaitely dismiss this action if Defendant agrees to issue the permit.  Plaintiff
provides this declaration because the Magistrates Minute Order provides no time
frame for Defendants to respond, and Defendants are already in violation of their
Statutory duty to respond.  Plaintiff respectfully requests this Court intervene now
with a fixed time limit, as Defedant seems intent on delay with amounts to a daily
continued violation of Plaintiffs' ability to exercise his Fundamental Civil Rights.

FURTHER DECLARATION OF PLAINTIFF - 1

1   I declare under Penalty of Perjury that the Foregoing is true and Correct under the

2   Laws of the State of California.

3

4

5   January 12, 2015                              _____/s/_____

6                                                  Jonathan W. Birdt

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28