**From:** **Ford, Algeria** Algeria.Ford@cc.sbcounty.gov
**Subject:** RE: Birdt
**Date:** January 13, 2015 at 9:36 AM
**To:** Jonathan Birdt  jon@jonbirdt.com



Mr. Birdt,

Although I appreciate your advising me of your open offer, as I informed you previously, my client has rejected it. If my client's position changes, I will let you know. Unless and until that happens, my response to you will remain the same and no number of threats of updates to the Court will change that.

As it relates to your second application, the Court ordered that we keep it updated related to a determination and I will do so. However, your second application is not the focus of our current litigation. If you choose to provide the Court with additional updates related to that application, it is your prerogative. However, I will not be part of that discussion unless I am ordered to.

Algeria

Algeria R. Ford, M.S., J.D.
Deputy County Counsel
Office of County Counsel
(909) 387-4212 - Telephone
(909) 387-4069 - Facsimile
Algeria.Ford@cc.sbcounty.gov

CONFIDENTIALITY NOTICE: This communication contains legally privileged and confidential information sent solely for the use of the intended recipient. If you are not the intended recipient of this communication you are not authorized to use it in any manner, except to immediately destroy it and notify the sender.

-----Original Message-----
From: Jonathan Birdt [mailto:jon@jonbirdt.com]
Sent: Tuesday, January 13, 2015 9:17 AM
To: Ford, Algeria
Subject: Birdt

Algeria,
A detective Logan just called and said it takes 90 days from interview to get background results and lied and said the doj had not returned my livescan results yet. I will advise the court at the close of business of this outright and blatant false representation.
My offer stands.
Jon

Jon Birdt
818-400-4485