**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHAN BIRDT, )<br>  )<br>  Plaintiff, )<br>  )<br> vs. )<br>  )<br> SAN BERNARDINO SHERIFFS )<br> DEPARTMENT, )<br>  Defendants. )<br>_____ ) | CASE NO. EDCV 13-00673-VAP<br><br>NOTICE OF DECISION ON<br>SECOND APPLICATION |

    Attached hereto is Defendants Denial of Plaintiffs Second Application purportedly on the basis of the results of Plaintiffs background investigation pursuant to Penal Code Section 26150, but Defendant refuses to disclose what issue the decision is based upon and asserts confidentiality in the records. Plaintiff waives all Confidentiality, reaffirms that he has no criminal history of even an arrest and is not in any way barred from possessing firearms. This past month Plaintiff has purchased three firearms and received Department of Justice Clearance for each purchase.

NOTICE OF DECISION ON SECOND APPLICATION - 1

Plaintiff will not be appealing this decision has it is a complete farce and no basis for it is provided.  Plaintiff submits it is just another stall tactic to deny Plaintiff his Fundamental Rights and that Defendant has now had every opportunity to exercise his discretion, and this Court must now act to mitigate the continuing violation of Plaintiffs Fundamental Rights by Defendants Arbitrary refusal to issue a State Mandated License.

Any action by an elected official that has the effect of denying a Citizen the ability to exercise a fundamental Constitutional Right subject to his particular whim or mood on a given day must be subject to Strict Scrutiny.

October 4, 2014                                                                                /s/

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jonathan W. Birdt