

January 27, 2015

Jon Birdt
18252 Bermuda Street
Porter Ranch, Ca. 91326


Dear Mr. Birdt:

Due to the findings of our background investigation this office has chosen not to issue you a permit to carry a Concealed Weapon (CCW). I understand this is a serious matter, however, the Sheriff's Department concludes that the denial of your CCW Permit is appropriate because you do not meet the criteria for background investigation as required by Penal Code Section 26150. The records supporting this decision are investigative records that are confidential pursuant to code 6254(f) and the sheriff will not provide you with the detailed information concerning the investigation.

If you wish to appeal this decision, please submit your reasons in support of your position in writing to Sheriff McMahon within 10 days from the date of this letter and your appeal will be considered by the Sheriff or his designee, whose decision shall be final.


Sincerely,

**John McMahon, Sheriff**


**By:   Todd Paterson, Captain**


JM:TP:cs


Rev 6/14
C:\mydocuments/ccwdqnew.sc