UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 13-0673-VAP (JEM) | Date | February 6, 2015 |
|---|---|---|---|
| Title | Jonathan Birdt v. San Bernardino Sheriffs Department | | |

| Present: The Honorable | John E. McDermott, United States Magistrate Judge |
|---|---|
| S. Anthony | |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE**

On April 12, 2013, Plaintiff Jonathan Birdt ("Plaintiff") filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983 ("Complaint") against Defendant San Bernardino County Sheriff's Department ("SBSD"), alleging that Defendant's denial of Plaintiff's concealed weapon permit application on February 26, 2013 ("First Application"), violated Plaintiff's Second Amendment rights. On April 26, 2013, Defendant filed a Motion to Dismiss the Complaint for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6). In a September 30, 2013 Report & Recommendation ("R&R"), this Court recommended denial of SBSD's Motion to Dismiss. The Court, however, also recommended sua sponte dismissal of Plaintiff's Complaint with leave to amend and ordered that Plaintiff file a First Amended Complaint ("FAC"). On October 31, 2013 the District Court accepted this Court's September 30, 2013 R&R.

Plaintiff filed his FAC on November 5, 2013. On November 8, 2013 Defendant filed a Motion to Dismiss the FAC. In a May 12, 2014 R&R, this Court recommended denial of SBSD's Motion to Dismiss. On June 9, 2014 the District Court accepted this Court's May 12, 2014 R&R.

On June 11, 2014, this Court issued an Order to Show Cause ("OSC") why the FAC should not be dismissed because SBSD acts on a statewide, not countywide, basis in administering concealed weapon permits under California's statutory scheme, Scocca v. Smith, 912 F. Supp. 2d 875, 883-84, 888 (N.D. Cal. 2012), and the Eleventh Amendment thus bars suit against SBSD in this case. Id. at 884.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 13-0673-VAP (JEM) | Date | February 6, 2015 |
|---|---|---|---|
| Title | Jonathan Birdt v. San Bernardino Sheriffs Department | | |

Rather than contest the OSC, Plaintiff filed a Second Amended Complaint ("SAC") on June 26, 2014, naming John McMahon as the only defendant ("Defendant") in the case. The SAC seeks injunctive relief in the form of an order requiring Defendant to issue Plaintiff a concealed weapon permit. (SAC at 2.)

On June 30, 2013, Plaintiff filed a Motion for Summary Judgment on his Second Amended Complaint. On July 22, 2014, Defendant filed his Opposition to Plaintiff's Motion for Summary Judgment. Plaintiff filed a Reply on that same date.

On July 22, 2014, Defendant filed a Motion to Dismiss the SAC. On the same day, Plaintiff filed an Opposition. Defendant did not file a Reply.

On January 5, 2015, Plaintiff filed a "Supplemental Declaration of Plaintiff in Support of Motion for Summary Judgment and in Opposition to Motion to Dismiss" (Docket No. 126), indicating that he submitted a second application for a concealed weapons permit ("Second Application") to Defendant on September 3, 2014.

On January 8, 2015, the Court issued an Order directing the parties to inform the Court concerning the outcome of Plaintiff's Second Application as soon as a decision has been rendered on the Second Application.

On January 30, 2015, Plaintiff filed a "Notice of Decision on Second Application" ("Notice"), stating that Defendant denied Plaintiff's Second Application "on the basis of the results of Plaintiff's background investigation pursuant to Penal Code Section 26150, but Defendant refuses to disclose what issue the decision is based upon and asserts confidentiality in the records." (Notice at 1.) Plaintiff, however, has indicated that he will not be appealing the denial of his Second Application. (Notice at 2.) Moreover, he does not challenge Defendant's denial of the Second Application in this action. The lack of a challenge to the Second Application may render the pending case on the First Application moot. See City of Erie v. Pap's A.M., 529 U.S. 277, 287 (2000) (the mootness doctrine authorizes a federal court to decline to exercise jurisdiction if the court is unable to grant any effectual relief to the prevailing party).

Based the foregoing, IT IS ORDERED THAT Plaintiff shall show cause on or before **February 20, 2015**, why his SAC should not be dismissed as moot given that the SAC seeks injunctive relief (i.e., an order requiring Defendant to issue Plaintiff a concealed weapon permit) on the ground that Defendant improperly denied only the First Application, and the SAC does not challenge Defendant's subsequent denial of the Second Application. If Plaintiff still wishes

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 13-0673-VAP (JEM) | Date | February 6, 2015 |
|---|---|---|---|
| Title | Jonathan Birdt v. San Bernardino Sheriffs Department | | |

to pursue this action, he shall have until **February 20, 2015**, to file a Response to this Order to Show Cause. Alternatively, Plaintiff may file a supplemental complaint pursuant to Fed. R. Civ. P. Rule 15(d) on or before that same date. See Keith v. Volpe, 858 F.2d 467, 473-74 (9th Cir. 1988); Carolina Cas. Ins. Co. v. Lanahan & Reilly, LLP, 2011 WL 3741004, *5 (N.D. Cal. 2011).

      If Plaintiff files a Response to this Order to Show Cause, Defendant's Reply to Plaintiff's Response shall be due no later than **February 27, 2015**.

      Failure to comply with these requirements may result in a recommendation that the SAC be dismissed as moot. The failure to properly respond to this OSC may result in a recommendation that the action be dismissed for failure to prosecute and/or failure to comply with a court order.

      IT IS SO ORDERED.

cc: Parties

|  |  | 00 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer | | sa | |