UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 13-0673-VAP (JEM) | Date | February 10, 2015 |
|---|---|---|---|
| Title | Jonathan Birdt v. San Bernardino Sheriffs Department | | |

| Present: The Honorable | John E. McDermott, United States Magistrate Judge |
|---|---|

| S. Anthony | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:** **(IN CHAMBERS) ORDER RE PLAINTIFF'S THIRD AMENDED COMPLAINT FOR SECOND AMENDMENT VIOLATION (Docket No. 132) AND PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (Docket No. 133)**

The Court *sua sponte* STRIKES Plaintiff Jonathan Birdt's recently filed Third Amended Complaint ("TAC") and Motion for Summary Judgment. Plaintiff did not seek or obtain leave to file an amended complaint as required by Rule 15(a)(2). The Court will not grant leave to do so. In its February 6, 2015 Order, the Court specifically instructed Plaintiff to file a supplemental complaint pursuant to Rule 15(d). Plaintiff has until **March 1, 2015** to do so or to file a response why this case should not be dismissed.

The Court also rejects Plaintiff's disavowal of the need for discovery regarding the Second Application. No explanation has been given for Sheriff McMahon's denial of the Second Application. As with the First Application, the Court has no intention of ruling on Sheriff McMahon's denial of the Second Application without obtaining the application file and knowing the reasons and evidence supporting denial of the Second Application. Plaintiff should serve Sheriff McMahon with a request for production of documents that contains a request for the Second Application file. If Sheriff McMahon objects and refuses to produce the file, Plaintiff should bring a motion to compel its production.

Plaintiff unnecessarily delays adjudication of his Second Amendment claim by not following the Court's orders and instructions.
cc: Parties

| | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | sa |