ALGERIA R. FORD, CA Bar No. 289016
Deputy County Counsel
JEAN-RENE BASLE, CA Bar No. 134107
County Counsel
385 North Arrowhead Avenue, Fourth Floor
San Bernardino, CA  92415-0140
Telephone:  (909) 387-5455
Facsimile:    (909) 387-4069
Electronic Mail Address: Algeria.Ford@cc.sbcounty.gov

Attorneys for Defendant, JOHN McMAHON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BIRDT,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN MCMAHAN,<br><br>    Defendant. | ) CASE NO.  EDCV 13-00673-VAP (JEM)<br>)<br>) DECLARATION OF<br>) ALGERIA R. FORD IN SUPPORT OF<br>) MOTION TO DISMISS PLAINTIFF'S<br>) SECOND AMENDED COMPLAINT AND<br>) RULE 15(d) SUPPLEMENT; EXHIBITS<br>) "B" AND "C"<br>)<br>) [Filed Concurrently with Notice of Motion<br>) and Motion to Dismiss Second<br>) Amended Complaint and Rule 15(d)<br>) Supplement; Memorandum of Points<br>) and Authorities in Support Thereof;<br>) and, [Proposed] Order of Dismissal]<br>)<br>) Date:  April 14, 2015<br>) Time:  10:00 a.m.<br>) Crtrm.: C, 8TH Floor<br>)<br>) Referred to Magistrate Judge<br>) John E. McDermott |

/ / / /

1

I, Algeria Ford, declare:

1. I am an attorney at law licensed to practice before the courts of the State of California, and I am a Deputy Counsel with the San Bernardino County Counsel's Office, counsel of record for Defendant, JOHN McMAHON. The following is based on my personal knowledge.

2. Attached as Exhibit B is a true and correct copy of a redacted document from plaintiff's second application file containing the recorded reasons for the denial of his second application for a concealed weapons permit.

3. Attached as Exhibit C is a true and correct copy of the docket for Case Number 2:10-CV-08377-JAK-JEM.

DATED: March 6, 2015          JEAN-RENE BASLE
                                               County Counsel

                                               /s/ Algeria R. Ford
                                               ALGERIA R. FORD
                                               Deputy County Counsel
                                               Attorneys for Defendant,
                                               JOHN McMAHON