# EXHIBIT B

 

# EMPLOYEE RESOURCES DIVISION

## BACKGROUND INVESTIGATION REPORT

☐ PASSED  ☒ CCW DENIAL  ☐ DISQUALIFICATION  ☐ NON-SELECT

Name: Jon Birdt                                           Soc. Sec # 2432

☐ CCW  ☐ PROFESSIONAL STAFF  ☐ SAFETY (Coroner Investigator)  ☐ SAFETY (Dispatcher)
☐ SAFETY (DST)  ☐ SAFETY (Lateral)  ☐ SAFETY (Pre-Service)  ☐ SAFETY (Reserve)

### SAFETY

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| A ☐ Integrity | E ☐ Confronting, Overcoming Problems & Adversity | I ☐ Learning Ability |
| B ☐ Impulse Control / Attention to Safety | F ☐ Conscientiousness | J ☐ Communication Skills |
| C ☐ Substance Abuse / Other Risk-taking Behavior | G ☐ Interpersonal Skills | K ☐ Failure to Meet Job Requirements |
| D ☐ Stress Tolerance | H ☐ Decision-making & Judgment | L ☐ Other Factors / Auto DQ |

### PROFESSIONAL STAFF

| 1 ☐ Honesty | 2 ☐ Interpersonal Conduct | 3 ☐ Conduct Against Society | 4 ☐ History of Stability |
|---|---|---|---|

### INVESTIGATOR NOTES

Jon Birdt interviewed for a concealed weapon permit on December 13, 2014. During the interview Birdt refused to fill out a portion of the application: Employment Verification, Residence History, and the Notarized Authorization Form. Birdt cited Penal Code Section 26175 stating he only had to fill out Department of Justice paperwork. Birdt did fill out the San Bernardino Sheriff Department Pre-Background Interview Form CCW, the San Bernardino County Sheriff's Department Domestic Violence Disclosure Statement, the not for work form, the fingerprint form, and the San Bernardino County Sheriff's Department Verification of Concealed Weapon(s) for License form.

Birdt should not be issued a CCW: background investigation showed untruthfulness, pending litigation related to a previous CCW application, and failed to complete the necessary documentation and is not a responsible, law abiding citizen.

Background Investigator: _Botts_  Date: 1-22-15
Background Investigator Supervisor: _signature_  Date: 1/26/15
Employee Resources Commander: _Bell_  Date: 1/27/15

After review of the applicant's **APPEAL** letter, original background investigation and new relevant information the applicant:  ☐ Remains disqualified.  ☐ Is granted an appeal.
**Comments:** _____

---

**APPEAL RESULTS:**  ☐ Remains Disqualified  ☐ Applicant Passed Background
Appeal investigation conducted by: _____ Date: _____
Background Investigator Supervisor: _____ Date: _____
Employee Resources Commander: _____ Date: _____

REV 09/2011