**EXHIBIT C**

(JEMx),APPEAL,CLOSED,DISCOVERY

# UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:10-cv-08377-JAK-JEM

Jonathan Birdt v. Charlie Beck et al
Assigned to: Judge John A. Kronstadt
Referred to: Magistrate Judge John E. McDermott
Case in other court: 9th CCA, 12-55115
Cause: 42:1983 Civil Rights Act

Date Filed: 11/04/2010
Date Terminated: 01/13/2012
Jury Demand: Both
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Jonathan Birdt**     represented by    **Jonathan Wesley Birdt**
Law Office of Jonathan W Birdt
18252 Bermuda St.
Porter Ranch, CA 91326
United Sta
818-400-4485
Fax: 818-428-1384
Email: jon@jonbirdt.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Charlie Beck**     represented by    **Elizabeth Anne Mitchell**
Office of City Attorney
City Hall East
200 North Main Street 6th Floor
Los Angeles, CA 90012
213-978-6958
Fax: 213-978-8785
Email: Elizabeth.Mitchell@lacity.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A D Lehman**
Los Angeles County Counsel
651 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, CA 90012-2713
213-974-1908

Email: jlehman@counsel.lacounty.gov
*ATTORNEY TO BE NOTICED*

**Wendy C Shapero**
Los Angeles City Attorney's Office
City Hall E - Police Litigation
200 N Main St, 6th Fl
Los Angeles, CA 90012-4130
213-978-7029
Fax: 213-978-8785
Email: wendy.shapero@lacity.org
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lee Baca**   represented by   **Jennifer A D Lehman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan C McCaverty**
Los Angeles County Counsel
500 West Temple Street 6th Floor
Los Angeles, CA 90012
213-974-1828
Fax: 213-626-2105
Email: jmccaverty@counsel.lacounty.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Los Angeles Police Department**   represented by   **Elizabeth Anne Mitchell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer A D Lehman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Wendy C Shapero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Los Angeles County Sheriffs Department**   represented by   **Jennifer A D Lehman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan C McCaverty**
(See above for address)
*ATTORNEY TO BE NOTICED*

## Defendant

**Does**
*1 to 50*
*TERMINATED: 12/23/2010*

## Amicus

| | | |
|---|---|---|
| **Brady Center to Prevent Gun Violence** | represented by | **Adam K Levin**<br>Hogan & Harston<br>555 Thirteenth Street NW<br>Washington, DC 20004<br>202-637-6846<br>Email: aklevin@hhlaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Jonathan E Lowry**<br>Brady Center to Prevent Gun Violence<br>Legal Action Project<br>1225 Eye Street NW Suite 1100<br>Washington, DC 20005<br>202-289-7319<br>Fax: 202-898-0059<br>Email: jlowy@bradymail.org<br>*ATTORNEY TO BE NOTICED*<br><br>**Neil R O'Hanlon**<br>Hogan Lovells LLP<br>1999 Avenue of the Stars Suite 1400<br>Los Angeles, CA 90067<br>310-785-4600<br>Fax: 310-785-4601<br>Email: neil.ohanlon@hoganlovells.com<br>*ATTORNEY TO BE NOTICED*<br><br>**S Chartey Quarcoo**<br>Hogan Lovells US LLP<br>555 13th Street NW<br>Washington, DC 20004<br>202-637-5600<br>Fax: 202-637-5910<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/04/2010 | 1 | COMPLAINT against Defendants Lee Baca, Charlie Beck, Does 1 to 50, The Los Angeles County Sheriffs Department, The Los Angeles Police Department.Case assigned to Judge R. Gary Klausner for all further proceedings. Discovery referred to Magistrate Judge John E. McDermott. |

| | | |
|---|---|---|
| | | (Filing fee $ 350 PAID.) Jury Demanded., filed by Plaintiff Jonathan Birdt. [Given CV-5 form Dismissal of Doe](et) (Entered: 11/05/2010) |
| 11/04/2010 | | 21 DAY Summons Issued re Complaint - (Discovery) 1 as to Defendants Lee Baca, Charlie Beck, Does 1 to 50, The Los Angeles County Sheriffs Department, The Los Angeles Police Department. (et) (Entered: 11/05/2010) |
| 11/04/2010 | 2 | CERTIFICATION AND NOTICE of Interested Parties filed by Plaintiff Jonathan Birdt. (et) (Entered: 11/05/2010) |
| 11/12/2010 | 3 | STANDING ORDER REGARDING NEWLY ASSIGNED CASES by Judge R. G. Klausner: READ THIS ORDER CAREFULLY; IT CONTROLS THIS CASE; Memoranda of Points and Authorities in support of or in opposition to motions shall not exceed 20 pages; replies shall not exceed 10 pages (see document for further details). (jp) (Entered: 11/15/2010) |
| 11/30/2010 | 6 | FIRST AMENDED COMPLAINT against Defendant Lee Baca, Charlie Beck, Does, The Los Angeles County Sheriffs Department, The Los Angeles Police Department amending Complaint - (Discovery) 1 ,filed by Plaintiff Jonathan Birdt (shb) (Entered: 12/03/2010) |
| 12/02/2010 | 4 | PROOF OF SERVICE Executed by Plaintiff Jonathan Birdt, upon Defendant All Defendants. Service of the Summons and Complaint were executed upon Kathleen Camach in compliance with Federal Rules of Civil Procedure by substituted service at business address and by also mailing a copy. Original Summons NOT returned. (Birdt, Jonathan) (Entered: 12/02/2010) |
| 12/03/2010 | 5 | NOTICE of Change of Attorney Information for attorney Jonathan Wesley Birdt counsel for Plaintiff Jonathan Birdt. Adding Jonathan W. Birdt as attorney as counsel of record for Jonathan W. Birdt for the reason indicated in the G-06 Notice. Filed by Plaintiff Plaintiff (Birdt, Jonathan) (Entered: 12/03/2010) |
| 12/17/2010 | 7 | ANSWER to Amended Complaint 6 filed by Defendants Lee Baca, The Los Angeles County Sheriffs Department.(Lehman, Jennifer) (Entered: 12/17/2010) |
| 12/17/2010 | 8 | Notice of Interested Parties filed by Defendants Lee Baca, The Los Angeles County Sheriffs Department, identifying Jonathan Birdt, Charlie Beck, Los Angeles Police Department, Leroy Baca, Los Angeles County Sheriff's Department. (Lehman, Jennifer) (Entered: 12/17/2010) |
| 12/20/2010 | 9 | ANSWER to Amended Complaint 6 with JURY DEMAND filed by Defendant The Los Angeles Police Department.(Robbins, Elizabeth) (Entered: 12/20/2010) |
| 12/20/2010 | 10 | CERTIFICATION AS TO of Interested Parties filed by Defendant The Los Angeles Police Department, (Robbins, Elizabeth) (Entered: 12/20/2010) |
| 12/21/2010 | 11 | ANSWER to Amended Complaint 6 filed by DEFENDANTS Charlie Beck, The Los Angeles Police Department.(Mitchell, Elizabeth) (Entered: 12/21/2010) |
| 12/21/2010 | 12 | |

