ALGERIA R. FORD, CA Bar No. 289016
Deputy County Counsel
JEAN-RENE BASLE, CA Bar No. 134107
County Counsel
385 North Arrowhead Avenue, Fourth Floor
San Bernardino, CA  92415-0140
Telephone:  (909) 387-5455
Facsimile:    (909) 387-4069
Electronic Mail Address: Algeria.Ford@cc.sbcounty.gov

Attorneys for Defendant, JOHN McMAHON

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BIRDT,<br><br>    Plaintiff,<br><br>    vs.<br><br>JOHN MCMAHAN,<br><br>    Defendant. | CASE NO.  EDCV 13-00673-VAP (JEM)<br><br>DEFENDANT'S [PROPOSED] ORDER ON MOTION TO DISMISS SECOND AMENDED COMPLAINT AND RULE 15(d) SUPPLEMENT<br><br>[Filed Concurrently with Notice of Motion and Motion to Dismiss Second Amended Complaint and Rule 15(d) Supplement; Memorandum of Points and Authorities in Support Thereof; Declaration of Algeria R. Ford; Exhibits B and C; and, Notice of Lodging [Proposed] Order of Dismissal]<br><br>Date:   April 14, 2015<br>Time:  10:00 a.m.<br>Crtrm.: C, 8TH Floor<br><br>Referred to Magistrate Judge John E. McDermott |

/ / / /

1
[PROPOSED] ORDER

Defendant JOHN McMAHON's Motion to Dismiss Plaintiff's Second Amended Complaint and Rule 15(d) Supplement came regularly for a hearing on April 14, 2015.

After considering the papers in favor of, and in opposition to the motion to dismiss, and after arguments were heard and considered, John McMahon's motion to dismiss the Complaint is granted.

The Second Amended Complaint against Defendant JOHN McMAHON is dismissed with prejudice.

DATED: _____       _____
                             JOHN E. McDERMOTT
                             United States Magistrate Judge