ALGERIA R. FORD, CA Bar No. 289016
Deputy County Counsel
JEAN-RENE BASLE, CA Bar No. 134107
County Counsel
385 North Arrowhead Avenue, Fourth Floor
San Bernardino, CA  92415-0140
Telephone:  (909) 387-5455
Facsimile:    (909) 387-4069
Electronic Mail Address: Algeria.Ford@cc.sbcounty.gov

Attorneys for Defendant, JOHN McMAHON

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BIRDT, | ) CASE NO.  EDCV 13-00673-VAP (JEM) |
| | ) |
| Plaintiff, | ) DEFENDANT'S NOTICE OF LODGING |
| | ) [PROPOSED] ORDER FOR 12(b)(6) |
| vs. | ) MOTION TO DISMISS SECOND |
| | ) AMENDED COMPLAINT AND RULE |
| JOHN MCMAHAN, | ) 15(d) SUPPLEMENT |
| | ) |
| Defendant. | ) [Filed Concurrently with Notice of Motion |
| | ) and Motion to Dismiss Second |
| | ) Amended Complaint and Rule 15(d) |
| | ) Supplement; Memorandum of Points |
| | ) and Authorities in Support Thereof; |
| | ) Declaration of Algeria R. Ford; Exhibits |
| | ) B and C; and, [Proposed] Order of |
| | ) Dismissal] |
| | ) |
| | ) Date:   April 14, 2015 |
| | ) Time:  10:00 a.m. |
| | ) Crtrm.: C, 8TH Floor |
| | ) |
| | ) Referred to Magistrate Judge |
| | ) John E. McDermott |

/ / / /

NOTICE OF LODING [PROPOSED] ORDER FOR 12(b)(6) MOTION

Defendant JOHN McMAHON hereby respectfully lodges his [Proposed] Order.

DATED: March 6, 2015            JEAN-RENE BASLE
                               County Counsel


                               /s/ Algeria R. Ford
                               ALGERIA R. FORD
                               Deputy County Counsel
                               Attorneys for Defendant,
                               JOHN McMAHON

#2D40339            NOTICE OF LODING [PROPOSED] ORDER FOR 12(b)(6) MOTION