**From:** **Ford, Algeria** Algeria.Ford@cc.sbcounty.gov
**Subject:** RE: Motion to Dismiss
**Date:** March 4, 2015 at 5:16 PM
**To:** Jon Birdt jon@JONBIRDT.COM



Dear Mr. Birdt,

The only communication I provided you with today indicated that you refused to fill out a necessary portion of the permit application and that we would also assert the reasons mentioned in the denial of your first application, that is lack of good moral character. Furthermore, I am not claiming that **I** could not complete a background investigation, as I am an attorney not the person who does those, but instead that the **department** could not based on your refusal to provide necessary information. Lastly, what lends credibility to the department's statement that you refused to provide the information is your email to me earlier where you state "in the interim, please review the authority below so we can have a meaningful discussion before you file your motion" and cite to code sections that state "(a) (1) Applications for licenses, applications for amendments to licenses, amendments to licenses, and licenses under this article shall be uniform throughout the state, upon forms to be prescribed by the Attorney General; and (g) An applicant shall not be required to complete any additional application or form for a license, or to provide any information other than that necessary to complete the standard application form." Based on your email communication, I doubt that the department is lying when they say that you asserted those same sections in your refusal to fill out the forms. You also never tried to appeal.

Ultimately, even if you were to complete the forms now, they were not completed when you 1) submitted your second application and 2) filed your supplement with the Court. Therefore, again, unless you withdraw the supplement, I will move to dismiss. Please let me know.

Attached is a copy of one of the Exhibits I plan on submitting to the Court tomorrow, along with my motion, unless I hear from you regarding withdrawal.


Algeria

Algeria R. Ford, M.S., J.D.
Deputy County Counsel
Office of County Counsel
(909) 387-4212 - Telephone
(909) 387-4069 - Facsimile
Algeria.Ford@cc.sbcounty.gov

**CONFIDENTIALITY NOTICE:** This communication contains legally privileged and confidential information sent solely for the use of the intended recipient. If you are not the intended recipient of this communication you are not authorized to use it in any manner, except to immediately destroy it and notify the sender.

**From:** Jon Birdt [mailto:jon@JONBIRDT.COM]
**Sent:** Wednesday, March 04, 2015 1:41 PM
**To:** Ford, Algeria
**Subject:** Re: Motion to Dismiss

Counsel,
My question is simple.  I was told my application was complete and it was pending results of the background investigation.  You provided a letter stating my application was denied as the same reason as before.  Today, for the first time you have said my application was incomplete and now suggest you could not complete the background investigation.  I am just trying to determine who is lying this time, or what information you need to complete your investigation as I would be happy to provide it.  The detective asked her supervisor that day while I was present and he said it wasn't needed.  I then sat through a comprehensive meeting answering all questions and at the end I was given a list of items needed, which I provided the next day.  So what is it I did not provide that suddenly prevented you from completing your investigation?  I would be happy to provide it today or supplement the complaint or application as needed.
Jon

> On Mar 4, 2015, at 1:30 PM, Ford, Algeria <Algeria.Ford@cc.sbcounty.gov> wrote:
>
> Dear Mr. Birdt,
>
> 1. In your second application you refused to fill out a necessary portion of the application, so that the background investigation could be completed. As you filed a supplement raising a new cause of action, that is, that we denied your application on a second occasion despite you having provided all necessary information, I can and will file a Motion to Dismiss unless you withdraw your supplement.
>
> 2. As it relates to your question of "how does this change any legal issue necessitating a new motion," the fact is, your supplement constitutes a new occurrence/violation and therefore, I have a legal obligation to respond to that new allegation.
>
> 3. You cite to the code which indicates "(g) An applicant shall not be required to complete any additional application or form for a license, or to provide any information other than that necessary to complete the standard application form described in subdivision (a), except to clarify or interpret information provided by the applicant on the standard application form." That clearly provides the legal authority for the department to request you fill out additional information on the forms. I understand that you disagree but your mere disagreement, without more, is not persuasive enough to change my opinion.
>
> 4. You cite to Rule 15(d) which states: "The court may order that the opposing party plead to the supplemental pleading within a specified time." Nowhere within that section is there any indication that a party is precluded from filing a responsive pleading to a supplement. Thus, there is no lack of authority.

