# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 13-0673-VAP (JEM) | Date | March 10, 2015 |
|---|---|---|---|
| Title | Jonathan Birdt v. San Bernardino Sheriffs Department | | |

Present: The Honorable **John E. McDermott, United States Magistrate Judge**

| S. Anthony | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** (IN CHAMBERS) ORDER RE BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT

On March 6, 2015, Defendant John McMahon filed a Motion to Dismiss Second Amended Complaint ("Motion").

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument. The hearing scheduled for April 14, 2015, is hereby vacated and the matter is taken off calendar.

Plaintiff shall file his opposition to the Motion no later April 9, 2015, Defendant may reply to the opposition no later than April 23, 2015. This matter will be deemed submitted on either: (a) the day the opposition is filed, or due and not filed; or (b) the day the reply is filed, or due and not filed. The parties will be notified of the Court's decision in writing.

cc: Parties

                                                                                                 :

Initials of Preparer                    sa