ALGERIA R. FORD, CA Bar No. 289016
Deputy County Counsel
JEAN-RENE BASLE, CA Bar No. 134107
County Counsel
385 North Arrowhead Avenue, Fourth Floor
San Bernardino, CA  92415-0140
Telephone:  (909) 387-5455
Facsimile:    (909) 387-4069
Electronic Mail Address: Algeria.Ford@cc.sbcounty.gov

Attorneys for Defendant, JOHN McMAHON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BIRDT,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN MCMAHON,<br><br>Defendant. | CASE NO.  EDCV 13-00673-VAP (JEM)<br><br>REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT and RULE 15(d) SUPPLEMENT<br><br>Referred to Magistrate Judge John E. McDermott |

Plaintiff's entire Complaint and Supplement hinge on the argument that he has a constitutional right to conceal carry in California. Aside from the arguments previously made by defendant, in light of the Ninth Circuit's decision to rehear <u>Peruta</u> en banc and its Order that the <u>Peruta</u> decision cannot be "cited as precedent by or to any court of the Ninth Circuit," (see <u>Peruta v. San Diego</u>, 2015 U.S. App. Lexis 4941) defendants contend that there is no longer even any authority for plaintiff's position that there is a constitutional right to conceal carry in California. For all these reasons, his

Complaint should be dismissed for failure to state a claim.

DATED: April 23, 2015   JEAN-RENE BASLE
County Counsel

/s/ Algeria R. Ford
ALGERIA R. FORD
Deputy County Counsel
Attorneys for Defendant,
JOHN McMAHON

2
REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS
SECOND AMENDED COMPLAINT AND RULE 15(d) SUPPLEMENT