UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 13-0673-VAP (JEM) | Date | June 4, 2015 |
|---|---|---|---|
| Title | Jonathan Birdt v. San Bernardino Sheriffs Department | | |

| Present: The Honorable | John E. McDermott, United States Magistrate Judge |
|---|---|

| S. Anthony | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:** **(IN CHAMBERS) ORDER RE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF'S SECOND AMENDED COMPLAINT (Docket No. 90); DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT (Docket No. 92); AND DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT AND RULE 15(d) SUPPLEMENT (Docket No. 137)**

Before the Court is Plaintiff's Motion for Summary Judgment on his Second Amended Complaint, Defendant's Motion to Dismiss the Second Amended Complaint and Defendant's Motion to Dismiss Second Amended Complaint and Rule 15(d) Supplement. On March 26, 2015, the Ninth Circuit issued on order in Peruta v. County of San Diego, 781 F.3d 1106 (9th Cir. 2015), that the three judge panel decision, 742 F.3d 1144, be reheard en banc and in the interim the panel opinion is "not [to] be cited as precedent by or to any court of the Ninth Circuit." In view of the Ninth Circuit Order, the Court hereby STAYS this case until the en banc opinion is issued.

IT IS SO ORDERED.

cc: Parties

| | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | sa |