# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jonathan Birdt,<br><br>PLAINTIFF(S)<br>v.<br>San Bernardino Sheriffs Department,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>EDCV-13-00673-VAP (JEM)<br><br>**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 03/21/2016 | 144 | REQUEST to Lift Stay |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☑ The document is stricken and counsel is ordered to file an amended or corrected document ~~by~~ _____ .
☐ The hearing date has been rescheduled to _____ at _____
☐ Other

Clerk, U.S. District Court

Dated: 03/22/2016        By: K. Lozada
                             Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge