**JONATHAN W. BIRDT**
18252 Bermuda St
Porter Ranch, CA 91326
Telephone: (818) 400-4485
Facsimile: (818) 428-1384
jon@jonbirdt.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BIRDT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SAN BERNARDINO SHERIFFS DEPARTMENT,<br>　　　　Defendants. | CASE NO. 5:13-cv-00673-VAP-JEM<br><br>REQUEST TO LIFT STAY<br>(corrected)<br><br>Hearing 4/25/16 2:00 p.m. |

　　　Following Heller and McDonald wherein the Supreme Court found explicitly that the Second Amendment protected the Right to bears arms for Self Defense, many courts struggled with whether that right extended beyond the home, even the Supreme court clearly said it did. This has led to protracted litigation stays, most recently while we wait for the Peruta decision; however; delay is no longer necessary. The fundamental issue in this case is whether is the Supreme Court meant what it said in Heller and that issue has now been firmly and resoundingly put to rest by the Per Curiam and Concurring Opinions in Caetano v. Massachusetts wherein the Supreme Court found the Second Amendment Right applicable to a State Law prohibiting the carrying of weapons for self-defense and declaring that the Second Amendment

extends to all weapons and covers the right to possess those weapons for self-defense. <u>Caetano v. Massachusetts</u>, No. 14–10078. Decided March 21, 2016.  As noted by Justices Alito and Thomas in their concurring opinion "the Second Amendment accordingly guarantees the right to carry weapons "typically possessed by law-abiding citizens for lawful purposes," id., at 625.  <u>Caetano</u>, id., Page 5.  As such, there is no reason to further delay and allow the County Sheriff to deny that Residents have a Fundamental right to self-defense.  There is no dispute that Defendant grossly restricts and prohibits citizens from exercising their right to self defense and the immediate intervention of this court is necessary to remedy this continued harm.  Plaintiff respectfully requests that this Court promptly lift the stay and issue a ruling on the pending Motion for Summary Judgment.

March 21, 2016

\_\_\_/s/_____
Jonathan W. Birdt