1 ALGERIA R. FORD, CA Bar No. 289016
2 Deputy County Counsel
3 JEAN-RENE BASLE, CA Bar No. 134107
County Counsel
4 385 North Arrowhead Avenue, Fourth Floor
5 San Bernardino, CA  92415-0140
Telephone:  (909) 387-5455
6 Facsimile:    (909) 387-4069
7 Electronic Mail Address: Algeria.Ford@cc.sbcounty.gov

8 Attorneys for Defendant, JOHN McMAHON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JONATHAN BIRDT,                ) CASE NO.  EDCV 13-00673-VAP
                               ) (JEM)
                               )
         Plaintiff,            ) DEFENDANT'S RESPONSE TO
                               ) PLAINTIFF'S REQUEST TO LIFT STAY
     vs.                       )
                               )
                               )
JOHN McMAHON ,                 )
                               )
         Defendant.            )
                               )

1
DEFENDANT'S REPLY TO REQUEST TO REMOVE STAY

# I.
# INTRODUCTION

This case arises from plaintiff's denial of a Concealed Carry Weapons permit on February 26, 2013, after a finding that he was not a responsible, law-abiding citizen because he lacked good moral character.

In the only Count of his Complaint, contends that the Second Amendment guarantees him the right to carry a concealed weapon and that San Bernardino County Sheriff John McMahon violated his rights when he denied his concealed carry permit application based on an alleged lack of good moral character.

Both plaintiff and defendant filed dispositive motions. On March 26, 2015, Chief Judge Thomas from the Ninth Circuit issued an Order that <u>Peruta</u> be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3 (the "Order"). The Order also stated that the three-judge panel opinion in <u>Peruta</u> shall not be cited as precedent by or to any court of the Ninth Circuit.

With that Order, the law in California reverted back to status quo, i.e., there is no Second Amendment right to conceal carry. On April 23, 2015, defendant filed a Reply to his Motion For Summary Judgment requesting dismissal based on the Order. On June 4, 2015, this Court issued a Minute Order staying this case until the en banc order issued.

# II.
# ARGUMENT

Plaintiff's claim is necessarily predicated on the argument that the Second Amendment guarantees his right to carry a concealed weapon in California. In other words, before we even get to an analysis of whether

he is a law abiding citizen, it must first be determined that he has a constitutional right in the first place. To that end, he relied on Peruta for the proposition that there is a constitutional right.

When the Ninth Circuit decided that Peruta was no longer the law, the foundation of his argument no longer existed. Defendant, therefore, does not oppose plaintiff's request to remove the stay because removing it means that this Court would have to rule in defendant's favor.

This Court stayed this action, presumably to see how that case played out. Currently, there is still no decision from the Ninth Circuit. Ultimately then, while defendant takes no true stance on removal of the stay, there are reasons why this Court should keep it in place:

1. The condition precedent for removal has not occurred;
2. Realistically, if this Court rules that there is a constitutional right, prior to the Ninth Circuit making that determination, defendant will most certainly appeal. Similarly, if this Court rules that there is not a constitutional right, prior to the Ninth Circuit making that determination, plaintiff will most certainly appeal.
3. The Caetano v. Massachusetts case cited by plaintiff adds nothing to the determination this Court needs to make.

DATED: March 30, 2016          JEAN-RENE BASLE
                               County Counsel


                               /s/ Algeria R. Ford
                               ALGERIA R. FORD
                               Deputy County Counsel
                               Attorneys for Defendant,
                               JOHN McMAHON