**JONATHAN W. BIRDT**
18252 Bermuda St
Porter Ranch, CA 91326
Telephone: (818) 400-4485
Facsimile: (818) 428-1384
jon@jonbirdt.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BIRDT, | CASE NO. 5:13-cv-00673-VAP-JEM |
| Plaintiff, | REPLY RE REQUEST TO LIFT STAY |
| vs. | Hearing 4/25/16 2:00 p.m. |
| SAN BERNARDINO SHERIFFS DEPARTMENT, | |
| Defendants. | |

    While misstating the facts and the law, defendant agrees the stay should be lifted so that the court can determine if defendant violated plaintiffs rights by denying him the permit necessary to exercise his right to bear arms.

April 4, 2016                                                         /s/
                                                                             Jonathan W. Birdt