UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 13-0673-VAP (JEM) | Date | April 18, 2016 |
|---|---|---|---|
| Title | Jonathan Birdt v. San Bernardino Sheriffs Department | | |

| Present: The Honorable | John E. McDermott, United States Magistrate Judge |
|---|---|

| S. Anthony | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|

**Proceedings:** **(IN CHAMBERS) ORDER RE PLAINTIFF'S REQUEST TO LIFT STAY (Docket No. 147)**

Plaintiff Jonathan Birdt's Request to Lift Stay is DENIED. Plaintiff's complaint asserting a Second Amendment constitutional right to conceal carry a firearm is predicated on the Ninth Circuit panel decision of <u>Peruta v. County of San Diego</u>, 781 F.3d 1106 (9th Cir. 2015). On March 26, 2015, the Ninth Circuit issued an order that the <u>Peruta</u> panel decision would be reheard <u>en</u> <u>banc</u> and that in the interim the panel opinion is "not [to] be cited as precedent by or to any court of the Ninth Circuit." Accordingly, this Court stayed this action on June 4, 2015. Nothing has changed since the Court's order. The Ninth Circuit has not issued its <u>en</u> <u>banc</u> decision yet. The Court therefore will continue the stay until the Ninth Circuit issues an <u>en</u> <u>banc</u> order.

cc: Parties

| | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | sa |