**JONATHAN W. BIRDT**
18252 Bermuda Street
Porter Ranch, CA 91326
Telephone: (818) 400-4485
Facsimile: (818) 428-1384
jon@jonbirdt.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BIRDT,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN MCMAHON,<br><br>Defendants. | **CASE NO. 5:13-cv-00673-VAP-JEM**<br><br>REQUEST TO LIST STAY AND ISSUE RULING ON MOTION FOR SUMMARY JUDGMENT<br><br>Hearing Set for July 5th at 10a.m.<br><br>Hon. John McDermott<br>Courtroom C, Spring Street |

    This Court has long delayed protecting the rights of Plaintiff and should delay no longer. The infamous <u>Peruta</u> *en banc* decision is now out and was mooted before it was published, if it were even applicable to this action. In Peruta the *en banc* panel found there was no specific right to concealed carry and that the Supreme Court had not decided if the right applied outside the home, but Plaintiff does not assert a specific right to concealed carry, he contends it has become the only manner with which he can exercise his second amend right to self defense outside the home, and the Supreme Court has now explicitly applied the second amend to restrictions outside the home, as such this matter is fully briefed and ready for decision by this Court, and Plaintiff respectfully submits this matter should and his rights should not be permitted to languish any longer.

1
2 | June 14, 2016
3 |                                              __/s/_____
4 |                                                Jonathan W. Birdt

Request to Lift Stay- 2