UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 13-0673-VAP (JEM) | Date | June 17, 2016 |
|---|---|---|---|
| Title | Jonathan Birdt v. San Bernardino Sheriffs Department | | |

| Present: The Honorable | John E. McDermott, United States Magistrate Judge |
|---|---|

| S. Anthony | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:** **(IN CHAMBERS) ORDER RE PLAINTIFF'S REQUEST TO LIFT STAY AND ISSUE RULING ON MOTION FOR SUMMARY JUDGMENT (Docket No. 153)**

On June 4, 2015 the Court stayed this action pending the issuance of the en banc decision in Peruta v. County of San Diego, 791 F.3d 1106 (9th Cir. 2015). The Ninth Circuit issued its en banc decision on June 9, 2016, holding that there is no Second Amendment constitutional right for a member of the general public to carry concealed firearms in public. Peruta, ___ F.3d ___ (2016 WL 3194315) (9th Cir.). accordingly, the Court lifts the stay it entered on June 4, 2015.

The parties may file supplemental briefs limited to the impact of the Peruta en banc decision on the pending motions for summary judgment and dismissal (Dkt. Nos. 90, 92, 137) by **June 30, 2016**. The Court will then issue rulings on those motions.

cc: Parties

| | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | sa |