# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BIRDT,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SAN BERNARDINO SHERIFFS DEPARTMENT, et al.,<br><br>　　　　　　Defendants. | Case No. EDCV 13-00673-VAP (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Amended Report and Recommendation of the United States Magistrate Judge. No Objections to the Amended Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

　　　　**IT IS HEREBY ORDERED** that: (1) Sheriff McMahon's Motion to Dismiss the Second Amended Complaint and Rule 15(d) Supplement is GRANTED; (2) Sheriff McMahon's request for summary judgment is GRANTED; (3) Plaintiff's Motion for Summary Judgment and request for an order requiring Sheriff McMahon to issue a concealed weapon license is

1  DENIED; and (4) Judgment shall be entered in favor of Sheriff McMahon dismissing this
2  action with prejudice.

4  DATED:   9/9/2016

         VIRGINIA A. PHILLIPS
         UNITED STATES DISTRICT JUDGE