# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BIRDT,<br><br>        Plaintiff,<br><br>    v.<br><br>SAN BERNARDINO SHERIFFS DEPARTMENT, et al.,<br><br>        Defendants. | Case No. EDCV 13-00673-VAP (JEM)<br><br>**J U D G M E N T** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    **IT IS HEREBY ADJUDGED** that the action is dismissed with prejudice.

DATED:     9/9/16

                                        VIRGINIA A. PHILLIPS
                                UNITED STATES DISTRICT JUDGE