| | | |
|---|---|---|
| | | CERTIFICATE of Interested Parties filed by DEFENDANTS Charlie Beck, The Los Angeles Police Department, (Mitchell, Elizabeth) (Entered: 12/21/2010) |
| 12/23/2010 | 13 | First REQUEST to Dismiss Does 1-50 Does filed by Plaintiff Jonathan Birdt. (Birdt, Jonathan) (Entered: 12/23/2010) |
| 12/23/2010 | 14 | NOTICE Rule 26(f) meeting of counsel filed by Plaintiff Jonathan Birdt. (Birdt, Jonathan) (Entered: 12/23/2010) |
| 12/27/2010 | 15 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Notice (Other) 14 . The following error(s) was found: Incorrect event selected. The correct event is: Trial & Pretrial docs - Joint Rule 206(f) Report. In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. You need not take any action in response to this notice unless and until the court directs you to do so. (shb) (Entered: 12/27/2010) |
| 12/29/2010 | 16 | ORDER SETTING SCHEDULING CONFERENCE by Judge R. Gary Klausner. See document for details. (sw) (Entered: 12/29/2010) |
| 12/30/2010 | 17 | [DOCUMENT STRICKEN] NOTICE OF MOTION AND MOTION for Summary Judgment as to Plaintiff's Complaint filed by Plaintiff Jonathan Birdt. Motion set for hearing on 1/31/2011 at 09:00 AM before Judge R. Gary Klausner. (Attachments: # 1 Memorandum Points and Authorities, # 2 Declaration of Jonathan W. Birdt, # 3 Supplement separate Statement)(Birdt, Jonathan) Modified on 1/3/2011 (shb). (Entered: 12/30/2010) |
| 12/30/2010 | 19 | ORDER by Judge R. Gary Klausner: the following document(s) be STRICKEN for failure to comply with the Local Rules, General Order and/or the Courts Case Management Order: MOTION for Summary Judgment as to Plaintiff's Complaint 17 , for the following reasons: Hearing information is missing, incorrect, or not timely. Motion date of January 31, 2011 was closed on December 28, 2010.; (shb) (Entered: 01/03/2011) |
| 01/02/2011 | 18 | Amendment to MOTION for Summary Judgment as to Plaintiff's Complaint 17 *corrected p&a's* filed by Plaintiff Jonathan Birdt. (Birdt, Jonathan) (Entered: 01/02/2011) |
| 01/04/2011 | 20 | NOTICE OF MOTION AND MOTION for Summary Judgment as to Plaintiff's complaint Jonathan Birdt. Motion set for hearing on 4/4/2011 at 09:00 AM before Judge R. Gary Klausner. (Attachments: # 1 Memorandum Points & Authorities, # 2 Supplement Separate Statement, # 3 Declaration of jonathan W. Birdt)(Birdt, Jonathan) (Entered: 01/04/2011) |
| 01/06/2011 | 21 | NOTICE AND REQUEST of Settlement Procedure Selection (Sp1); parties request to Appear Before Judge Klausner for settlement proceedings. Filed by Plaintiff Jonathan Birdt. (Attachments: # 1 Proposed Order)(Birdt, Jonathan) (Entered: 01/06/2011) |
| 01/07/2011 | 22 | MINUTE IN CHAMBERS NOTICE TO ALL PARTIES AND ORDER by Judge R. Gary Klausner: On January 6, 2011, the parties electronically filed |

| | | |
|---|---|---|
| | | form ADR-1, "Settlement Procedure Selection: Notice, Request and Order" (DE 21). The parties selected Settlement Procedure No. 1, District Judge. Judge Klausner does not conduct settlement conferences on matters where he is the trier of fact. Therefore, the parties shall confer, select a different settlement option, and resubmit form ADR-1 (and proposed order) before or at the February 14, 2011 Scheduling Conference. (shb) (Entered: 01/07/2011) |
| 01/07/2011 | 23 | MINUTE ORDER IN CHAMBERS by Judge R. Gary Klausner: Not later than January 14, 2011, plaintiff shall lodge a proposed judgment (pursuant to Local Rule 56-1) in connection with the motion for summary judgment (DE 20). (shb) (Entered: 01/07/2011) |
| 01/09/2011 | 24 | NOTICE AND REQUEST of Settlement Procedure Selection (Sp1); parties request to Appear Before Magistrate Judge for settlement proceedings. Filed by Plaintiff Jonathan Birdt. (Attachments: # 1 Proposed Order)(Birdt, Jonathan) (Entered: 01/09/2011) |
| 01/09/2011 | 25 | DECLARATION of Jonathan W. birdt in support of MOTION for Summary Judgment as to Plaintiff's complaint 20 filed by Plaintiff Jonathan Birdt. (Birdt, Jonathan) (Entered: 01/09/2011) |
| 01/09/2011 | 26 | SUPPLEMENT to MOTION for Summary Judgment as to Plaintiff's complaint 20 *[proposed] judgment* filed by Plaintiff Jonathan Birdt. (Birdt, Jonathan) (Entered: 01/09/2011) |
| 01/10/2011 | 27 | JOINT REPORT Rule 26(f) Discovery Plan ; estimated length of trial 2-3 days, filed by Defendants Charlie Beck, The Los Angeles Police Department.. (Mitchell, Elizabeth) (Entered: 01/10/2011) |
| 01/27/2011 | 28 | NOTICE of Change of Attorney Information for attorney Jonathan C McCaverty counsel for Defendants Lee Baca, The Los Angeles County Sheriffs Department. Adding Jonathan McCaverty as attorney as counsel of record for Los Angeles County Sheriff's Department and Lee Baca for the reason indicated in the G-06 Notice. Filed by Defendants Los Angeles County Sheriff's Department and Lee Baca (McCaverty, Jonathan) (Entered: 01/27/2011) |
| 02/04/2011 | 29 | JOINT REPORT Rule 26(f) Discovery Plan *SUPPLEMENTAL FRCP RULE 26(f) JOINT REPORT* ; estimated length of trial 2-3 DAYS, filed by Defendants Charlie Beck, The Los Angeles Police Department.. (Mitchell, Elizabeth) (Entered: 02/04/2011) |
| 02/14/2011 | 30 | NOTICE OF MOTION AND MOTION to Stay Case pending the appeal to the Ninth Circuit *Defendant City of Los Angeles' Notice of Motion and Motion to Stay the Declaratory Relief Action; Memorandum of Points and Authorities* filed by Defendants Charlie Beck, The Los Angeles Police Department. Motion set for hearing on 3/14/2011 at 09:00 AM before Judge R. Gary Klausner. (Attachments: # 1 Proposed Order)(Shapero, Wendy) (Entered: 02/14/2011) |
| 02/14/2011 | 31 | DECLARATION of Elizabeth Mitchell In Support Of MOTION to Stay Case pending the appeal to the Ninth Circuit *Defendant City of Los Angeles' Notice of Motion and Motion to Stay the Declaratory Relief Action; Memorandum of* |