Accordingly, unless you withdraw the supplement or provide me with some authority as to why I cannot or should not file another Motion, I will do so either by the end of today or tomorrow.

Algeria

Algeria R. Ford, M.S., J.D.
Deputy County Counsel
Office of County Counsel
(909) 387-4212 - Telephone
(909) 387-4069 - Facsimile
Algeria.Ford@cc.sbcounty.gov

**CONFIDENTIALITY NOTICE:** This communication contains legally privileged and confidential information sent solely for the use of the intended recipient. If you are not the intended recipient of this communication you are not authorized to use it in any manner, except to immediately destroy it and notify the sender.

---

**From:** Jon Birdt [mailto:jon@JONBIRDT.COM]
**Sent:** Wednesday, March 04, 2015 1:18 PM
**To:** Ford, Algeria
**Subject:** Re: Motion to Dismiss

Counsel,
A good faith meet and confer is required, you can't file a motion without doing that. You have raised a new allegation, to wit, my application was not complete. You have a duty to identify that and discuss it with me in an effort to resolve the issue before filing a motion with the Court, please explain what you are talking about so we can meet and confer.

Also, you have represented that my denial was for "the reasons mentioned in the denial of your first application" so how does this change any legal issue necessitating a new motion?

I await your explanation as to your new theory, but in the interim, please review the authority below so we can have a meaningful discussion before you file your motion, otherwise, i think it prudent to simply wait for the Court to rule on the motions already pending.

Please see:

Penal Code 26175.

(a) (1) Applications for licenses, applications for amendments to licenses, amendments to licenses, and licenses under this article shall be uniform throughout

the state, upon forms to be prescribed by the Attorney General.

(g) An applicant shall not be required to complete any additional application or form for a license, or to provide any information other than that necessary to complete the standard application form described in subdivision (a), except to clarify or interpret information provided by the applicant on the standard application form.

Rule 15d: The court may order that the opposing party plead to the supplemental pleading within a specified time.
Jon

> On Mar 4, 2015, at 1:05 PM, Ford, Algeria <Algeria.Ford@cc.sbcounty.gov> wrote:
>
> Dear Mr. Birdt,
>
> Thanks so much for the response. I do not believe that Rule 15 requires me to seek leave and so, based on your communication, I will file my motion. I appreciate your time.
>
> Algeria
>
> Algeria R. Ford, M.S., J.D.
> Deputy County Counsel
> Office of County Counsel
> (909) 387-4212 - Telephone
> (909) 387-4069 - Facsimile
> Algeria.Ford@cc.sbcounty.gov
>
> **CONFIDENTIALITY NOTICE:** This communication contains legally privileged and confidential information sent solely for the use of the intended recipient. If you are not the intended recipient of this communication you are not authorized to use it in any manner, except to immediately destroy it and notify the sender.
>
> ---
>
> **From:** Jon Birdt [mailto:jon@JONBIRDT.COM]
> **Sent:** Wednesday, March 04, 2015 1:02 PM
> **To:** Ford, Algeria
> **Subject:** Re: Motion to Dismiss
>
> I don't think you have been given leave to do so and you already have a motion to dismiss pending on the legal grounds asserted in the complaint. While you of course can deny any of the facts, I don't believe a motion is permitted.
> I would certainly invite you to supplement your prior motion or opposition to the pending msj.
> I take it you are saying my application was incomplete but you still denied based solely upon the bar discipline even though I cleared fbi and doj background checks.

Moreover, this is the first I have heard that my application was incomplete. I would have thought you would have raised that issue in your denial, but since the code specifically states you can't create new forms beyond the doj approved one, your argument, if true, would violate the law and be an additional violation of my rights.

As always, I will dismiss and keep it confidential the moment you hand me my permit, or the court orders you to do so.