| | | |
|---|---|---|
| | | *Points and Authorities* 30 filed by Defendants Charlie Beck, The Los Angeles Police Department. (Shapero, Wendy) (Entered: 02/14/2011) |
| 02/14/2011 | 32 | REQUEST FOR JUDICIAL NOTICE re MOTION to Stay Case pending the appeal to the Ninth Circuit *Defendant City of Los Angeles' Notice of Motion and Motion to Stay the Declaratory Relief Action; Memorandum of Points and Authorities* 30 *Defendant City of Los Angeles' Request for Judicial Notice; Memorandum of Points and Authorities; Exhibits; Declaration of Wendy Shapero [F.R.E. 201]* filed by Defendants Charlie Beck, The Los Angeles Police Department. (Shapero, Wendy) (Entered: 02/14/2011) |
| 02/14/2011 | 33 | MEMORANDUM in Opposition *to motion for stay* filed by Plaintiff Jonathan Birdt. (Birdt, Jonathan) (Entered: 02/14/2011) |
| 02/14/2011 | 36 | MINUTES OF SCHEDULING CONFERENCE held before Judge R. Gary Klausner: Court and counsel confer. The Scheduling Conference is held. The Court sets the following dates: Jury Trial (Est.2-3 days): October 4, 2011 at 9:00 a.m.; Pretrial Conference: September 19, 2011 at 9:00 a.m.; Motion Cut-Off (last day to file): July 19, 2011; Discovery Cut-Off: July 6, 2011. Last day to motion the Court to add parties or amend complaint is March 5, 2011. Counsel inform the Court that they have selected Settlement Option 1, Magistrate Judge. Court Reporter: Nichole Rhynard. (ake) (Entered: 02/16/2011) |
| 02/15/2011 | 34 | NOTICE OF NON-OPPOSITION MOTION to Stay Case pending the appeal to the Ninth Circuit *Defendant City of Los Angeles' Notice of Motion and Motion to Stay the Declaratory Relief Action; Memorandum of Points and Authorities* 30 filed by Defendants Lee Baca, The Los Angeles County Sheriffs Department. (Lehman, Jennifer) (Entered: 02/15/2011) |
| 02/16/2011 | 35 | REPLY IN SUPPORT OF MOTION to Stay Case pending the appeal to the Ninth Circuit *Defendant City of Los Angeles' Notice of Motion and Motion to Stay the Declaratory Relief Action; Memorandum of Points and Authorities* 30 *Defendant City of Los Angeles' Reply to Plaintiff's Opposition to Motion to Stay; Memorandum of Points and Authorities* filed by Defendants Charlie Beck, The Los Angeles Police Department. (Shapero, Wendy) (Entered: 02/16/2011) |
| 02/16/2011 | 37 | ORDER FOR JURY TRIAL by Judge R. Gary Klausner: Pretrial Conference: September 19, 2011 at 9:00 a.m. Jury Trial: October 4, 2011 at 9:00 a.m. (ake) (Entered: 02/16/2011) |
| 02/16/2011 | 38 | AMENDED ORDER FOR JURY TRIAL by Judge R. Gary Klausner, re Order 37 . Jury Trial is set for 10/4/2011 at 09:00 AM, and the Pretrial Conference is set for 9/19/2011 at 09:00. (See order for further details) (shb) (Entered: 02/17/2011) |
| 03/01/2011 | 39 | REQUEST to Continue MOTION FOR SUMMARY JUDGMENT from 04/04/2011 to 05/16/2011 filed by Defendants Charlie Beck, The Los Angeles Police Department. Request set for hearing on 5/16/2011 at 09:00 AM before Judge R. Gary Klausner. (Attachments: # 1 Proposed Order)(Mitchell, Elizabeth) (Entered: 03/01/2011) |