Jon Birdt
818-400-4485

On Mar 4, 2015, at 12:05 PM, Ford, Algeria <Algeria.Ford@cc.sbcounty.gov> wrote:

Dear Mr. Birdt,

We intend to file another Motion to Dismiss based on your Rule 15(d) Supplement. We will argue that you refused to fill out a necessary portion of the application and for the reasons mentioned in the denial of your first application. Please let me know if you will voluntarily dismiss the case prior to the filing.

Algeria

Algeria R. Ford, M.S., J.D.
Deputy County Counsel
Office of County Counsel
(909) 387-4212 - Telephone
(909) 387-4069 - Facsimile
Algeria.Ford@cc.sbcounty.gov

**CONFIDENTIALITY NOTICE:** This communication contains legally privileged and confidential information sent solely for the use of the intended recipient. If you are not the intended recipient of this communication you are not authorized to use it in any manner, except to immediately destroy it and notify the sender.



EMPLOYEE RESOURCES DIVISION

BACKGROUND INVESTIGATION REPORT

☐ PASSED   ☒ CCW DENIAL   ☐ DISQUALIFICATION   ☐ NON-SELECT

Name: Jon Birdt                                                Soc. Sec # 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

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ CCW | | | ☐ PROFESSIONAL STAFF | | | ☐ SAFETY (Coroner Investigator) | | | ☐ SAFETY (Dispatcher) | | |
| ☐ SAFETY (DST) | | | ☐ SAFETY (Lateral) | | | ☐ SAFETY (Pre-Service) | | | ☐ SAFETY (Reserve) | | |

### SAFETY

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A | ☐ | Integrity | E | ☐ | Confronting, Overcoming Problems & Adversity | I | ☐ | Learning Ability |
| B | ☐ | Impulse Control / Attention to Safety | F | ☐ | Conscientiousness | J | ☐ | Communication Skills |
| C | ☐ | Substance Abuse / Other Risk-taking Behavior | G | ☐ | Interpersonal Skills | K | ☐ | Failure to Meet Job Requirements |
| D | ☐ | Stress Tolerance | H | ☐ | Decision-making & Judgment | L | ☐ | Other Factors / Auto DQ |

### PROFESSIONAL STAFF

| 1 | ☐ | Honesty | 2 | ☐ | Interpersonal Conduct | 3 | ☐ | Conduct Against Society | 4 | ☐ | History of Stability |
|---|---|---|---|---|---|---|---|---|---|---|---|

### INVESTIGATOR NOTES

Jon Birdt interviewed for a concealed weapon permit on December 13, 2014. During the interview Birdt refused to fill out a portion of the application: Employment Verification, Residence History, and the Notarized Authorization Form. Birdt cited Penal Code Section 26175 stating he only had to fill out Department of Justice paperwork. Birdt did fill out the San Bernardino Sheriff Department Pre-Background Interview Form CCW, the San Bernardino County Sheriff's Department Domestic Violence Disclosure Statement, the not for work form, the fingerprint form, and the San Bernardino County Sheriff's Department Verification of Concealed Weapon(s) for License form.

Birdt should not be issued a CCW: background investigation showed untruthfulness, pending litigation related to a previous CCW application, and failed to complete the necessary documentation and is not a responsible, law abiding citizen.

Background Investigator: _Goots_ Date: 1-22-15
Background Investigator Supervisor: _____ Date: 1/26/15
Employee Resources Commander: _Bell_ Date: 1/27/15

After review of the applicant's **APPEAL** letter, original background investigation and new relevant information the applicant: ☐ Remains disqualified.   ☐ Is granted an appeal.
**Comments:** _____

**APPEAL RESULTS:**   ☐ Remains Disqualified   ☐ Applicant Passed Background
Appeal investigation conducted by: _____ Date: _____
Background Investigator Supervisor: _____ Date: _____
Employee Resources Commander: _____ Date: _____

REV 09/2011

Case 5:13-cv-00673-VAP-JEM   Document 139-1   Filed 03/09/15   Page 7 of 7   Page ID #:903