| | | |
|---|---|---|
| 03/01/2011 | 40 | REQUEST to Continue Motion for Summary Judgment from 04/04/2011 to 05/16/2011 filed by Defendant Lee Baca, The Los Angeles County Sheriffs Department. Request set for hearing on 5/16/2011 at 09:00 AM before Judge R. Gary Klausner. (Attachments: # 1 Proposed Order)(Lehman, Jennifer) (Entered: 03/01/2011) |
| 03/01/2011 | 41 | to rule 56f request for extension In opposition re: REQUEST to Continue MOTION FOR SUMMARY JUDGMENT from 04/04/2011 to 05/16/2011 39 filed by Plaintiff Jonathan Birdt. (Birdt, Jonathan) (Entered: 03/01/2011) |
| 03/03/2011 | 42 | ORDER by Judge R. Gary Klausner: Granting the NOTICE AND REQUEST of Settlement Procedure Selection (Sp1) to Appear Before the Magistrate Judge for settlement proceedings. (shb) (Entered: 03/03/2011) |
| 03/03/2011 | 43 | MINUTE (IN CHAMBERS) SCHEDULING OF SETTLEMENT CONFERENCE by Magistrate Judge John E. McDermott: The parties, having elected to have Magistrate Judge McDermott conduct a settlement conference of this matter, are directed to contact Judge McDermott's clerk, ShaRon Anthony, at (213) 894-0216, to schedule the conference at an appropriate time. The parties are advised that they should contact the clerk so as to allow sufficient time for the court to schedule the settlement conference. See attached order for further details. (es) (Entered: 03/03/2011) |
| 03/07/2011 | 44 | EX PARTE APPLICATION for Ruling on ON DEFENDANTS' REQUESTS FOR CONTINUANCE UNDER F.R.C.P. 56(f) filed by DEFENDANTS Lee Baca, Charlie Beck, The Los Angeles County Sheriffs Department, The Los Angeles Police Department.(Lehman, Jennifer) (Entered: 03/07/2011) |
| 03/08/2011 | 45 | ORDER GRANTING DEFENDANTS LOS ANGELES COUNTY SHERIFF'S DEPARTMENT AND LEE BACA'SREQUEST FOR ADDITIONAL TIME TO OPPOSE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT by Judge R. Gary Klausner: GOOD CAUSE HAVING BEEN SHOWN, the Court hereby continues Plaintiff's Motion for Summary Judgment for six (6) weeks. The hearing date will be May 16, 2011. 40 (ake) (Entered: 03/09/2011) |
| 03/08/2011 | 46 | ORDER GRANTING DEFENDANTS CHARLIE BECK AND LOS ANGELES POLICE DEPARTMENTS EX PARTE APPLICATION TO CONTINUE THE HEARING ON THE MOTION FOR SUMMARY JUDGMENT by Judge R. Gary Klausner: GOOD CAUSE HAVING BEEN SHOWN, the Court hereby continues Plaintiffs Motion for Summary Judgment for six (6) weeks. The hearing date will be May 16, 2011. 39 (ake) (Entered: 03/09/2011) |
| 03/08/2011 | 48 | ORDER by Judge R. Gary Klausner: denying 30 Motion to Stay Case (shb) (Entered: 03/09/2011) |
| 03/09/2011 | 47 | MINUTES (IN CHAMBERS) ORDER by Judge R. Gary Klausner: taking under submission 30 Motion to Stay Case Pending Appeal to the Ninth Circuit. The Court hereby advises counsel that the above-referenced motion, noticed for hearing on March 14, 2011, has been taken under submission and off the motion calendar. No appearances by counsel are necessary. The Court will |

| | | |
|---|---|---|
| | | issue a ruling after full consideration of properly submitted pleadings. (shb) (Entered: 03/09/2011) |
| 03/15/2011 | 49 | ORDER REGARDING SETTLEMENT CONFERENCE by Magistrate Judge John E. McDermott. IT IS ORDERED that the parties shall appear for a settlement conference on April 27, 2011 at 10:00 a.m., in Courtroom C 8th floor. Each party shall deliver to the chambers of Magistrate Judge John E. McDermott at 312 N. Spring Street, 8th floor, Los Angeles, California, a Confidential Settlement Conference Statement on or before April 20, 2011. [See attached order for further details.] (es) (Entered: 03/15/2011) |
| 04/01/2011 | 50 | EX PARTE APPLICATION for Order for PREVENTING PLAINTIFF FROM TAKING LAPD CHIEF CHARLIE BECK'S DEPOSITION filed by Defendants Charlie Beck, The Los Angeles Police Department. (Attachments: # 1 Proposed Order)(Mitchell, Elizabeth) (Entered: 04/01/2011) |
| 04/01/2011 | 51 | OPPOSITION OPPOSITION re: EX PARTE APPLICATION for Order for PREVENTING PLAINTIFF FROM TAKING LAPD CHIEF CHARLIE BECK'S DEPOSITION 50 filed by Plaintiff Jonathan Birdt. (Birdt, Jonathan) (Entered: 04/01/2011) |
| 04/04/2011 | 52 | REPLY IN SUPPORT OF EX PARTE APPLICATION for Order for PREVENTING PLAINTIFF FROM TAKING LAPD CHIEF CHARLIE BECK'S DEPOSITION 50 *DEFENDANT LAPD AND CHARLIE BECK'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT CHARLIE BECK AND LAPD'S EX PARTE APPLICATION FOR PROTECTIVE ORDER PREVENTING PLAINTIFF FROM TAKING LAPD CHIEF CHARLIE BECK'S DEPOSITION UNDER F.R.CIV.P.26(C)(1)(A)* filed by Defendants Charlie Beck, The Los Angeles Police Department. (Mitchell, Elizabeth) (Entered: 04/04/2011) |
| 04/04/2011 | 53 | PROTECTIVE ORDER UNDER F.R.Civ.P. 26(C)(1)(A) by Magistrate Judge John E. McDermott: GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT: Plaintiff is precluded from taking the deposition of Los Angeles Police Department Chief Charlie Beck and Chief Beck is not required to appear in response to the deposition notice. 50 (es) (Entered: 04/05/2011) |
| 04/18/2011 | 54 | NOTICE OF MOTION AND MOTION for Summary Judgment as to Plaintiff's First Amended Complaint *and Concurrent OPPOSITION to Plaintiff's Motion for Summary Judgment* filed by Defendants Lee Baca, The Los Angeles County Sheriffs Department. Motion set for hearing on 5/16/2011 at 09:00 AM before Judge R. Gary Klausner. (Attachments: # 1 Proposed Order)(Lehman, Jennifer) (Entered: 04/18/2011) |
| 04/18/2011 | 55 | STATEMENT of UNDISPUTED FACTS and CONCLUSIONS OF LAW; EVIDENCE and RESPONSE TO PLAINTIFF'S SEPARATE STATEMENT filed concurrently with MOTION for Summary Judgment as to Plaintiff's First Amended Complaint *and Concurrent OPPOSITION to Plaintiff's Motion for Summary Judgment* 54 filed by Defendants Lee Baca, The Los Angeles County Sheriffs Department. (Lehman, Jennifer) (Entered: 04/18/2011) |
| | | |

| | | |
|---|---|---|
| 04/18/2011 | 56 | NOTICE OF MOTION AND MOTION for Summary Judgment as to on All Claims in this matter, MOTION for Partial Summary Judgment as to on All Claims in this matter *Def. of L.A.P.D. and Beck's Notice of Motion and Motion for Summary Judgment or Partial Summary Judgment; Memorandum of Points & Authorities; Exhibits* filed by Defendants Charlie Beck, The Los Angeles Police Department. Motion set for hearing on 5/16/2011 at 09:00 AM before Judge R. Gary Klausner. (Attachments: # 1 Def. Statement of Facts, # 2 Proposed Order, # 3 Declaration Decl. of Elizabeth Mitchell, # 4 Declaration Decl. of Richard Tompkins, # 5 Declaration Decl. of Frank E. Zimring, # 6 Declaration Decl. of Conrado Torrez, # 7 Declaration Decl. of Rolf Embom) (Shapero, Wendy) (Entered: 04/18/2011) |
| 04/18/2011 | 57 | OPPOSITION to MOTION for Summary Judgment as to Plaintiff's complaint 20 *Defendants' Response to Plf's Separate Statment of Undisputed Facts in Opposition to Plaintiff's Motion for Summary Judgment* filed by Defendants Charlie Beck, The Los Angeles Police Department. (Shapero, Wendy) (Entered: 04/18/2011) |
| 04/18/2011 | 58 | EX PARTE APPLICATION to Reschedule Defendants Motions for Summary Judgment to Allow Plaintiff time to conduct necessary discovery (Attachments: # 1 Memorandum Re request for rule 56f extension, # 2 Proposed Order)(Birdt, Jonathan) (Entered: 04/18/2011) |
| 04/19/2011 | 59 | EX PARTE APPLICATION to Strike Document Number 55 contianing Plaintiffs social security number, Drivers License and DOB. re Statement (Motion related), Statement (Motion related) 55 (Attachments: # 1 Proposed Order)(Birdt, Jonathan) (Entered: 04/19/2011) |
| 04/19/2011 | 60 | ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENTS by Judge R. Gary Klausner: the following document(s) be STRICKEN for failure to comply with the Local Rules, General Order and/or the Courts Case Management Order: Statement (Motion related), Statement (Motion related) 55 , for the following reasons: Document shall be lodged, not filed. Local Rule 56-1. (ake) (Entered: 04/19/2011) |
| 04/20/2011 | 61 | NOTICE OF LODGING filed re MOTION for Summary Judgment as to Plaintiff's First Amended Complaint *and Concurrent OPPOSITION to Plaintiff's Motion for Summary Judgment* 54 (Attachments: # 1 Defendants Los Angeles County Sheriff's Department and Lee Baca's Amended Separate Statement of Undisputed Facts & Conclusions of Law and Response to Plaintiff's Separate Statement, # 2 Declaration of Jennifer A.D. Lehman and Exhibit A to Declaration, # 3 Exhibit B, Exhibit C, Exhibit D and Exhibit E to Declaration of Jennifer A.D. Lehman)(Lehman, Jennifer) (Entered: 04/20/2011) |
| 04/20/2011 | 62 | APPLICATION OF BRADY CENTER TO PREVENT GUN VIOLENCE to File Brief as Amicus Curiae filed by Amicus Curiae Brady Center to Prevent Gun Violence. Application set for hearing on 5/16/2011 at 09:00 AM before Judge R. Gary Klausner. Lodged Proposed Order. (shb) Modified on 4/25/2011 (shb). (Entered: 04/21/2011) |
| 04/25/2011 | 63 | |

| | | |
|---|---|---|
| | | STIPULATION to Vacate SETTLEMENT CONFERENCE filed by DEFENDANTS Charlie Beck. (Attachments: # 1 Proposed Order)(Mitchell, Elizabeth) (Entered: 04/25/2011) |
| 04/25/2011 | 64 | NOTICE OF CLERICAL ERROR: Due to clerical error Re: APPLICATION for Order for to File Brief as Amicus Curiae 62 . The motion was erroneously set before Magistrate Judge Paul L. Abrams instead of Judge R. Gary Klausner. The application is to be heard on 5/16/2011 at 9:00 a. m. before Judge R. Gary Klausner. (shb) (Entered: 04/25/2011) |
| 04/25/2011 | 65 | MEMORANDUM in Opposition to MOTION for Summary Judgment as to on All Claims in this matter MOTION for Partial Summary Judgment as to on All Claims in this matter *Def. of L.A.P.D. and Beck's Notice of Motion and Motion for Summary Judgment or Partial Summary Judgment; Memorandum of Points & Authorities; Exhibits* 56 , MOTION for Summary Judgment as to Plaintiff's First Amended Complaint *and Concurrent OPPOSITION to Plaintiff's Motion for Summary Judgment* 54 filed by Plaintiff Jonathan Birdt. (Attachments: # 1 Supplement Response to LASD Separate Statement, # 2 Supplement Response to LAPD Separate Statement, # 3 Supplement Objection to Zimring Declaration)(Birdt, Jonathan) (Entered: 04/25/2011) |
| 04/25/2011 | 66 | STATEMENT of Withdrawing Ex Parte EX PARTE APPLICATION to Reschedule Defendants Motions for Summary Judgment to Allow Plaintiff time to conduct necessary discovery 58 filed by Plaintiff Jonathan Birdt. (Birdt, Jonathan) (Entered: 04/25/2011) |
| 04/25/2011 | 67 | ORDER RE: VACATING SETTLEMENT CONFERENCE by Magistrate Judge John E. McDermott. HAVING CONSIDERED THE STIPULATION BETWEEN PLAINTIFF JONATHAN BIRDT AND DEFENDANTS CHARLIE BECK, LOS ANGELES POLICE DEPARTMENT, LEE BACA, AND LOS ANGELES COUNTY SHERIFFS DEPARTMENT, BY AND THROUGH THEIR ATTORNEYS OF RECORD, this Court hereby orders the following: The Settlement Conference currently set for April 27, 2011 is vacated. (es) (Entered: 04/26/2011) |
| 04/26/2011 | 70 | ORDER OF THE CHIEF JUDGE (#11-014) approved by Chief Judge Audrey B. Collins. Pursuant to the recommended procedure adopted by the Court for the Creation of calendar of Judge John A. Kronstadt, this case is transferred from Judge R. Gary Klausner to the calendar of Judge John A Kronstadt for all further proceedings. The case number will now reflect the initials of the transferee Judge CV10-8377 JAK(JEMx). (sn) (Entered: 04/28/2011) |
| 04/28/2011 | 68 | JOINT STATEMENT of Waiver of Oral Argument and Non-Opposition to Brady Filing MOTION for Summary Judgment as to on All Claims in this matter MOTION for Partial Summary Judgment as to on All Claims in this matter *Def. of L.A.P.D. and Beck's Notice of Motion and Motion for Summary Judgment or Partial Summary Judgment; Memorandum of Points & Authorities; Exhibits* 56 , MOTION for Summary Judgment as to Plaintiff's complaint 20 , APPLICATION for Order for to File Brief as Amicus Curiae 62 , MOTION for Summary Judgment as to Plaintiff's First Amended Complaint *and Concurrent OPPOSITION to Plaintiff's Motion for Summary* |

| | | |
|---|---|---|
| | | *Judgment* 54 filed by Plaintiff Jonathan Birdt. (Birdt, Jonathan) (Entered: 04/28/2011) |
| 04/28/2011 | 69 | REPLY In Reply MOTION for Summary Judgment as to Plaintiff's complaint 20 filed by Plaintiff Jonathan Birdt. (Attachments: # 1 Declaration of Lawrence Mudgett, # 2 Declaration of Jonathan Birdt)(Birdt, Jonathan) (Entered: 04/28/2011) |
| 04/28/2011 | 71 | Proposed ORDER re MOTION for Summary Judgment as to on All Claims in this matter MOTION for Partial Summary Judgment as to on All Claims in this matter *Def. of L.A.P.D. and Beck's Notice of Motion and Motion for Summary Judgment or Partial Summary Judgment; Memorandum of Points & Authorities; Exhibits* 56 , MOTION for Summary Judgment as to Plaintiff's complaint 20 , APPLICATION for Order for to File Brief as Amicus Curiae 62 , MOTION for Summary Judgment as to Plaintiff's First Amended Complaint *and Concurrent OPPOSITION to Plaintiff's Motion for Summary Judgment* 54 filed by Plaintiff Jonathan Birdt. (Birdt, Jonathan) (Entered: 04/28/2011) |
| 04/29/2011 | 72 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Motion Related Document,, 71 . The following error(s) was found: Incorrect event selected. The correct event is: Notice - Notice of Lodging & attach order. In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. You need not take any action in response to this notice unless and until the court directs you to do so. (shb) (Entered: 04/29/2011) |
| 04/29/2011 | 73 | ORDER by the Courtroom Deputy Clerk: The document is accepted as filed. Counsel is to take notice of the CM/ECF procedures. Any future document will be stricken for failure to follow the procedures. RE: Motion Related Document, 71 (shb) Modified on 5/2/2011 (shb). (Entered: 05/02/2011) |
| 05/02/2011 | 74 | OPPOSITION to MOTION for Summary Judgment as to on All Claims in this matter MOTION for Partial Summary Judgment as to on All Claims in this matter *Def. of L.A.P.D. and Beck's Notice of Motion and Motion for Summary Judgment or Partial Summary Judgment; Memorandum of Points & Authorities; Exhibits* 56 DEFENDANTS BECK AND LOS ANGELES POLICE DEPARTMENT'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT, ETC. filed by Defendants Charlie Beck, The Los Angeles Police Department. (Shapero, Wendy) (Entered: 05/02/2011) |
| 05/02/2011 | 75 | OBJECTIONS IN OPPOSITION re: MOTION for Summary Judgment as to on All Claims in this matter MOTION for Partial Summary Judgment as to on All Claims in this matter *Def. of L.A.P.D. and Beck's Notice of Motion and Motion for Summary Judgment or Partial Summary Judgment; Memorandum of Points & Authorities; Exhibits* 56 DEFENDANTS BECK AND LOS ANGELES POLICE DEPARTMENT'S OBJECTIONS TO PLAINTIFF'S EVIDENCE filed by Defendants Charlie Beck, The Los Angeles Police Department. (Shapero, Wendy) (Entered: 05/02/2011) |
| 05/02/2011 | 76 | |

| | | |
|---|---|---|
| | | REPLY in support of MOTION for Summary Judgment as to Plaintiff's First Amended Complaint *and Concurrent OPPOSITION to Plaintiff's Motion for Summary Judgment* 54 filed by Defendants Lee Baca, The Los Angeles County Sheriffs Department. (Lehman, Jennifer) (Entered: 05/02/2011) |
| 05/02/2011 | 77 | NOTICE OF LODGING filed *Defendants Los Angeles County Sheriff's Department and Lee Baca* re Reply (Motion related), Reply (Motion related) 76 (Attachments: # 1 Reply Separate Statement)(Lehman, Jennifer) (Entered: 05/02/2011) |
| 05/02/2011 | 78 | LASD Objections to Plaintiff's Evidence in Support of Motion for Summary Judgment Objections re: MOTION for Summary Judgment as to Plaintiff's First Amended Complaint *and Concurrent OPPOSITION to Plaintiff's Motion for Summary Judgment* 54 filed by Defendants Lee Baca, The Los Angeles County Sheriffs Department. (Lehman, Jennifer) (Entered: 05/02/2011) |
| 05/02/2011 | 79 | RESPONSE IN SUPPORT *of Los Angeles County Sheriff's Department and Lee Baca's Motion for Summary Judgment and in Response to Plaintiff's Objection re Declaration of Franklin Zimring* filed by Defendants Lee Baca, The Los Angeles County Sheriffs Department. (Lehman, Jennifer) (Entered: 05/02/2011) |
| 05/02/2011 | 80 | REPLY Reply MOTION for Summary Judgment as to Plaintiff's complaint 20 *(Supplemental)* filed by Plaintiff Jonathan Birdt. (Birdt, Jonathan) (Entered: 05/02/2011) |
| 05/04/2011 | 81 | MINUTE IN CHAMBERS ORDER RE TRANSFER OF CASE TO JOHN A. KRONSTADT by Judge John A Kronstadt: re: This action has been reassigned to the Honorable John A. Kronstadt, United States District Judge. The Magistrate Judge previously assigned to this matter will continue. The case number will now read: CV10-08377 JAK (JEMx). Because all pleadings are routed using the judges initials, please be sure to use the initials JAK in place of the initials RGK on all future filings. Judge Kronstadts Courtroom Deputy Clerk, Andrea Keifer, can be reached at 213.894.2156 or at andrea_keifer@cacd.uscourts.gov. The following motions, currently set for May 16, 2011 at 9:00 a.m., are continued to June 27, 2011 at 1:30 p.m.: 1. Plaintiffs Motion for Summary Judgment 20 ;2. Defendants Lee Baca and Los Angeles County Sheriffs Departments Motion for Summary Judgment as to Plaintiffs First Amended Complaint 54 ; 3. Defendants Los Angeles Police Department and Charlie Becks Motion for Summary Judgment as to all Claims 56 ; and 4. Application of Brady Center to Prevent Gun Violence to File Brief as Amicus Curiae 62 . (shb) (Entered: 05/04/2011) |
| 05/04/2011 | 82 | Joint STIPULATION to Waive Oral Arguments on Cross-Motions for Summary Judgment and Non-Opposition to Brady Center to Prevent Gun Violence Amicus Motion *(set for June 27, 2011)* filed by Defendant Lee Baca, The Los Angeles County Sheriffs Department. (Attachments: # 1 Proposed Order)(Lehman, Jennifer) (Entered: 05/04/2011) |
| 05/06/2011 | 83 | ORDER by Judge John A Kronstadt: Based upon the Stipulation of the Parties, the Court ORDERS as follows: 1. All Parties' Cross-Motions for Summary Judgment 20 , 54 , 56 set for June 27, 2011 are taken off calendar and under |

| | | |
|---|---|---|
| | | submission based upon the parties waiver of oral argument. 2. The Application to file an Amicus Brief by the Brady Center to Prevent Gun Violence 62 is granted and deemed filed and taken under submission. (ir) (Entered: 05/06/2011) |
| 05/17/2011 | 84 | NOTICE of Decision: GRANTING SUMMARY JUDGMENT TO COUNTY OF YOLO filed by DEFENDANTS Charlie Beck. (Mitchell, Elizabeth) (Entered: 05/17/2011) |
| 05/17/2011 | 85 | NOTICE Objection to Notice Jonathan Birdt. (Birdt, Jonathan) (Entered: 05/17/2011) |
| 05/17/2011 | 86 | NOTICE Corrected objection to Notice Jonathan Birdt. *Objection to Notice of ruling by LASD* (Birdt, Jonathan) (Entered: 05/17/2011) |
| 05/25/2011 | 87 | INITIAL STANDING ORDER FOR CASES ASSIGNED TO JUDGE JOHN A. KRONSTADT by Judge John A Kronstadt: PLEASE READ THIS ORDER CAREFULLY. IT GOVERNS THIS CASE AND DIFFERS IN SOME RESPECTS FROM THE LOCAL RULES. This case has been assigned to the calendar of Judge John A. Kronstadt. Both the Court and counsel bear responsibility for the progress of this litigation in federal court. To secure the just, speedy, and inexpensive determination of this case, as called for in Fed. R. Civ. P. 1, all parties or their counsel are ordered to become familiar with the Federal Rules of Civil Procedure, the Local Rules of the Central District of California, and this Courts standing orders. (See order for further details). (shb) (Entered: 05/26/2011) |
| 06/17/2011 | 88 | ORDER ON JURY/COURT TRIAL by Judge John A Kronstadt: Final Pretrial Conference:September 19, 2011 at 1:30 p.m.; Status Conference re Exhibits September 30, 2011 at 3:00 p.m.; Jury Trial: October 4, 2011 at 9:00 a.m. (rne) (Entered: 06/17/2011) |
| 08/09/2011 | 89 | DECLARATION of FRANKLIN ZIMRING IN SUPPORT OF MOTION for Summary Judgment as to on All Claims in this matter MOTION for Partial Summary Judgment as to on All Claims in this matter *Def. of L.A.P.D. and Beck's Notice of Motion and Motion for Summary Judgment or Partial Summary Judgment; Memorandum of Points & Authorities; Exhibits* 56 SUPPLEMENTAL DECLARATION filed by Defendants Charlie Beck, The Los Angeles Police Department. (Mitchell, Elizabeth) (Entered: 08/09/2011) |
| 08/09/2011 | 90 | DECLARATION of JULIE BASCO IN SUPPORT OF MOTION for Summary Judgment as to on All Claims in this matter MOTION for Partial Summary Judgment as to on All Claims in this matter *Def. of L.A.P.D. and Beck's Notice of Motion and Motion for Summary Judgment or Partial Summary Judgment; Memorandum of Points & Authorities; Exhibits* 56 filed by Defendants Charlie Beck, The Los Angeles Police Department. (Mitchell, Elizabeth) (Entered: 08/09/2011) |
| 08/11/2011 | 91 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Declaration (Motion related), Declaration (Motion related) 90 , Declaration (Motion related), Declaration (Motion related) 89 . The document is accepted as filed. Counsel are to take notice of the CM/ECF procedures. Any |

| | | future document will be stricken for failure to follow the procedures. (shb) (Entered: 08/12/2011) |
|---|---|---|
| 08/24/2011 | 92 | STIPULATION to Vacate *All Dates and Deadlines* filed by Defendants Lee Baca, The Los Angeles County Sheriffs Department. (Attachments: # 1 Proposed Order Vacating All Pending Dates and Deadlines)(Lehman, Jennifer) (Entered: 08/24/2011) |
| 09/19/2011 | 93 | MINUTES: FINAL PRETRIAL CONFERENCE: The final pretrial conference is not held and the matter proceeds by way of a status conference. The Court confers with counsel as to whether or not there is a genuine issue of material fact. The Court sets a status conference for October 31, 2011 at 1:30 p.m. Counsel shall contact the clerk on October 28, 2011 to inquire as to whether or not the Court intends on going forward with the status conference. The final pretrial conference and jury trial are taken off calendar and will be reset after the Court issues its ruling on the motions for summary judgment IT IS SO ORDERED by Judge John A Kronstadt Court Reporter: Alex Joko. (ir) (Entered: 09/21/2011) |
| 10/24/2011 | 94 | MINUTE ORDER IN CHAMBERS by Judge John A Kronstadt. The Court, on its own motion, takes the 10/31/2011 Status Conference off calendar and sets a non-appearance case review for 11/7/2011, at which time it will issue its ruling or determine if further briefing or a hearing is necessary. (vdr) (Entered: 10/25/2011) |
| 01/08/2012 | 95 | STATEMENT of Request for Ruling MOTION for Summary Judgment as to Plaintiff's complaint 20 filed by Plaintiff Jonathan Birdt. (Birdt, Jonathan) (Entered: 01/08/2012) |
| 01/13/2012 | 96 | MINUTES (IN CHAMBERS) ORDER by Judge John A Kronstadt: GRANTING 54 Motion for Summary Judgment in favor of The Los Angeles County Sheriffs Department, The Los Angeles Police Department, Charlie Beck, Lee Baca against Jonathan Birdt. GRANTING 56 Motion for Summary Judgment in favor of The Los Angeles County Sheriffs Department, The Los Angeles Police Department, Charlie Beck, Lee Baca against Jonathan Birdt. GRANTING 56 Motion for Partial Summary Judgment; denying 20 Motion for Summary Judgment in favor of The Los Angeles County Sheriffs Department, The Los Angeles Police Department, Charlie Beck, Lee Baca against Jonathan Birdt. MD JS-6. Case Terminated. (shb) (Entered: 01/13/2012) |
| 01/14/2012 | 97 | NOTICE OF APPEAL to the 9th CCA filed by Plaintiff Jonathan Birdt. Appeal of Order on Motion for Summary Judgment,, Order on Motion for Partial Summary Judgment,,,,,,,,,, 96 (Appeal fee of $455 receipt number 0973-9781768 paid.) (Birdt, Jonathan) (Entered: 01/14/2012) |
| 01/17/2012 | 98 | NOTIFICATION by Circuit Court of Appellate Docket Number 12-55115, 9th CCA regarding Notice of Appeal to 9th Circuit Court of Appeals, 97 as to Plaintiff Jonathan Birdt. (car) (Entered: 01/17/2012) |
| 01/18/2012 | 99 | NOTICE of Related Case(s) filed by Defendants Lee Baca, The Los Angeles County Sheriffs Department. Related Case(s): 11CV-06154 SJO (JCx), 11CV- |

| | | |
|---|---|---|
| | | 08026 JHN (JCGx), 10CV-08377 JAK (JEMx) (Lehman, Jennifer) (Entered: 01/18/2012) |
| 01/18/2012 | 100 | NOTICE of Related Case(s) filed by Defendants Lee Baca, The Los Angeles County Sheriffs Department. Related Case(s): 11CV-08026 JHN (JCGx), 11CV-06154 SJO (JCx), 10CV-08377 JAK (JEMx) (Lehman, Jennifer) (Entered: 01/18/2012) |
| 01/19/2012 | 101 | AMENDED DOCUMENT filed by Defendants Lee Baca, The Los Angeles County Sheriffs Department. Amendment to Notice of Related Case(s) 100 *amended to include pages 2 and 3 which were inadvertently left out when the document was converted to PDF* (Lehman, Jennifer) (Entered: 01/19/2012) |
| 01/19/2012 | 102 | MEMORANDUM of Points and Authorities in Opposition *to request to relate cases* Re: Amended Document (Non-Motion), Amended Document (Non-Motion) 101 , Notice of Related Case(s) 100 , Notice of Related Case(s) 99 (Birdt, Jonathan) (Entered: 01/19/2012) |
| 01/20/2012 | 103 | REPLY filed by Defendants Lee Baca, The Los Angeles County Sheriffs Department to Memorandum of Points and Authorities in Opposition (non-motion) 102 (Lehman, Jennifer) (Entered: 01/20/2012) |
| 01/20/2012 | 104 | REPLY filed by Defendants Lee Baca, The Los Angeles County Sheriffs Department to Memorandum of Points and Authorities in Opposition (non-motion) 102 (Lehman, Jennifer) (Entered: 01/20/2012) |
| 01/30/2012 | 105 | APPLICATION to the Clerk to Tax Costs against Defendants Jonathan Birdt filed by Defendants Lee Baca, The Los Angeles County Sheriffs Department. Application set for hearing on 2/16/2012 at 09:00 AM before Clerk of Court. (Attachments: # 1 Bill of Costs)(Lehman, Jennifer) (Entered: 01/30/2012) |
| 02/16/2012 | 106 | BILL OF COSTS. Costs Taxed in amount of $ 575.10 in favor of Charlie Beck, et al. and against Johnathan Birdt. RE: 105 (mb) (Entered: 02/16/2012) |
| 02/18/2014 | 107 | ORDER from 9th CCA filed re: Notice of Appeal to 9th Circuit Court of Appeals, 97 filed by Jonathan Birdt, CCA # 12-55115. The court stays proceedings in this appeal pending this court's mandate in Peruta v. County of San Diego, 10-56971, or further order of the court. Order received in this district on 2/18/2014. (car) (Entered: 02/20/2014) |
| 11/18/2014 | 108 | ORDER from 9th CCA filed re: Notice of Appeal to 9th Circuit Court of Appeals, 97 filed by Jonathan Birdt, CCA # 12-55115. Appellant's request, filed on November 12, 2014, to summarily remand this case is denied. The stay order issued on February 18, 2014 remains in effect. This case continues to be stayed pending this court's mandate in Peruta v. County ofSan Diego, 10-56971, or further order of the court.Order received in this district on 11/18/14. (car) (Entered: 11/20/2014) |

| PACER Service Center |
|---|
| Transaction Receipt |
| 03/04/2015 14:52:47 |

| PACER Login: | jamest128845:4393720:4394305 | Client Code: | 0288/jht |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 2:10-cv-08377-JAK-JEM End date: 3/4/2015 |
| Billable Pages: | 12 | Cost: | 1.20 |